# Exhibit F










XCancel(donate)                                                                                    

 **Truth Justice ™** ✓     @SpartaJustice                          3 Jul 2024

THE BIDEN MANDATE DISASTER: Estimated 17 Million Deaths from the Covid Vaccines. President Trump acknowledges excess deaths. "Remember more people died under his administration than our administration and we were right in the middle of it. He did the mandate which is a disaster."

The European Parliament asked Pfizer this direct question. "Was the Pfizer Covid Vaccine tested on stopping the transmission of the virus before it entered the market?" Janine Small, a Pfizer President replied "NO" we had to really move at the speed of science to really understand what is taking place in the market. At that point of view we had to do everything at risk."

They forced you and manipulated you through illegal coercion in order for you to take a dangerous technology never given to humans before. They said you would not get Covid if you took the injection. They said you would not transmit Covid to anyone else if you took the injection. It was all a deliberate criminal lie to deceive you and coerce you into taking a toxin and poison that has now killed an estimated 17 million innocent people worldwide.

Over 17,000 physicians and scientists globally confirm that the Covid vaccinated are more likely to become infected or have disease or even death if they have been Vaccinated compared to the unvaccinated people. The Covid Vaccines damage your heart, brain, reproductive tissue, lungs, increase cancer and permanently damage your immune system.

The Biden Administration is captured by Corporations and NGOs. U.S. Doctors warn the world to stop taking the Covid Vaccines and Boosters, they are toxic, lethal, ineffective and must be stopped. They damage the brain, heart, liver, bone marrow and fetus causing all sorts of harm in the human body. The CDC and the FDA's misinformation is causing death and injury in pregnant women and newborn babies around the world.

PFIZER IS BEING SUED IN 5 U.S. STATES: Kansas Attorney General Kris Kobach is suing Pfizer for misleading claims it made related to the COVID vaccine.

According to the complaint filed on June 17, 2024 in Thomas County District Court, Pfizer misled Americans about the vaccine risks, including for pregnant women and for myocarditis.  Additionally, Pfizer claimed its vaccine protected against COVID variants, despite data showing otherwise. The pharmaceutical giant also suggested its vaccine prevented COVID transmission, but later admitted it had never studied whether its vaccine had stopped transmission.

The complaint also alleges that Pfizer coordinated with social media officials to censor speech critical of COVID-19 vaccines and declined to participate in the federal government's vaccine development program, Operation Warp Speed, to avoid government oversight.

Dr. David Martin says President Trump was misled and conned by Anthony Fauci,


XCancel (donate)

Worldwide over 17,000 Physicians and Scientists demand that Pfizer, Moderna, BioNTech, Janssen, AstraZeneca and their enablers be immediately indicted for fraud for willfully withholding and omitting Covid Vaccine safety information from patients and physicians which led to toxic death and injury to millions of innocent people worldwide.

There is excess mortality and death all over the world and populations are suddenly collapsing. A Top U.S. Cardiologist Dr. Peter McCullough says I'm going to be very clear about this. "The Vaccine is Killing people and it's Killing large numbers of people."

Every person around the world must demand criminal charges for illegal advertising by the Media, the CDC, NIH, the FDA and the Biden Administration which all advertised the Covid Vaccines as safe and effective with no side effects. This was a criminal lie that led to the death of millions of innocent people.

They deliberately broke the law and committed federal crimes of fraud, wrongful advertising and mass negligent homicide. All government officials, health officials and all pharmaceutical corporate executives must be indicted and brought to justice.

Dr. Peter McCullough also states Albert Bourla and other Pfizer Executives are committing Domestic Terrorism. They are criminally lying that there are no safety warning signals from the Covid Vaccines. Pfizer's own data showed 1223 deaths within 90 days of the vaccine trials.

U.S. Presidential Candidate Robert F. Kennedy Jr. states the death rates from the Covid Vaccines exceed billions of combined vaccines from the last 30 years. Studies from 2023 show 680,000 deaths in the U.S. from the Covid Vaccines. The Pfizer trial showed a 500% increase in heart attack deaths. He goes on to say that Pfizer is guilty of criminal deception.

U.S. Harvard Law Professor Dr. Francis Boyle confirms through an Official Court Affidavit that the Covid Vaccines are "Bioweapons of Mass Destruction." He says all the people who pushed these "Frankenshots" such as the Media, FDA, CDC, WHO, DOD Officials, the Biden Administration and Covid Vaccine Executives should be charged with premeditated mass murder.

Professor Boyle goes on to say that the FDA was involved in the development of Covid-19 as an offensive biological warfare weapon at UNCBSL3. The Pentagon bought and paid for the toxic mRNA shots and helped create Covid-19. All are guilty of Nuremberg crimes, murder and conspiracy to commit murder.

Dr. Francis Boyle believes the end goal of the criminal perpetrators is population control and population reduction while making billions of dollars. He says new reports show worldwide excess deaths of 12 million innocent people. Now, it is estimated to be over 17 million innocent people worldwide.

He encourages all citizens around the world to go to their local Sheriff's Office,


XCancel(donate)    N     

truth and act now.

IN THE U.S. ON JUNE 17, 2024: The Vires Law Group, in conjunction with the Edward L. Tarpley Jr., Officially Sent Criminal Referrals of Murder, Terrorism, Human Trafficking, Kidnapping, Manslaughter, Racketeering, Acts of Cruelty, False Imprisonment, Battery and Kidnapping for Anthony Fauci, Rochelle Walensky, Francis Collins, Deborah Birx, Peter Daszak, Rick Bright, Robert Redfield, Stephen Hahn and Cliff Lane.

Many more people are involved in these atrocious crimes of mass murder and deliberate deception, such as Alex Azar, Bill Gates, Klaus Schwab, Mike Pence, Ralph Baric and many more. There are over 350 U.S. names involved in various crimes against America and against all of humanity. They must be stopped and they must brought to justice, no matter how long it takes.



💬 47    🔁 185    💬 4    ❤ 547

  **Liz Churchill** ✓  **@liz_churchill10**    Apr 8
Replying to **@DonaldJTrumpJr**
Unbelievable that this creature was in charge of facilitating 'health protocols'. You really can't make this up.

💬 22    🔁 51    💬 1    ❤ 732

  **Anaïs** ✓  **@HamiltonAnais**    Apr 8
Replying to **@DonaldJTrumpJr**
Why was CIA facilitating Covid vaccine mandates???? Aren't such responsibilities done by CDC & HHS?
So, this tells me that CIA had a different agenda when mandating vaccines!!!! Unreal.
This country is so corrupt it's beyond belief

💬 17    🔁 58    💬 4    ❤ 610

