# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| TERRY ADIRIM, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. 25-768 |
| ) | |
| U.S. CENTRAL INTELLIGENCE ) | |
| AGENCY, *et al.* ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER

1. Pursuant to Fed. R. Civ. P 65(b), Plaintiff Terry Adirim moves for a temporary restraining order enjoining Defendants the U.S. Central Intelligence Agency ("CIA") and the Hon. John Ratcliffe from terminating Plaintiff's employment until further order of this Court.

2. As detailed in the accompanying Memorandum of Law, Plaintiff expects Defendants CIA and Ratcliffe to terminate her on May 3, 2025, one month short of when Plaintiff would qualify for full federal retirement benefits, causing her immediate and irreparable harm.

WHEREFORE, Plaintiff respectfully requests that the Court enter a temporary restraining order against Defendants CIA and Ratcliffe to prevent them from terminating Plaintiff's employment until further order of this Court, as set forth in the attached proposed Order.

Dated: May 2, 2025

Respectfully submitted,

*/s/ Kevin T. Carroll*
Kevin T. Carroll, VSB No. 95292
**Fluet**
1751 Pinnacle Drive, Suite 1000
Tysons, Virginia 22102
T: (703) 590-1234 | F: (703) 590-0366
kcarroll@fluet.law; e-file@fluet.law
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2025, a copy of the foregoing was mailed first class mail, postage prepaid, to:

Central Intelligence Agency
Office of General Counsel
Washington, DC 20505

John Ratcliffe, Esq.
Director of Central Intelligence Agency
Litigation Division
Office of General Counsel
Central Intelligence Agency
Washington, DC 20505

Ivan Raiklin, Esq.
Board Member
America's Future, Inc.
1181 South Sumter Boulevard #412
North Port, Florida 34287

America's Future, Inc.
1181 South Sumter Boulevard #412
North Port, Florida 34287

America's Future, Inc.
SERVE: Registered Agents Inc
7901 4th St N Ste 300
St. Petersburg, Fl 33702

Ivan Raiklin, Esq.
5209 Ampthill Dr.
Alexandria, VA

                                                     */s/ Kevin T. Carroll*
                                                     Kevin T. Carroll, Esq.