IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TERRY ADIRIM,

                *Plaintiff*,

    v.

U.S. CENTRAL INTELLIGENCE AGENCY
ET AL.,

                *Defendants*.

1:25-cv-00768-MSN-WBP

## ORDER

This matter comes before the Court on Plaintiff's Motion for Temporary Restraining Order ("TRO") (ECF 3), which this Court has converted to a Motion for Preliminary Injunction. To obtain injunctive relief, Plaintiff must show that she is likely to succeed on the merits, that she will suffer irreparable harm without emergency relief, that the balance of equities weighs in her favor, and that an injunction is in the public interest. *See Winter v. Nat. Resources Def. Council, Inc.*, 555 U.S. 7, 20 (2008).[1]

For the reasons stated in open court, Plaintiff has failed to make a clear showing that she is likely to succeed on the merits of her stigma-plus due process claim. Accordingly, it is hereby

ORDERED that Plaintiff's motion (ECF 3) is DENIED; and it is further

ORDERED that the Administrative Stay previously entered by this Court (ECF 6) is VACATED.

It is SO ORDERED.

The Clerk is directed to forward copies of this Order to all counsel of record.

                                     /s/
                                Michael S. Nachmanoff
                                United States District Judge

May 9, 2025
Alexandria, Virginia

---

[1] "The standard for granting either a TRO or preliminary injunction is the same." *Toure v. Hott*, 458 F. Supp. 3d 387, 396 (E.D. Va. 2020).