**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| TERRY ADIRIM, M.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. CENTRAL INTELLIGENCE )<br>AGENCY; *et al.* )<br>)<br>Defendants. ) | Case No. 25-cv-00768-MSN-WBP |

**[Proposed] ORDER**

Considering Plaintiff's Motion for Leave to File via Flash Drive, supporting Memorandum of Law, and the record, it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further **ORDERED** that Exhibits 2 and 4 to Plaintiff's Opposition to Defendants Raiklin and America's Future's Motion to Dismiss are permitted to be filed via flash drive.

ENTERED THIS _____ DAY OF JULY, 2025.

_____
Honorable District Court Judge