IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TERRY ADIRIM, M.D.                  )

                               )

       Plaintiff,              )

v.                             )

                               )

U.S. CENTRAL INTELLIGENCE AGENCY, et al.)  Case No.: 1:25-cv-00768-MSN-WBP

                               )

       Defendants.           )

## NOTICE OF HEARING

COMES NOW, Defendant, Ivan Raiklin, by counsel, and requests that the Clerk docket this matter for a hearing on **Friday, October 31, 2025, at 10:00 a.m.**, or as soon thereafter as the parties may be heard, for argument on Defendant's Motion to Dismiss the Amended Complaint, filed pursuant to Fed. R. Civ. P. 12(b)(6).

                                     **IVAN RAIKLIN, ESQ.**
                                     By Counsel

**McGAVIN, BOYCE, BARDOT,**
  **THORSEN & KATZ, P.C.**

   /s/ *John D. McGavin*
John D. McGavin (VSB 21794)
9990 Fairfax Boulevard, Suite 400
Fairfax, VA 22030
Telephone:    (703) 385-1000
Facsimile:    (703) 385-1555
jmcgavin@mbbtklaw.com
*Counsel for Defendant Ivan Raiklin,*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September 2025, I electronically filed the foregoing pleading using the CM/ECF System, which will send notifications of the filing to all counsel of record:

Kevin Thomas Carroll, Esq.
Fluet & Associates, PLLC
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22103
kcarroll@fluet.law
*Counsel for Plaintiff*

Carolyn M. Wesnouski, Esq.
DOJ-USAO
2100 Jamieson Avenue
Alexandria, VA 22315
Carolyn.wesnousky@usdoj.gov
*Counsel for U.S. Central Intelligence Agency*
*And John Ratcliffe*

_/s/ John D. McGavin_____
John D. McGavin (VSB 21794)