# Exhibit C

1 January 2024

## An Open Letter to the American People from Signatories of this Declaration of Military Accountability

*"Our Constitution was made only for a moral and religious people.  It is wholly inadequate to the government of any other."*
–John Adams

In the course of human events it sometimes becomes necessary to admonish the lawless, encourage the fainthearted, and strengthen the weak. We have reached just such a time in our history. The affairs of our nation are now steeped in avaricious corruption and our once stalwart institutions, including the Dept of Defense, are failing to fulfill the moral obligations upon which they were founded. **Standing upon our natural and constitutional rights,** we hereby apprise the American people that we have exhausted all internal efforts to rectify recent criminal activity within the Armed Forces.

In the Declaration of Independence our founding fathers sought separation. We seek no separation, but through this letter and the efforts we pledge herein, **we pursue restoration through accountability**. We intend to rebuild trust and restore the rule of law, particularly within the Armed Forces. Ultimately, we strive to once again become a moral people, restoring our nation, and making it again worthy of the great gift of liberty won by the colonial-era American people.

While implementing the COVID-19 vaccine mandate, **military leaders broke the law,** trampled constitutional rights, denied informed consent, permitted unwilling medical experimentation, **and suppressed the free exercise of religion**. Service members and families were significantly harmed by these actions. Their suffering continues to be felt financially, emotionally, and physically. Some service members became part of our ever-growing veteran homeless population, some developed **debilitating vaccine injuries,** and some even lost their lives. In an apparent attempt to avoid accountability, military leaders are continuing to ignore our communications regarding these injuries and the laws that were broken.

For GEN Milley, ADM Grady, GEN McConville, ADM Gilday, ADM Lescher, Gen Brown, Gen Berger, Gen Smith, VADM Kilby, VADM Nowell, VADM Fuller, LTG Martin, Lt Gen Davis, MG Edmonson, GEN Williams, ADM Fagan, VADM Buck, Lt Gen Clark, MG Francis, LTG Dingle, Lt Gen Miller, RADM Gillingham, and numerous others;

These individuals enabled lawlessness and the **unwilling experimentation** on service members. The moral and physical injuries they helped inflict are significant. They betrayed the trust of service members and the American people. **Their actions caused irreparable harm** to the Armed Forces and the institutions for which we have fought and bled.

These leaders **refused to resign** or take any other action to hold themselves accountable, nor have they attempted to repair the harm their policies and actions have caused. Since there has yet to be any accountability, the undersigned give our word to do everything morally permissible and legally possible to hold our own leadership accountable. We intend to rebuild trust by demonstrating that **leaders cannot cast aside constitutional rights** or the law for political expediency.

The flag and general officers are far from the only ones complicit in recent illegal activities, as a significant number of SES leaders and political appointees contributed. Evidence indicates that other executive agencies are engaging in illegal activity. However, as service members and veterans, we feel particularly responsible for the DoD and, in accordance with our oaths, we will make every effort to demonstrate by example, how **an institution can put its own house in order**.

We the undersigned, on behalf of hundreds of thousands of service members and the American people, while appealing to the Supreme Judge of the world for guidance and purity of intention, **mutually pledge** to each other that we will do everything in our power, through lawful word and action, **to hold accountable military leaders** who failed to follow the law when their leadership and moral courage was most desperately needed.

In the coming years, thousands within our network will run for Congress and seek appointments to executive branch offices, while those of us still serving on active duty will continue to put fulfilling our oaths ahead of striving for rank or position. For those who achieve the lawful authority to do so, **we pledge to recall from retirement the military leaders** who broke the law and will **convene courts-martial** for the crimes they committed. For those of us who attain legislative offices, we pledge to **introduce legislation to remove all retirement income** for the military leaders who were criminally complicit, and we will **ensure none serve in or retire from the Senior Executive Service.**

This endeavor will be a continuous process with a long-term time horizon, but fulfilling our oaths to defend the Constitution requires just such persistent vigilance. Likewise, we are obligated, and so commit, to train those who come after us to fulfill their duty in achieving this accountability and **safeguarding against such leadership failures hereafter**.

