# Exhibit D

IMDb

Sign in    Use app


Sponsored

Conservative Daily Podcast

All

# Joe Oltmann Live with Ivan Raiklin and Carolyn Rocco - Accountability for Military Service Members

Episode aired Jan 4, 2024



News    Talk Show

Add a plot in your language

☆ Rate

**Directors**  Apollo   David Clements   Joe Oltmann

**Writer**  David Clements

**Stars**  Joe Oltmann   Ivan Raiklin   Carolyn Rocco

＋ Add to Watchlist    ⌄

👁 Mark as watched

See production info at IMDbPro ↗

## Photos                                              ＋ Add photo


Sponsored

## Top Cast  3  ›                                              ✎