# Exhibit E

629

Thoughts and comments are my own. They do not rep...
7mo • Edited • 🌐
+ Follow

The last five days have been ones to remember for a lifetime. Monday and Tuesday provided an opportunity to connect with new and old friends at Mar-a-Lago, as we gathered for America's Future "American Exceptionalism Celebration." I was honored to join Rob Green (Navy), Stu Scheller (USMC), Theresa Long (Army), and our next Undersecretary of the Air Force, Matt Lohmeier (Space Force), to receive such a prestigious award. A YUGE shout out to Lt Gen (Ret) Mike Flynn, his sister Mary Flynn O'Neill, and Ivan Raiklin.

Joining us were other amazing patriots like Sam Shoemate, Jordan Karr, Kacy Dixon, Sarah Lohmeier, Mary Clare Green, Natalie S., Jen R., Mandy Feindt, Karolina Stancik, and Jeremy Sorenson. Some memorable moments included in depth conversations with Mike Smith (producer of "Out of Shadows" as well as "Into the Light"), Lara Logan, and Mary Flynn O'Neill.

And to wrap up the week, Friday night came with a flood of good news for those who have suffered under the unlawful and reckless behavior by many top officers in the DoD, such as Gen Brown, Gen Slife, ADM Franchetti, along with JAGs for the Navy, Army, and Air Force. Perhaps now we can start prioritizing the Constitution over the Institution.







