# Exhibit F

Carolyn Ross • 2n... • Follow
Thoughts and comments are my own. They do not represent th...
9mo • 🌐

Riddle me this, Batman. How does a person-Terry Adirim- who was responsible for the mass confusion and deception imposed on service members, resulting in 8,700 unlawfully forced out and another 90,000 disenfranchised, get selected to fill an SES position in our USG? And even more curious why didn't she specify the organization she is now a part of?

To remind folks of exactly what Terry is responsible for, read the Aug 2022, DoD Whistleblower excerpt below and see the attached photos. Please also keep handy for reference, 10 USC 1107a, that states military members cannot be forced to take an EUA product.

"The DoD induced confusion by publishing memoranda asserting that the FDA-approved Comirnaty could be used interchangeably with EUA products. Assistant Secretary of Defense for Health Affairs (ASD HA), Dr. Terry Adirim, wrote a 14 September 2021 memorandum, enclosure (3), stating "these two vaccines are interchangeable and DoD health care providers should use doses distributed under the EUA to administer the vaccination series as if the doses were the licensed vaccine." In her memorandum, she cited the FDA's Q&A website to justify use of EUA Pfizer-BioNTech vaccines in lieu of Comirnaty. The website provided medical advice regarding the use of the EUA product to complete a "vaccination series," stating medical providers could use the two products "interchangeably to provide for the COVID-19 vaccination series without presenting any safety or effectiveness concerns." The FDA website did not address the legal difference between the products, nor was it a determination of biosimilarity or interchangeability, which has specific requirements per 42 USC 262(k) - Licensure of Biological Products as Biosimilar or Interchangeable. The law cites critical requirements for interchangeable products, including that: 1) a sponsor must submit an application for licensure of the biosimilar product, 2) both products become fully licensed before being declared interchangeable, and 3) per 42 USC 262(k)7(A), "[a]pproval of an application under this subsection [Licensure of Biological Products as Biosimilar or Interchangeable] may not be made effective by the Secretary until the date that is 12 years after the date on which the reference product was first licensed under subsection (a)." By law, no product may be legally declared interchangeable with Comirnaty until at least 24 August 2033. As further evidence, the FDA's authoritative source for approved biologics, the "Purple Book," lists no "interchangeable data at that time" for Comirnaty. Dr. Adirim, and every military commander who cited her memo as justification for their unlawful orders, ignored the legal distinction between the two products, most notably that one was a licensed product and the other an EUA