# Exhibit G



**Carolyn Rocco** · 2nd
Thoughts and comments are my own. They do not rep...
1yr · 🌐

It's September 14.....that means it's time to recognize Terry Adirim Day! Yay!

I recently mentioned in a post that we have receipts. I will reiterate we have a ton of receipts. And when these facts were presented to the "authorities," we were ridiculed, ostracized, discriminated against, and punished. Surprisingly enough, while many in leadership positions don't want to hear the facts, there's an entire world who does. And so, we carry on. 🙏 us

Cliff notes of the last 3 years are in the below photos. Enjoy!



← **Post**

**Eric Coulter** ✓
@_Eric_Coulter

🧵 Happy #TerryDay! Three years ago, a career bureaucrat @TerryAdirimMD, the acting Assistant Secretary of Defense for Health Affairs, countermanded SecDef's Covid-19 vaccine mandate & federal law by legally equating an EUA product as fully FDA approved (BLA-licensed).

defense.gov/About/Biograph...

06:16 · 9/14/24 · **18K** Views

**61** Reposts **17** Quotes **130** Likes **31** Bookmarks

💬    🔁    ❤️    🔖    ⬆️

Most relevant replies ∨

**Eric Coulter** ✓ @_Eric_Coulter · 2h
2/ Her one-page memo allowed the DoD to push an EUA product on service members (SMs) without pursuing a written waiver from POTUS per DoDI 6200.02, or giving informed



products as per 21 USC 360bbb-3.

A1 based on an FDA Q&A website.

Eric Coulter ✓ @_Eric_Coulter · 2h
4/ All leaders up the chain up to and including POTUS and his staff had to know this was not the appropriate CDA. An Acting Assistant Attorney General had said as much in a July 6 memo referencing POTUS would be required to waive EUA products for SMs.

@C_ScottDuncan and so many others. Show more

Eric Coulter ✓ @_Eric_Coulter · 2h
6/ Freedom is compounding is the still unknown number of SMs who were injured by taking what they believed were safe products, even when they were actually only Emergency Use Authorized, like...

Catherine Herridge ✓ @C...

**+3**