# Exhibit J

| | |
|---|---|
| **From:** | Kevin Carroll |
| **To:** | Spavins, Lizzie (USAVAE); John McGavin; Anna Zick; Wesnousky, Carolyn (USAVAE); dennis.barghaan@usdoj.gov; rebecca.s.levenson@usdoj.gov |
| **Cc:** | Warren Bianchi |
| **Subject:** | RE: Request for leave to file a second amended complaint in Adirim v. CIA |
| **Date:** | Friday, October 24, 2025 11:49:32 AM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>fluetxchamberslogocombo(6)_32d00144-bd9e-45ba-9b8b-a4600eb2c676.png<br>linkedin_32x32_cbe1ea28-dc50-4ea1-b711-42ed38d2032b.png<br>facebook_32x32_46a755f2-71de-4130-98b6-50b97b5c836a.png<br>youtube_32x32_2f2ce48c-0027-40c6-a601-e29b026f874f.png |

Understood.  Enjoy furlough – I just hope you are being paid!

**Kevin Carroll**
*Partner*



1751 Pinnacle Drive, Suite 1000, Tysons, VA 22102
(o): 703-590-1234 x 108 | (c): 718-791-5761
kcarroll@fluet.law | fluet.law



NOTICE: This message (including any attachments) from Fluet may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

**From:** Spavins, Lizzie (USAVAE) <Lizzie.Spavins@usdoj.gov>
**Sent:** Friday, October 24, 2025 11:47 AM
**To:** Kevin Carroll <kcarroll@fluet.law>; John McGavin <jmcgavin@mbbtklaw.com>; Anna Zick <azick@mbbtklaw.com>; Wesnousky, Carolyn (USAVAE) <Carolyn.Wesnousky@usdoj.gov>
**Cc:** Warren Bianchi <wbianchi@fluet.law>
**Subject:** RE: Request for leave to file a second amended complaint in Adirim v. CIA

Hi Kevin,

During the lapse in appropriations, I'm furloughed and thus excepted (and permitted to work) only as to certain emergency/detention-related matters, which does not include this case.

However, I am allowed 15 minutes/day to check my email/court filings to monitor my other matters, so I can briefly respond here.  Based on your message below, the Federal Defendants will oppose any such request to amend, for among other reasons, those laid out in our submission in September, Dkt. 49.

Thanks,
Lizzie

**Lizzie Spavins**
Assistant United States Attorney
United States Attorney's Office, Eastern District of Virginia
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3785
Cell: (703) 203-1701
Lizzie.Spavins@usdoj.gov

**From:** Kevin Carroll <kcarroll@fluet.law>
**Sent:** Friday, October 24, 2025 11:18 AM
**To:** John McGavin <jmcgavin@mbbtklaw.com>; Anna Zick <azick@mbbtklaw.com>; Wesnousky, Carolyn (USAVAE) <Carolyn.Wesnousky@usdoj.gov>; Spavins, Lizzie (USAVAE) <Lizzie.Spavins@usdoj.gov>
**Cc:** Warren Bianchi <wbianchi@fluet.law>
**Subject:** [EXTERNAL] Request for leave to file a second amended complaint in Adirim v. CIA

Dear all,

Pursuant to Fed.R.Civ.P. 15(a)(2), may we please amend our complaint in Adirim v. CIA with your consent?

We believe that the following article, Exclusive: Wide-ranging group of US officials pursues Trump's fight against 'Deep State' | Reuters, gives rise to a need for Dr. Adirim to add additional defendants -- the "Interagency Weaponization Working Group," two unnamed CIA

officers participating in the IWWG, ODNI, DNI Gabbard, Carolyn Rocco -- and an additional claim under 42 U.S.C. § 1983.

Briefly:

> On October 20, 2025, the Reuters news service reported that since at least May 2025, a "group of dozens of officials from across the federal government, including U.S. intelligence officers, has been helping to steer President Donald Trump's drive for retribution against his perceived enemies, according to government records and a source familiar with the effort."  The "Interagency Weaponization Working Group" includes officials from the White House, ODNI, CIA, and Justice and Defense Departments.  Neither the White House nor ODNI denied the Reuters report.
>
> Reuters noted that while the Justice Department and CIA did not immediately respond to a request for comment, the Agency "is legally prohibited from conducting operations against Americans or inside the U.S. except under very limited and specific circumstances."  CIA is statutorily forbidden from exercising "police, subpoena, or law enforcement powers or internal security functions."  50 U.S.C § 3036(d)(1).  Yet Reuters reports that "documents show the involvement of two CIA officers" in the IWWG.
>
> The IWWG reportedly features "COVID-19 vaccine mandate opponents" and among its primary targets are "former top U.S. military commanders who implemented orders to make COVID-19 vaccinations compulsory for servicemembers."  Id.  An ODNI official belonging to the group, Defendant Carolyn Rocco, "signed a January 1, 2024, open letter pledging to seek [courts-martial] for senior military commanders who made the shots mandatory for service members."
>
> Defendant Raiklin co-signed that letter with Defendant Rocco, with whom he also appears on podcasts.  Defendants Raiklin and Rocco jointly attend events sponsored by Raiklin's employer America's Future.  Rocco repeatedly posts negative commentary on social media sites such as LinkedIn about Dr. Adirim and her role in recommending COVID vaccines for servicemembers.  In fact, Rocco posted on her LinkedIn page about Dr. Adirim being hired by CIA, so she maintained awareness of Plaintiff's Agency employment before her detail to the IWWG.
>
> On October 21, 2025, the New York Post reported that the IWWG began to meet in earnest in April 2025, the same month CIA terminated Dr. Adirim.

We're happy to share a draft of that complaint with you if you'd like.

We remain prepared to argue LTC Raiklin's motion to dismiss the tort claims next Friday.

Thank you for your consideration.

Very respectfully,
Kevin

**Kevin Carroll**
*Partner*



1751 Pinnacle Drive, Suite 1000, Tysons, VA 22102
(o): 703-590-1234 x 108 | (c): 718-791-5761
kcarroll@fluet.law | fluet.law



NOTICE: This message (including any attachments) from Fluet may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

**NOTICE** This email message originated from outside of your organization. Please use caution when responding, opening attachments, and clicking links.