Our nation was once great because it was good. It was built on moral principles founded in natural law and yet, the recent acceleration of moral relativism has us headed towards a precipitous implosion. While all good things come to an end, **we refuse to allow our nation to go quietly into the depths of decadence and decay**. We promise to exhaust all moral, ethical, and legal means to restore the rule of law and will begin by attempting to hold senior military leaders accountable. The Constitution is the supreme law of our land. **We will fight** to enforce that law and put an end to the two-tiered justice system. May future generations see our efforts and, God willing, may they also be recipients of the great gift of liberty that we have had the honor of safeguarding.

Brad Miller
Veteran, USA

Mark Bashaw
Fmr. 1LT USA
Fmr. MSgt USAF

Peter Chambers
LTC, USA (Ret)

Theresa M. Long, MD.
MPH, MC, FS
LTC, USA

Rob Maness
Col, USAF (Ret)

Nick Kupper
Cand. 2024 AZ H. Dist. 25
MSgt, USAF (Ret)

Samuel Shoemate
CW2, USA (Ret)

Ivan E. Raiklin, Esq.
LTC US Army (Ret)
Bn Cmd-Select, SF/MI

Dennis "Nate" Cain
Cand. 2024 US House (WV-2)
Veteran, USA

Robert A. Green Jr.
Commander, USN

Darin Gaub
LTC USA (Ret)

Amber Smith, Veteran, USA
Fmr Deputy Assistant to the
Secretary of Defense

Grant Smith
Major, USA

Sonny D. Fleeman III
SSgt USA (Ret)
Combat-Disabled Veteran

Chris Coulombe
Cand. 2024 US House (CA-2)
Veteran, USA

Samuel Sigoloff, DO
Fmr. Major, USA

Carolyn Rocco
Lt Col, USAF

Nic Gray, CEO, USJAG
Fmr SGT, USA OIF '06-'08

Scott Kesterson
Veteran USA
Founder & Voice of BardsFM

Jon S. Trainer
Ch. Col, USAF

Cameron Hamilton
Cand. 2024 US House (VA-7)
US Navy SEAL (Ret)

2

Chad Coppin
LT, USCG

Seth Ritter
Captain, USA (Ret)

Mara Macie
Cand. 2024 US House (FL-5)
Military Spouse

Jordan Karr
Cand. 2022 FL H. Dist. 2
Veteran, USAF

Edward Macie
LT, USN

Jay Furman
Cand. 2024 US House (TX-28)
Commander, USN (Ret)

William Moseley
LT, USN

Lee D. Merritt, MD.
Fmr Commander, USN

Matthew Shoemaker
Cand. 2024 US House (NC-13)
LT, USNR

Joshua Hoppe
Captain, USMC

Ryan Sweazey
Walk the Talk Foundation
Lt Col, USAF (Ret)

Briana Grace Céspedes
Veteran, USAF

Chase Spears
Major, USA (Ret)

Scott D. Crogg
Col, USAFR (Ret)
Fmr Cmdr 44th Fighter Grp

Christopher D. Clagett
Captain, MC, USN (Ret)

Brad D. Melichar
Captain, USN

James Link
Fmr Chaplain, USA
Vaccine Injured

John Frankman
Veteran, USA
Ex-SF Green Beret

Karolina Stancik
Corporal, USA
Vaccine Injured

Katheryn W. Ellis
Col, USAF (Ret)

Fr. Daniel R. Nolan
Veteran, USMC

3

Patrick Wier
LCDR, USN JAG Corps

Ernest Ramirez Sr.
Veteran, USA

Luke E. Negron
Veteran, USAF
Cand. 2020 US House (PA-18)

Emily Rainey
Veteran, USA

Tom Stewart
Veteran, USMC

Aaron Elliott
Major, USAF

Brian Fitzgerald
CW4, USA

Bruce Duncan McGray
Lt Col, USAF (Ret)
Vietnam Veteran

Brit Galvin
Veteran, USA
Vaccine Injured

Joel Bailey
Specialist, USA

Paul D. Forsberg
CWO3, US Navy SEAL

Evin Sven Negron
Major, USAF

Chad Booth
Captain, USA

Thomas J. Waller Jr.
Lt. Col. USMC (Ret)

John E. Delarm
Fmr SFC, USA
Involuntarily Separated

Hans W. Toohey
LCDR, USN

Joshua D. Donaldson
CW3, USA (Ret)

Michael Gary
Major, USA

Erica N. Busico
LCDR, USN

Christopher S. Toompas
Veteran, USMC and FBI
Analyst fired over vax refusal

M. Aaron Miller
Commander, USN

4

Corey F. Terry
SFC, USA (Ret)

Corley B. Myres
SCPO, USCG

David Gritsavage
Lt Col, ANG

Jonathan Wright
Captain, USAF

Mark Zito
LCDR, USN (Ret)

Matthew Green
MMNC, USN

Norman Gilmore
SSG, Maine ANG (Ret)

Russell C. Patten
Major, USAFR

Shane J. Hesse
CW3, USA NC ARNG

Aaron Cedillos,
PO2, USN

William J. Kazyak
Captain, USMC

Matthew Powers
Veteran, USCG

Aaron Dunson
CW3, USA

Annmarie Acevedo
LCDR, USN

Brennan Graves
Captain, USAF

Justin Casey
Captain, USAF

Barry D. Lawson
CPO, USCG (Ret)

Ben Herring
Veteran, USMC
OIF/OEF Veteran

Cassidy Wright
Veteran, USA and USAF

Giovanni D. Silva
CPO, USN

Daniel Schreck
Lt Col, USAF (Ret)

5

Scott R. Lauderbaugh
TSgt, USAF

Elden Engelhard
CW5, USA

George Huell
Veteran, USA

Jacob Schanck
SFC, USA Spec Forces
De Oppresso Liber

Jared Allen
Lt Col, USAF

Jeneve Pike
Veteran, USAF

John R. Gritsavage
Lt Col, USAF (Ret)

Joseph Bonometti
Veteran, USA

Kristin Antonides
SCPO, USCG

Lucian D. Kins
Commander, USN

Maxwell Vincent
Veteran, USCG

Michael Hernon
AST1, USCG

Randy McCoy
Veteran, USN

Regina Gritsavage, MD
Lt Col, VT ANG (Ret)
Flight Surgeon

Robert R. Dee
Captain, USAF

Robert R. Pike II
Lt Col, DE ANG

Robert R. Pike
Veteran, USAF

Rocky Rogers
CPO, USCG (Ret)

Tanya C. Clark
TSgt, USAFR

Andrew J. Chomko
Veteran, USA
1st Bn, 75th Ranger Reg.

Acarya Monge
AT1(AW), USN

6

Dannielle E. Garcia
SSgt, NJ Air Nat. Guard

Caleb Miller
CPO, USCG

Chris D. Harkins Sr.
Veteran, USCG

Derek C. Woellhof
CPO, USN

Corey Sidlo
Command Master Chief
USCG, (Ret)

Andrew Rardon
CWO2, USCG (Ret)

Dan M. Robert
SSG, USA

David Kroll
ASTC, USCG (Ret)

James A. Stober, MD
Veteran, USAF

Douglas J. Bayley, Ph.D.
Lt Col, USAF (Ret)

Frazier Honkomp
WO1, USA (Ret)

John M. Nehrbas
Veteran, USMC
OIF I, OIF II, OEF Veteran

Joseph A Zarlengo
LT, USCG

Joseph C. Impinna
LT, USN (Ret)

Joshua Harris
CPO, USCG

Joseph Roughneen
Lt Col, USA (Ret)

Philip Stein
Lt Col, USAF
NJ Air Nat. Guard (Ret)

Schuyler Skipper
1stLT, USMC

Michael J. Moseley
CW2, FL ARNG

Shane Porter
PO1, USCG

Nicholas Cornwell
Commander, USN

Jameson Millspaugh
LT, USN

John Smith
Veteran, USCG

Justin A. Martin
Captain, FL ARNG

Keith A. Brown
TSgt, USAF (Ret)

Kenneth Stafford
Veteran, USNR

Paul Kuhn
LCDR, USN

Logan Hommel
PO2, USN

Tomasz R. Zaremba
LTC, USA (Ret)

Lynette C. Streitfield
SGM, USA (Ret)

Mike Gollins
CW2, USA

Patrick Koehr
LT, USN

Maurice Clark
SSgt, USAF

Steven A. LaTulippe, MD
Major, USAF (Ret)

Vasya Yura Mstislavski
EOD1, USNR
US Border Patrol (BORTAC)

William J. Murphy Jr.
Major, USA (Ret)

Austin T. Marshall
LTC, USA (Ret)

Christopher A. Clark
PO1, USN

David G. Kopp
Lt Col, USAFR

J. Nelson
SSG, USA
Flight Paramedic

Jerry Wagner
Captain, USA

Joshua D. Snodgrass
SFC, USA

8

Allen Morris
Captain, USSF

Daniel Schultz
Major, USAF

Luke Cavanaugh
MSgt USAF

Killian Valencia
Captain, USAF

Shane Bretey
SSG, NE ANG (Ret)

Stephanie Bumgarner
Veteran, USA

Adaline Hulet
2Lt, USAF

Benjamin Grubb
Seabee, USN

Kim Bitter,
Major, USAFR

Derrick R. Wynne
PFC, USA

Daniel Rowett
CTTCS, USN (Ret)

Christopher Wright
Commander, USCG (Ret)

Jessica Fruth
SMSgt, USAF

Jack Russell
1LT, USA

Jacob Wilson
SGT, USA
(Medically Retired)

Jeffrey Stubbert
TSgt, USAF (Ret)

Justin A. Buda
Captain, USAF

Kenneth P. Wenner
MSgt, USAF

Pamela K. Gregory
LCDR, USN

Stelios Stylianov
Veteran, USN

Timothy S. Jones
CW3, USA

9

William Kuhn
PFC, USA

Christopher Sandoval
PO1, USN

Jacob Owens
Veteran, USA

Ben Zarlengo
LTJG, USCG

Cameron Smith
Veteran, USA

Clayton G Risser
SSgt, USAF

David W. Stebbins
Major, USAF (Ret)

George Deliyanides
CPO, USN (Ret)

Joseph A. Carlson
2d Lt, USSF (Ret)

William Larry Cooper
Veteran, USA

Robert C. Audiss
Master Chief
US Navy SEAL

Aaron Galletta
CPO, US Navy SEAL (Ret)

Blake Wright
Veteran, USMC

Brent Parker
Captain, USAF

Charles E. Carter
Veteran, USN

Charles Kerscher III
Veteran, USA

Connor J. Kestell
Veteran, USN

David Andrizzi
SCPO, USCG

Gabriel Andres Gomez
Veteran, USMC

Holly Carter
Veteran, USN

James Johnson
Specialist, USA

Zach C. Toner
Captain, USA

Aaron W. Crabb
PO1, USN

Alex N. Stovall
1LT, USA

James Michael Armstrong
Captain, USMC

James R. Copeland
PO1, USCG

Jeffrey W. Green
Veteran, USA

Donald Calkins
Lt Col, ANG (Ret)

Joseph W. Heyser
Captain, USAFR

Matthew Lemoine
MSgt, USAF

Murray B. Baruzzini
CW4, USA (Ret)

Alec Birchfield
LT, USN

Patrick T. Barelli
CDR, USCG (Ret)

Preston Breece
Veteran, USA
Ex- SF Green Beret

Steven R. Waite
PO2, USN

Tony McCartney
Veteran, USAF

Connor P. Barelli
Veteran, USCG

Gretchen Sanders
PO1, USCG

Joshua Hudson
PO1, USCG

Robert Lemoine
Veteran, USAF

Mark A. Byrd
PO1, USCG

Michael K Chynoweth
CWO4, USCG (Ret)



Tyler Reynolds
LT, USCG

Joshua Espedal
1stSgt, USMC

Morgan J. Martinez
ENS, USNR

Nicole L. Goodrich
MK1, USCG

Dixon Brown
SCPO, USN

PO2, USN
Vaccine Injured

Captain, USAF
Vaccine Injured

TSgt, USAFR

Major, USSF

Lt Col, USAF ANG (Ret)

Captain, USMC

1st Lt, USAF

Major, USAF

Commander, USN

Veteran, USCG
Special Agent CGIS

LCDR, USN

Major, USA

CW3, USA (Ret)
Special Forces

1LT, USA

2Lt, USAR

LCDR, USN