# Exhibit K

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| TERRY ADIRIM, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 25-cv-00768-MSN-WBP |
| | ) |
| U.S. CENTRAL INTELLIGENCE AGENCY; | ) |
| | ) |
| JOHN RATCLIFFE, in his official capacity as Director of the Central Intelligence Agency; | ) |
| | ) |
| JOHN DOE 1, in his official capacity as an officer of the Central Intelligence Agency; | ) |
| | ) |
| JOHN DOE 2, in his official capacity as an officer of the Central Intelligence Agency; | ) |
| | ) |
| OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; | ) |
| | ) |
| TULSI GABBARD, in her official capacity as Director of National Intelligence; | ) |
| | ) |
| CAROLYN ROCCO, in her official capacity as an employee of the Office of the Director of National Intelligence; | ) |
| | ) |
| INTERAGENCY WEAPONIZATION WORKING GROUP; | ) |
| | ) |
| and | ) |
| | ) |
| IVAN RAIKLIN, ESQ. | ) |
| | ) |
| Defendants. | ) |

<u>**SECOND AMENDED COMPLAINT**</u>

**NATURE OF THE CASE**

I.    <u>**Terry Adirim, MD.**</u>

1.    Plaintiff Terry Adirim ("Plaintiff" or "Dr. Adirim") lost her job and sense of security because of political retribution and extremist conspiracy theories.  In a ruse designed to purge a perceived ideological enemy, the Central Intelligence Agency ("CIA" or the "Agency") wrongfully broadcast Dr. Adirim's private and protected information—including the classified fact of her employment with the Agency—before terminating her employment.  The Agency's wrongful disclosures of nonpublic facts relating to Dr. Adirim caught the attention of extremist content creators such as Defendant, Ivan Raiklin ("Defendant Raiklin"), who amplified news of Dr. Adirim's private information and wrongful termination, and Carolyn Rocco.

2.    Previously, Defendant Raiklin included Dr. Adirim on his "Deep State Target List" of 350 people who Defendant Raiklin falsely accused of committing heinous felonies and identified for political retribution, public trial, and even execution.  Defendant Raiklin specifically accused Dr. Adirim of mutilating those within her care, committing genocide, and otherwise betraying her professional and ethical obligations as a doctor.

3.    Dr. Adirim is a medical doctor who proudly served our nation.  Dr. Adirim's public service included serving as Acting Assistant Secretary of Defense for Health Affairs at the outset of the coronavirus pandemic,[1] in which role she gave Secretary of Defense Lloyd Austin the life-saving advice to vaccinate our servicemembers.  Most recently, Dr. Adirim took on a senior role at CIA's Center for Global Health Services after being actively sought out and recruited by the

---

[1]    *See* U.S. Department of Defense, *Dr. Terry Adirim*, https://www.defense.gov/About/Biographies/Biography/Article/2604503/dr-terry-adirim/ (on file with the United States Government) (last visited Oct. 23, 2025).

Agency. Soon after Dr. Adirim began her new job at CIA, the Agency's senior leaders expressed satisfaction with her performance. In fact, just weeks before Plaintiff's termination, CIA's Chief Operating Officer sent her an email stating that the Agency looked forward to investing in her career.

## II. Ivan Raiklin, Esq.

4.    Defendant Raiklin creates extremist content on social media platforms including X (formerly Twitter) and on various podcasts. Defendant Raiklin is notorious for his "Deep State Target List" of individuals who he considers guilty of treason and fit to be executed. Defendant Raiklin is particularly venomous regarding Dr. Adirim, publicly accusing her not only of treason, but also genocide, war crimes, homicide and mutilation, while threatening to release her private correspondence. Defendant Raiklin repeated these accusations during his appearance on the Roseanne Barr Podcast on October 3, 2024. During that appearance, Defendant Raiklin stated that he wishes for individuals such as Dr. Adirim to be unable "to walk anywhere" without feeling the "wrath of their neighbors, friends, relatives, family."[2] Defendant Raiklin calls for those on his target list to be dangerously and illegally "swatted." Ex. A. His odious actions and words threaten the physical safety of Dr. Adirim and her family.

## III. Dr. Adirim Joins CIA, Which Illegally Leaks Her Agency Affiliation.

5.    Dr. Adirim's affiliation with CIA was classified as SECRET/NOFORN, meaning that the unauthorized disclosure of this information, which is related to intelligence activities, could be reasonably expected to cause articulable and serious damage to U.S. national security,

---

[2] "The Deep State Hit List with Ivan Raiklin - The Roseanne Barr Podcast #68" (Apple Podcasts, Aug. 21, 2025), https://podcasts.apple.com/tw/podcast/the-deep-state-hit-list-with-ivan-raiklinthe/id1689617956?i=1000671636728 [https://perma.cc/RZ2D-CW8V] (hereinafter, "Rosanne Barr Podcast"), at 08:10.

and also that the information could not be released to foreign nationals. *See* Executive Order 13526, *Classified National Security Information* (Dec. 29, 2009) § 1.2(a)(2) and 1.4(c).[3]  Indeed, CIA advised Dr. Adirim not to tell people outside of her family of her Agency appointment.

6.      Dr. Adrirm quietly entered on duty with CIA on December 16, 2024.  Within days, Defendant Raiklin directed a tweet to Defendant CIA Director John Ratcliffe asking, "Is the architect of the illegal DOD CCP-19 Jab Genocide Mandate Terry Adirim burrowing in at the CIA?" Ex. B.[4]  Dr. Adirim informed CIA security that someone at the Agency illegally leaked to Defendant Raiklin the private and classified information that Dr. Adirim now served at CIA.  The Agency only formally announced Dr. Adirim's arrival on a classified email system and in an email marked SECRET//NOFORN.  To Dr. Adirim's knowledge, the Agency's Office of Security took no action in response.

7.      A photograph or screenshot of the internal CIA announcement of Dr. Adirim's appointment, marked as SECRET/NOFORN, necessarily taken by someone who maintained staff access or staff-like access to CIA's air-gapped and classified computer systems, later appeared on the internet.  Whoever at CIA leaked Dr. Adirim's Agency affiliation to Defendant Raiklin, whoever copied the internal announcement of her appointment, and whoever posted it to the internet potentially committed a felony under the Espionage Act.  *See* 18 U.S.C. § 793(d), *Gathering, Transmitting or Losing Defense Information* (stating that whoever lawfully having access to national defense information, which the possessor reasonably believes could be used to

---

[3] Because Dr. Adirim no longer works for Defendant CIA, her previous Agency affiliation is no longer classified information.  Furthermore, Defendant CIA itself blew Dr. Adirim's cover for all practical purposes when it illegally leaked her Agency affiliation, first to Defendant Raiklin and then to Breitbart News.

[4] This Tweet, since deleted, can be found using the "Wayback Machine".

the injury of the United States, who willfully causes it to be communicated to any person not entitled to receive it, commits a felony).  Whoever at Defendant CIA leaked Dr. Adirim's Agency affiliation to Defendant Raiklin also committed a misdemeanor under the Privacy Act.  *See* 5 U.S.C. § 552a(g).  To Dr. Adirim's knowledge, the Department of Justice ("DOJ") and Federal Bureau of Investigation ("FBI") took no action in response.

### IV.    **"Weaponization Working Group" Established.**

8.      On January 20, 2025, President Donald Trump issued Executive Order 14147, *Ending the Weaponization of the Federal Government*.  Executive Order 14147 states:

> The Director of National Intelligence, in consultation with the heads of the appropriate departments and agencies within the Intelligence Community, shall take all appropriate action to review the activities of the Intelligence Community over the last 4 years and identify any instances where the Intelligence Community's conduct appears to have been contrary to the purposes and policies of this order, and prepare a report to be submitted to the President, through the Deputy Chief of Staff for Policy and the National Security Advisor, with recommendations for appropriate remedial actions to be taken to fulfill the purposes and policies of this order.    The term "Intelligence Community" has the meaning given the term in section 3003 of title 50, United States Code.

9.      Section 3003 (4)(A)-(B) provides that the term "Intelligence Community" includes the Office of the Director of National Intelligence ("ODNI") and CIA.

10.      Attorney General Pam Bondi established a working group pursuant to Executive Order 14147 in early February 2025.[5]  An Interagency Weaponization Working Group ("IWWG") began to meet no later than April 2025.[6]

---

[5] *See* A. Mallin, *Bondi, as new AG, launches 'Weaponization Working Group' to review officials who investigated Trump*, ABC NEWS (Feb. 5, 2025).

[6] *See* J. Christenson, *Trump agencies 'working to undo' past abuses under Biden*, NEW YORK POST (Oct. 21, 2025).

## V.    Laura Loomer Persuades President Trump to Terminate National Security Officials.

11.    On April 2, 2025 Defendant Raiklin's associate and fellow conspiracy theorist Laura Loomer visited President Donald Trump in the White House.[7]  On April 3, 2025 a series of senior national security officials got fired from their positions, in response to which Defendant Raiklin tweeted, "For the record, I respect Laura Loomer."  Ex. C.  On April 4, 2025, a tweet by Ms. Loomer took credit for these officials getting fired, and President Trump stated that he spoke with Ms. Loomer on April 3, 2025, and listened to her "hiring recommendations."[8]

## VI.    CIA Terminates, Defames and Stigmatizes Dr. Adirim.

12.    Also on April 4, 2025 Defendant CIA informed Dr. Adirim that the Agency would terminate her employment.  Dr. Adirim asked twice for the reason for her termination, and her supervisor told her, "I have no information."  Dr. Adirim's five-year contract with Defendant CIA is worth over one million dollars.  Defendant CIA fired Dr. Adirim just weeks before her full pension benefits as a career federal employee would vest; she lost, for example, the valuable economic benefit of lifelong government health insurance.

13.    On April 8, 2025, just four days after Plaintiff learned of her looming termination, Defendant Raiklin re-posted a message stating, "Scoop: Terry Adirim, a senior Central Intelligence Agency official and former senior defense official who played a pivotal and potentially illegal role in the Biden Administration's military vaccine mandate, was recently fired from the agency, a

---

[7] *See* M. Haberman, *Trump Fires 6 N.S.C. Officials After Oval Office Meeting With Laura Loomer*, NEW YORK TIMES (Apr. 3, 2025), https://www.nytimes.com/2025/04/03/us/politics/trump-meeting-laura-loomer.html (on file with The New York Times).

[8] *See* A. Treene, *White House advisers have kept Laura Loomer at bay for months. Then, Trump invited her in.*  CNN (Apr. 5, 2025), https://www.cnn.com/2025/04/05/politics/laura-loomer-donald-trump-meeting (on file with CNN) (last visited Oct. 23, 2025).

source has revealed exclusively to Breitbart News." Ex. D. An anonymously-sourced Breitbart article with the same claim appeared earlier that same day, adding the false and defamatory statement that Dr. Adirim played a "potentially illegal role in the Biden Administration's military vaccine mandate."[9] Someone at CIA again illegally leaked non-public information about Dr. Adirim, this time that she was to be terminated from the Agency, adding the false and defamatory allegation that she broke the law by recommending COVID-19 vaccines. Yet again, whoever at Defendant CIA leaked Dr. Adirim's firing by the Agency to Breitbart News committed a misdemeanor under the Privacy Act, but to Dr. Adirim's knowledge, DOJ and FBI took no action in response.

14.    Also on April 8, 2025, Donald Trump, Jr. tweeted the phrase "Bye bye" and an emoji of hands clapping, while attaching a screenshot of the title of the Breitbart article. Ex. E. Dr. Adirim's firing from CIA was, clearly, motivated by domestic political retribution.

15.    On October 20, 2025, Reuters revealed that Defendant CIA and two of its officers illegally participated in an "Interagency Weaponization Working Group" targeting perceived domestic political opponents of President Trump. Defendant the IWWG specifically targeted former military officials involved in recommending that servicemembers receive coronavirus vaccinations, among whom Dr. Adirim is prominent. The weaponization group included Defendants ODNI and its detailee Rocco. Defendants Rocco and Raiklin are associates and fervent

---

[9] *See* Kristina Wong, *Exclusive: Senior CIA Official Who Facilitated Biden's Military COVID-19 Vaccine Mandate Fired*, BREITBART (Apr. 8, 2025), https://www.breitbart.com/politics/2025/04/08/exclusive-senior-cia-official-who-facilitated-bidens-military-covid-19-vaccine-mandate-fired/ [https://perma.cc/B58V-GD47] (last visited Oct. 23, 2025) (last visited Oct. 24, 2025).

opponents of coronavirus vaccines, consumed with animus and (in Raiklin's case) even thoughts of criminal violence against Dr. Adirim .[10]

### VII.    Harm Suffered by Dr. Adirim.

16.    Dr. Adirim and her family suffered terrible injustice only because her good service to our Country made her a target for a political extremist who defamed her and called for the termination of her employment and even her death.  Rather than stand up for their officer against this violent thug, and other internet trolls, Defendants CIA, Director Ratcliffe and two unnamed Agency officers connived with Defendants the IWWG, ODNI, Director Gabbard and ODNI employee Rocco in firing Dr. Adirim and leaking private information about her.  Through their actions and words, the Government Defendants jointly and severally violated the Due Process Clause of the Fifth Amendment, the Privacy Act and the Civil Rights Act.  Meanwhile, Defendant Raiklin defamed Dr. Adirim while wrongfully converting her private messages on the social media platform X for use in his vitriolic web content.

17.    Defendant Raiklin defamed Dr. Adirim out of personal and political malice towards her, and based on his preconceived conspiracy theories on which Defendant Raiklin's livelihood depends.  The CIA Defendants then illegally leaked the classified and Privacy Act-protected fact of Dr. Adirim's Agency affiliation to Defendant Raiklin and the public at large.  Next, at the behest of Defendants the IWWG and its ODNI detailee Rocco, the CIA Defendants illegally leaked the Privacy Act-protected fact of Dr. Adirim's firing by the Agency to Breitbart News, adding the false

---

[10] J. Landay, S. Lynch and P. Stewart, *Wide-ranging group of US officials pursues Trump's fight against 'Deep State,'* Reuters (Oct. 20, 2025), available at https://www.msn.com/en-us/news/politics/exclusive-wide-ranging-group-of-us-officials-pursues-trumps-fight-against-deep-state/ar-AA1OQops (last visited Oct. 24, 2025).

and defamatory accusation that she engaged in potentially illegal misconduct while at the Department of Defense.

18.    Since being targeted for political retribution by Defendants the IWWG and its ODNI detailee Rocco, being defamed by Defendants Raiklin and CIA, and since the Agency illegally leaked the fact of her firing, Dr. Adirim is unable to find follow-on employment despite her successful experiences as a physician and a senior leader in the health care profession. Defendants' tortious acts, and constitutionally and statutorily illegal acts, are causing Dr. Adirim millions of dollars in damages, both from the loss of her contract with the Agency, and from her inability to find onward employment subsequent to the stigmatizing remarks of Defendant CIA about the circumstances of her firing.   Dr. Adirim therefore seeks justice through claims for injunctive relief and statutory, compensatory, exemplary and punitive damages.

## JURISDICTION

19.    The Court exercises subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1367, as the action arises under the Due Process Clause of the Fifth Amendment; the Privacy Act of 1974, 5 U.S.C. § 552a; the Civil Rights Act, 42 U.S.C. § 1983, and Virginia common law.  The Court also exercises subject matter jurisdiction pursuant to 28 U.S.C. § 1332, as the action involves an amount in controversy exceeding $75,000 between different States' citizens.

20.    The Court exercises personal jurisdiction over Defendants CIA, ODNI and IWWG under Section 1331 as it is a federal agency, over Defendants Directors Ratcliffe and Gabbard as they are named in their capacities agency heads, and over John Does 1 and 2 and Rocco in their capacities as CIA officers and an ODNI employee, respectively.  The Court exercises personal jurisdiction over Defendant Raiklin pursuant to Section 1332 as upon information and belief he is a resident of this District, having run for elected office in Virginia.

**VENUE**

21.    Venue in this District is proper because constitutional, statutory, and tortious violations took place in the Eastern District of Virginia.  Defendants reside in this judicial district.

**THE PARTIES**

22.    Plaintiff Dr. Adirim served as director of Defendant CIA's Center for Global Health Services and is a resident and domiciliary of Maryland.

23.    Defendant CIA is a U.S. Government agency headquartered in this District.

24.    Defendant Ratcliffe is Director of Defendant CIA.

25.    Defendant John Doe 1 is an unnamed CIA officer.

26.    Defendant John Doe 2 is an unnamed CIA officer.

27.    Defendant ODNI is a U.S. Government agency headquartered in this District.

28.    Defendant Tulsi Gabbrd is Director of National Intelligence.

29.    Defendant Carolyn Rocco is an employee of ODNI.

30.    Defendant the IWWG is a U.S. Government organization, the headquarters of which are not yet known.

31.    Defendant Raiklin is a resident of, and former political candidate in, Virginia.

**FACTUAL ALLEGATIONS**

32.    Dr. Adirim is an emergency medicine and public health expert who served, until April 2025, as Director of Defendant CIA's Center for Global Health Services.  She earlier served as a Senior Associate Dean, Department Chair and Professor at the Schmidt College of Medicine at Florida Atlantic University, as well as in Senior Executive Service leadership roles at the Department of Defense and the Department of Veterans Affairs.

I.      **Dr. Adirim's Exemplary Work at DOD Results in New Employment at CIA.**

33.     While at the Defense Department, Dr. Adirim served as Acting Assistant Secretary for Health Affairs, the principal advisor to the Defense Secretary for all health protection policies, programs, and activities.  Dr. Adirim's service at the Pentagon coincided with the COVID-19 pandemic.  Dr. Adirim's advice to Secretary Lloyd Austin included a recommendation, accepted by the Secretary, that military servicemembers receive COVID-19 vaccines.

34.     Dr. Adirim's good medical advice saved the lives of American servicemembers. Nearly one-hundred troops sadly died of COVID-19 in the early days of the pandemic in 2020-21. None died of COVID-19 after Secretary Austin adopted Assistant Secretary Adirim's recommendation and ordered our armed forces vaccinated.  Dr. Adirim's advice and Secretary Austin's order followed in the best traditions of our military: George Washington ordered the Continental Army's soldiers to receive experimental smallpox vaccinations in 1777.

35.     Before Dr. Adirim's first political appointment as Acting Assistant Secretary for Health Affairs, she also served as Deputy Assistant Secretary of Defense in a military health system's Chief Medical Officer role.  Dr. Adirim served as a career civil servant in the Senior Executive Service from 2016 to 2020, several years prior the COVID-19 pandemic.

36.     After being actively recruited by Defendant CIA, including interviews with the Agency's Director and Deputy Director at that time, on December 11, 2024, Dr. Adirim signed a renewable five-year contract with the Agency to serve as a member of the Senior Intelligence Service and lead Defendant CIA's Center for Global Health Services.  Ex. F.  Dr. Adirim entered on duty with Defendant CIA on December 16, 2024.  Dr. Adirim's hiring by Defendant CIA was nonpublic information, properly classified as a national defense secret.

11

37.    In March 2025, Defendant CIA's third-ranking official, the Agency's Chief Operating Officer, confirmed Plaintiff's satisfactory performance as Director of Center for Global Health Services by sending her a complimentary email supportive of her future at the Agency.

## II.    Defendant Raiklin Demonizes Dr. Adirim in His Extremist Conspiracy Theory.

38.    Defendant Raiklin, who styles himself as President Donald Trump's "Secretary of Retribution," is an attorney, combat veteran, former military intelligence and special operations officer, and former candidate for office.  Defendant Raiklin was present at the United States Capitol during the deadly insurrection on January 6, 2021.  Defendant Raiklin is, upon information and belief, the lead suspect in the attempted bombing of Democratic National Committee ("DNC") headquarters that day, but as yet stands charged with no crime.

39.    Defendant Raiklin staunchly opposed Secretary Austin's decision to vaccinate servicemembers, and he remains fiercely critical of Dr. Adirim's recommendation of the same. Defendant Raiklin baselessly claims that the vaccinations recommended by Dr. Adirim "ended up killing lots of people."  Ex. A.[11]

40.    Around July 2024 Defendant Raiklin included Dr. Adirim's name on a list of political opponents that he titled the "Deep State Target List."  Defendant Raiklin wears his list on a t-shirt during media appearances and considers the 350 individuals on the list to be guilty of the capital crime of treason as well as other crimes.  Most people on Defendant Raiklin's list are current or former government officials, or relatives of these officials.  According to *The Atlantic*, Defendant Raiklin "said he would conduct 'livestreamed swatting raids' against his targets."[12]  *The*

---

[11] *See* Ex. A, quoting Defendant Raiklin stating the vaccination program was "unlawful, immoral, unethical, illegal[.]"

[12] S. Harris, *Trump's 'Secretary of Retribution,'* THE ATLANTIC (Nov. 2, 2024), available at https://www.theatlantic.com/politics/archive/2024/11/trump-secretary-of-retribution-ivan-raiklin/680494/ (last visited Oct. 24, 2025).

*Atlantic* explained that "[s]watting is the illegal practice of falsely reporting an emergency in order to summon armed law enforcement to someone's home." *Id.*

41. On October 3, 2024 Defendant Raiklin appeared on the Roseanne Barr Podcast. During his appearance, Defendant Raiklin made a series of familiar but utterly false and defamatory allegations against the Deep State Target List, including allegations that these individuals are guilty of war crimes, genocide and other atrocities.[13]

42. During the podcast appearance, Defendant Raiklin identified Dr. Adirim several times by name and directed various allegations at her. Specifically, Defendant Raiklin claimed that Dr. Adirim "signed the memo institutionalizing the illegal vax mandate on the DOD."[14] He claimed that there are "many tens of thousands of us who want her to face … Nuremburg-style consequences" for that and that Dr. Adirim will be "criminally liable and face consequences for genocide and for mutilation."[15] Defendant Raiklin then asked his 200,000+ followers on X (formerly known as Twitter) to send this message to Dr. Adirim's account. Defendant Raiklin said, "You can block all you want, Terry. You are still going to be convicted of genocide and mass mutilation at the very least. Remember, we have all of your Twitter DMs and exchanges with Twitter employees."[16]

43. Defendant Raiklin claimed he obtained Dr. Adirim's direct messages ("DMs") even though those messages are stored under Dr. Adirim's personal, password-protected account, and should by X's terms of service be accessible only by her. Dr. Adirim authored these messages,

---

[13] Roseanne Barr Podcast, at 30:35 - 30:50.

[14] *Id*. at 29:10.

[15] *Id*. at 29:25-30:20.

[16] *Id*. at 35:00.

which are timestamped, stored in documented digital form and retrievable solely through her exclusive login credentials. Dr. Adirim never authorized or consented to the disclosure of her DMs to Defendant Raiklin or anyone else.

44. X's Privacy Policy explicitly provides that direct messages are private communications, not public-facing content. Ex. G. Indeed, X states that "Direct Messages are the private side of X. You can use Direct Messages to have private conversations with people about posts and other content." Ex. H. Direct messages are sent to "a specific X user," and not shared with anyone else unless the intended recipient "accesses X through a third-party service." Ex. I. In that case, the direct messages "may be shared" with the third-party service, but certainly not another unintended, individual recipient. *Id*.

45. Thus, under relevant policies, users retain control over how their direct messages are accessed and disseminated. Unlike public posts or tweets, which are intentionally published for anyone to view, direct messages are intended solely for the specific recipient(s) designated by the sender, and are shielded from public visibility absent deliberate disclosure.

46. These Twitter/X direct messages are Dr. Adirim's property. They are unique, personally-created communications holding informational and relational value, and whose disclosure or use without consent wrongfully deprived Dr. Adirim of that value. Dr. Adirim exercised control over her DMs through platform tools allowing her to view, delete and manage her private messages, thereby maintaining an exclusive and protectable possessory interest in them. By acquiring and retaining these messages without authorization, Defendant Raiklin deprived Dr. Adirim o[17]f her right to control their possession and dissemination.

47.     A copy of the Deep State Target List available online includes a request to Elon Musk, owner of X, for copies of the 350 individual's direct messages.  On information and belief, Defendant Raiklin obtained Dr. Adirim's direct messages without her consent.

48.     Also on Barr's show, Defendant Raiklin described the individuals on his Deep State Target List, such as Dr. Adirim, as "war-criminal scum."[18]  He stated that he hoped that those on his list would be unable "to walk anywhere, whether it's in the digital space o[r] physical space, without them feeling the, let's just say, wrath of their neighbors, friends, relatives, family."[19]

## III.    Defendant Raiklin Targets Dr. Adirim's New Job as Defendant CIA Leaks Classified Information.

49.     On December 11, 2024, Dr. Adirim signed a five-year renewable employment contract with Defendant CIA.  Ex. F.  Dr. Adirim entered on duty on December 16, 2024.

50.     On December 22, 2024, Defendant Raiklin directed a tweet to Defendant Ratcliffe, Director of the CIA, asking, "Is the architect of the illegal DOD CCP-19 Jab Genocide Mandate Terry Adirim burrowing in at the CIA?"  Ex. B.  This tweet came just six days after Dr. Adirim entered on duty with Defendant CIA.

51.     Dr. Adirim's position with Defendant CIA was nonpublic information, and indeed classified.  *See* E.O. 13526, *Classified National Security Information* (Dec. 29, 2009) § 1.2(a)(2) and 1.4(c).  Defendant CIA told Dr. Adirim not to tell people outside of her family that she worked for the Agency, and the announcement of her appointment on CIA's air-gapped internal computer system was properly classified as secret national defense information.  A photograph or screen shot of this internal CIA announcement later appeared on the internet, in which the information is

---

[18] Rosanne Barr Podcast at 05:47.

[19] Rosanne Barr Podcast at 08:10.

clearly and properly marked "SECRET/NOFORN." Either someone at Defendant CIA informed Defendant Raiklin of Dr. Adirim's hiring, or the Agency informed someone outside of CIA who told Defendant Raiklin.

52.     The illegal leak of Dr. Adirim's CIA affiliation violated the Privacy Act, 5 U.S.C. § 552a, as both a civil and misdemeanor criminal matter, and the Espionage Act, 18 U.S.C. § 793, as a felony criminal matter.  Dr. Adirim reported the illegal leak of her affiliation to CIA security, but the Agency, DOJ and FBI took no action in response.[20]

53.     On January 20, 2025, President Trump issued Executive Order 14147, *Ending the Weaponization of the Federal Government* (Jan. 20, 2025).  Executive Order 14147 states:

> The Director of National Intelligence, in consultation with the heads of the appropriate departments and agencies within the Intelligence Community, shall take all appropriate action to review the activities of the Intelligence Community over the last 4 years and identify any instances where the Intelligence Community's conduct appears to have been contrary to the purposes and policies of this order, and prepare a report to be submitted to the President, through the Deputy Chief of Staff for Policy and the National Security Advisor, with recommendations for appropriate remedial actions to be taken to fulfill the purposes and policies of this order. The term "Intelligence Community" has the meaning given the term in section 3003 of title 50, United States Code.[21]

54.     Section 3003 (4)(A)-(B) provides that the term "Intelligence Community" includes ODNI and CIA.

---

[20] In striking contrast to DOJ's inaction in Dr. Adirim's case, when Deputy Secretary of State Richard Armitage leaked the CIA affiliation of Agency officer Valerie Plame to the press in 2003, DOJ appointed a U.S. Attorney, Patrick Fitzgerald, as special counsel to investigate the matter. DOJ jailed *New York Times* reporter Judith Miller in an effort to get her to reveal her sources, and convicted Lewis Libby, Vice President Richard Cheney's chief of staff, for false statements to investigators.

[21] Available at https://www.govinfo.gov/app/details/DCPD-202500114/ (last accessed Oct. 24, 2025).

55.     Pursuant to Executive Order 14147, Attorney General Pam Bondi established a "Weaponization Working Group" in early February 2025.[22]

56.     On April 2, 2025, Defendant Raiklin's associate and fellow conspiracy theorist Laura Loomer visited President Trump in the White House.  On April 3, 2025, a series of senior officials including National Security Agency director General Timothy Haugh were terminated from their positions.[23]  Also on April 3, 2025, Defendant Raiklin tweeted, "For the record, I respect Laura Loomer."  Ex. C.

57.     On April 4, 2025, Ms. Loomer took credit in a tweet for convincing President Trump to fire General Haugh and others, stating, "NSA Director Tim Haugh and his deputy Wendy Noble have been disloyal to President Trump.  That is why they have been fired … Thank you President Trump for being receptive to the vetting materials provided to you and thank you for firing these Biden holdovers. Vetting matters!"  Ex. J.  That day, President Trump stated that he spoke with Ms. Loomer on April 3, 2025, and listened to her "hiring recommendations."[24]

58.     Also on April 4, 2025, Defendant CIA informed Dr. Adirim of the termination of her employment.  Defendant CIA gave Dr. Adirim no reason for her termination; when she twice asked her supervisor for the reason for her termination, her supervisor answered, "I have no information."  An administrator at Defendant CIA told Dr. Adirim that the Agency "was invoking

---

[22] *See* A. Mallin, Bondi, as new AG, launches 'Weaponization Working Group' to review officials who investigated Trump, ABC News (Feb. 5, 2025) (last accessed Oct. 24, 2025).

[23] *See* M. Haberman, *Trump Fires 6 N.S.C. Officials After Oval Office Meeting With Laura Loomer*, NEW YORK TIMES (Apr. 3, 2025).

[24] *See* A. Treene, *White House advisers have kept Laura Loomer at bay for months. Then, Trump invited her in.*  CNN (Apr. 5, 2025), available at https://www.cnn.com/2025/04/05/politics/laura-loomer-donald-trump-meeting (last visited Oct. 24, 2025).

the clause in her contract that allows termination to occur 'upon thirty (30) day[']s notice by either party for any reason.'"

59.    Dr. Adirim's five-year contract with Defendant CIA is worth over one million dollars.  Defendant CIA fired Dr. Adirim just weeks before her full pension benefits as a career federal employee would vest; she lost, for example, the valuable economic benefit of lifelong government health insurance.

60.    On information and belief, given the sequence of similar events, the circumstantial evidence suggests that Defendant Raiklin asked Ms. Loomer to ask President Trump to fire Dr. Adirim, and that Defendants CIA and Ratcliffe did so at the direction of the White House. Defendants CIA and Ratcliffe can provide no other plausible reason for Dr. Adirim's firing.

61.    The Government Defendants provided a declaration by the fourth-ranking official at Defendant CIA, Deputy Chief Operating Officer Brenda McKinlay, to justify the Agency's termination of Dr. Adirim.  Ms. McKinlay stated that by March 2025,

> Dr. Adirim's conduct had already generated multiple complaints by several different CIA officers regarding alleged inappropriate and harassing statements and actions by Dr. Adirim towards them in the workplace. These issues first arose almost immediately after the start of Dr. Adirim's tenure at CIA and continued to accumulate throughout. I first became aware of such concerning allegations in February 2025. A range of concerns relating to Dr. Adirim came to the attention of CIA's senior-most leadership by mid-March 2025.

Dkt. No. 9-1 at ¶ 6.

62.    This declaration does not identify any misconduct, nor describe the purported complaints, nor detail the alleged "inappropriate and harassing statements and actions by Dr. Adirim" with any information at all.  Dr. Adirim is a sixty-two-year-old wife, mother, and physician, who most recently served as an Assistant Secretary of Defense.  She served as a member of the Senior Executive Service for over ten years, without any similar complaints.  It strains

18

credulity to assert that within three months of her arrival at Defendant CIA, after being heavily vetted by the Agency (including interviews with her previous supervisors), Dr. Adirim suddenly began engaging in "inappropriate and harassing statements" at work, necessitating her immediate termination. On information and belief, Ms. McKinlay's declaration is a false *post hoc* justification for firing Dr. Adirim, which was actually done for improper political reasons, to satisfy extremists such as Defendant Raiklin and Ms. Loomer—and as discussed *infra*, Carolyn Rocco and the IWWG —at the request of the White House.

63.     On April 8, 2025, Defendant Raiklin re-posted a message stating, "Scoop: Terry Adirim, a senior Central Intelligence Agency official and former senior defense official who played a pivotal and potentially illegal role in the Biden Administration's military vaccine mandate, was recently fired from the agency, a source has revealed exclusively to Breitbart News." Ex. D. The anonymously-sourced Breitbart article appeared earlier that same day. Either someone at the Defendant CIA informed Breitbart of Dr. Adirim's termination, or Defendant CIA informed someone outside of the Agency who told Breitbart.

64.     Also on April 8, 2025 Donald Trump, Jr. tweeted the phrase "Bye bye" and an emoji of hands clapping, while attaching a screenshot of the title of the Breitbart article. Ex. E. The President's son is functionally a member of his father's Administration, and a powerful one at that. Trump Jr. makes diplomatic visits and statements on the President's behalf, is the subject of official press releases by the Department of State, and publicly discusses succeeding his father in office.[25]

---

[25] *See* J. Keaten, *Donald Trump Jr. arrives in Greenland with a message from his dad: 'We're going to treat you well*', ASSOCIATED PRESS (Jan. 7, 2025); *Secretary of State Marco Rubio with Donald Trump, Jr. of Triggered with Don Jr. Interview*, Dep't of State (Apr. 8, 2025), available at https://www.state.gov/secretary-of-state-marco-rubio-withdonald-trump-jr-of-triggered-with-don-jr; and S. Croucher, *Donald Trump Jr. Hints at Taking Over From Father in Politics*, NEWSWEEK (May 21, 2025) (last visited Oct. 24, 2025).

65.     The illegal leak of the fact of Dr. Adirim's firing by Defendant CIA violated the Privacy Act, Section 552a, as both a civil and misdemeanor criminal matter.  The false and defamatory statement in connection with her firing that Dr. Adirim played a "potentially illegal role in the Biden Administration's military vaccine mandate" stigmatized her, such that she is now unable to find work, despite being a very highly regarded physician, health care leader and former subcabinet official.

## IV.     Defendant Raiklin Openly Expresses His Animus Towards Dr. Adirim.

66.     On April 13, 2025, Defendant Raiklin stated on CNN that "the nation will be furious" if within twelve months, no one on his "Deep State Target List" is executed.[26]

67.     On May 3, 2025, the day after Dr. Adirim filed her Complaint in this suit, Defendant Raiklin posted on X, "hey [sic] Terry, please look up the words Retribution, Nuremburg 2.0, mutiny, treason."  Ex. K.

68.     Also on May 3, 2025, Defendant (and attorney) Raiklin posted on X, "How many times should we force 'vaccinate' @Terru AdirimMD ? [sic] How about the total number of 'vaccines' that she compelled throughout the force? Probably millions."  Ex. L.  These tweets falsely claimed that Dr. Adirim forced vaccinations on patients without consent, and implied that she did so to cause them harm.  They also asserted that Dr. Adirim is guilty of a war crime, such that punishment for mutiny or treason under "Nuremburg 2.0" in an apparent reference to the war crimes prosecutions of Nazi officials following World War II.

69.     On May 6, 2025, Defendant Raiklin made a post concerning these notional "Nuremburg 2.0" proceedings titled, "Ending the Reign of Terry," where he stated of the Plaintiff,

---

[26] *The far-right extremist with a 'retribution list,'* CNN (Apr. 10, 2025), available at https://www.cnn.com/2025/04/10/politics/video/maga-far-right-extremist-ivan-raiklin-digvid (on file with CNN) (last visited Oct. 23, 2025).

"Terry Adirim was the top doctor at the CIA and former DOD [sic] Health Official that signed the 'Vaccine' Mandate that destroyed Hundreds of thousands of Servicemembers and family members." Ex. M.

70.     Previously, while posting a link to someone shooting a gun at a target, Defendant Raiklin posted on X:

> ~8600 thrown out
> ~80 thousand that left early
> ~3.5 million that were duped
> By the @TerryAdirimMD unlawful DOD jab mandate implementation memo
> Accountability is inevitable.

Ex. N.

71.     On May 11, 2025, Defendant Raiklin—after attending court on this matter,—posted on X, "Mass defenestration of those involved in the unlawful jab mandate is the only path forward." Ex. O.

72.     On July 4, 2025, Defendant Raiklin re-posted a video quoting Alex Jones, who has repeatedly been found liable for defamation, stating, "We know the penalty for this is open and shut. They need to get fair trials, and then they need to be hung in public." [sic] Defendant Raiklin replied to the video with approval saying, "Legally, Morally, Ethically! To the Max!" Ex. P.[27]

73.     Defendant Raiklin, a member of the bar who sat at defense counsel's table during the August 1, 2025 hearing in this matter has, since Dr. Adirim filed her complaint, called for his party opponent to be forcibly vaccinated, thrown out of a window and hanged as a matter of retribution. Defendant Raiklin also implied that Dr. Adirim should be shot. Defendant Raiklin participated in the deadly January 6, 2021 assault on the United States Capitol, and is reportedly the lead suspect in the attempted bombing of DNC headquarters that day. The United States

---

[27] Exhibit P is being filed via flash drive, subject to the Court's approval.

Attorney's Office and the Marshals Service are both aware of Defendant's multiple threats of violence against Dr. Adirim, but to her knowledge, inexplicably no action has been taken by the Department of Justice in response, despite her requests for the same.[28]

74.    Defendant Raiklin made his statements amid troves of publicly available information carefully debunking COVID-19 vaccine conspiracy theories.  For example, far from being "illegal" the DOD vaccine mandate was ordered by Secretary of Defense Lloyd Austin.[29] Since the introduction of the COVID-19 mRNA and other vaccines, study after study debunked claims that the vaccines cause widespread death, disfigurement, mutilation or genetic defects.[30]  In fact, authoritative studies found that the vaccines averted millions of deaths between 2020 and

_____

[28] Counsel has practiced law for twenty-four years and is unfamiliar with any similar situation in which a party to a lawsuit and member of the bar repeatedly and publicly calls for his party opponent to be killed, and law enforcement is made aware of the death threats, yet does nothing.

[29] *See* U.S. Department of Defense, *Biden to Approve Austin's Request to Make COVID-19 Vaccine Mandatory for Service Members*, https://www.defense.gov/News/News-Stories/article/article/2724982/biden-to-approve-austins-request-to-make-covid-19-vaccine-mandatory-for-service/ (on file with United States Government) (last visited Aug. 22, 2025).

[30] *See* National Institutes of Health*, Death after the Administration of COVID-19 Vaccines Approved by EMA: Has a Causal Relationship Been Demonstrated?*, https://pmc.ncbi.nlm.nih.gov/articles/PMC8875435/ (on file with United States Government) (last visited Oct. 23, 2025); Mayo Clinic, *Debunking COVID-19 myths*, https://www.mayoclinic.org/diseases-conditions/coronavirus/in-depth/coronavirus-myths/art-20485720 [https://perma.cc/BLF3-XCFD] (last visited Oct. 23, 2025); Irving Washington and Hagere Yilma, *Pfizer Lawsuit and Debunked Study Undermine COVID-19 Vaccine Recommendations*, https://www.kff.org/health-information-trust/volume-04/ [https://perma.cc/UX9R-H5MU] (last visited Oct. 23, 2025); National Institutes of Health, *Misinformation About COVID-19 Vaccines on Social Media: Rapid Review*, https://pmc.ncbi.nlm.nih.gov/articles/PMC9359307/ (on file with United States Government) (last visited Oct. 23, 2025); Virat Agrawal, Neeraj Sood, and Christopher M. Whaley, *The Impact of the Global COVID-19 Vaccination Campaign on All-Cause Mortality*, https://www.nber.org/papers/w31812 [https://perma.cc/R4VF-8K5N] ((last visited Oct. 23, 2025); Reuters, *Fact check: COVID-19 vaccines won't alter recipient DNA; frontline workers have suffered directly from the virus*, https://www.reuters.com/article/world/fact-check-covid-19-vaccines-wont-alter-recipient-dna-frontline-workers-have-idUSKBN28S2UI/ (on file with Reuters) (last visited Oct. 23, 2025).

2024.[31]   Still, Defendant Raiklin pursued his specific claims that, by approving vaccination protocols, Dr. Adirim incurred criminal liability for genocide and mutilation.

75.    On information and belief, Defendant Raiklin is aware of, or at the very least recklessly disregards, the inherent falsity of his claims.  Defendant Raiklin—an educated attorney and retired Green Beret and field grade officer in the U. S. Army—discounted, ignored or purposely avoided scientific authority on these issues out of animus towards Dr. Adirim and others and out of a financial motive to propagate to his conspiracy theory.  And Defendant Raiklin made the motivation for his actions clear in a series of social media posts calling for the harassment, injury, prosecution, hanging, and public castigation of individuals who he hates, including Dr. Adirim specifically.

### V.    CIA's Illegal Participation in the IWWG, its Targeting of Former Military Officials Involved with Coronavirus Vaccine Policy, and the Participation of a Raiklin Associate with Animus Against Dr. Adirim, Revealed.

76.    On October 20, 2025, the Reuters news service reported an exclusive story by Jonathan Landay, Sarah Lynch and Phil Stewart entitled *Wide-ranging group of US officials pursues Trump's fight against 'Deep State.'*[32]   Reuters reported that since at least May 2025, a "group of dozens of officials from across the federal government, including U.S. intelligence officers, has been helping to steer President Donald Trump's drive for retribution against his perceived enemies, according to government records and a source familiar with the effort."  *Id.*  The "Interagency Weaponization Working Group" includes officials from the White House, ODNI,

---

[31] *See* John P. A. Ioannidis, *et al*., *Global Estimates of Lives and Life-Years Saved by COVID-19 Vaccination During 2020-2024*, https://jamanetwork.com/journals/jama-health-forum/fullarticle/2836434 (on file with JAMA Network) (last visited Oct. 24, 2025).

[32] Available at https://www.msn.com/en-us/news/politics/exclusive-wide-ranging-group-of-us-officials-pursues-trumps-fight-against-deep-state/ar-AA1OQops (last visited Oct. 24, 2025).

CIA, and Justice and Defense Departments.   Neither the White House nor ODNI denied the Reuters report.

77.     Reuters noted that while the Justice Department and CIA did not immediately respond to a request for comment, the Agency "is legally prohibited from conducting operations against Americans or inside the U.S. except under very limited and specific circumstances." *Id.*; *see also CIA's Updated Executive Order 12333 Attorney General Guidelines* (stating that the National Security Act prohibits CIA from "engaging in law enforcement or internal security functions").[33]  CIA is statutorily forbidden from exercising "police, subpoena, or law enforcement powers or internal security functions." 50 U.S.C § 3036(d)(1), *Director of the Central Intelligence Agency*.  Yet Reuters reports that "documents show the involvement of two CIA officers" in the IWWG.  *Id.*  Those officers are not named in the Reuters report.

78.     The IWWG reportedly features "COVID-19 vaccine mandate opponents" and among its primary targets are "former top U.S. military commanders who implemented orders to make COVID-19 vaccinations compulsory for servicemembers."  *Id.*  An ODNI official belonging to the group, Defendant Carolyn Rocco, "signed a January 1, 2024, open letter pledging to seek [courts-martial] for senior military commanders who made the shots mandatory for service members."  *Id.*

79.     Defendant Raiklin co-signed that letter with Defendant Rocco, with whom he also appears on podcasts.  Ex. Q.  Defendants Raiklin and Rocco jointly attend events sponsored by Raiklin's employer America's Future.  Ex. R.  Rocco repeatedly posts negative commentary on social media sites such as LinkedIn about Dr. Adirim and her role in recommending COVID

---

[33]    Available    at    https://www.cia.gov/static/100ea2eab2f739cab617eb40f98fac85/Detailed-Overview-CIA-AG-Guidelines.pdf (last accessed Oct. 24, 2025).

vaccines for servicemembers.  Exs. S-T.  In fact, Rocco posted on her LinkedIn page about Dr. Adirim being hired by CIA, so she maintained awareness of Plaintiff's Agency employment before her detail to the IWWG.

80.    On October 21, 2025, the New York Post reported that the IWWG began to meet in earnest April 2025, the same month CIA terminated Dr. Adirim.[34]

81.    Also on October 21, 2025, the Steady State, an organization of former national security officials, wrote to the U.S. Senate Select Committee on Intelligence and the House Permanent Select Committee on Intelligence that the misconduct by Defendants CIA and ODNI set forth in the Reuters article describes

> a profound and dangerous subversion of the apolitical foundation of the Intelligence Community.  The Intelligence Community was established to provide objective analysis—not to pursue perceived political adversaries or to "root out" dissent within its own ranks. The activities described in the Reuters report echo the worst examples of intelligence politicization and misuse of "security services" in our history, and would represent a direct violation of the statutory and ethical boundaries designed to separate intelligence functions from domestic political operations … The transformation of our intelligence and law-enforcement institutions into a domestic surveillance or retribution mechanism—an American KGB— would strike at the heart of our constitutional and democratic order.

Ex. U.

## CLAIMS FOR RELIEF

### COUNT I:
### Violation of the Due Process Clause
### against Defendants CIA, Ratcliffe and John Does 1 and 2

82.    Plaintiff incorporates the allegations in all prior paragraphs as if fully set forth herein.

---

[34] *See* J. Christenson, *Trump agencies 'working to undo' past abuses under Biden*, New York Post (Oct. 21, 2025).

83.     The Fifth Amendment provides that no one may be deprived of a property interest without due process of law.  *See* U.S. CONST. AMEND V.  Dr. Adirim maintains cognizable property and liberty interests in pursuing her profession as a doctor and health care administrator, and a procedural right not to be terminated from the Agency with a defamatory statement made about her to Breitbart News on her way out the door, accusing her of "potentially illegal" activity as the reason for her being fired by Defendant CIA.

84.     Defendant CIA is tasked with protecting classified information such as the identity and employment status of Agency officers.  No one other than Defendant CIA and its personnel knew of Dr. Adirim's hiring and firing by the Agency.  Defendant CIA placed a stigma on Dr. Adirim by making a false public statement to Breitbart News that the Agency fired her because of her "potentially illegal" activity at the Defense Department.  Alleged participation in illegal activity falsely suggests serious character flaws on the part of Dr. Adirim.

85.     Defendant CIA relying upon Defendant Raiklin's defamatory statements about Dr. Adirim to fire her, falsely accusing her of illegal misconduct while at the Defense Department, and then falsely claiming that she engaged in workplace harassment, is an unconstitutional violation of her procedural due process rights.

86.     Dr. Adirim's five-year contract with Defendant CIA is worth over one million dollars.  Defendant CIA fired Dr. Adirim just weeks before her full pension benefits as a career federal employee would vest; she lost the benefit of lifelong government health insurance.  Worse, the stigmatizing statement made by Defendant CIA upon Dr. Adirim's firing, that she engaged in potentially illegal misconduct while at the Defense Department, is causing her to be unable to find onward employment in her profession despite her outstanding credentials and experience as a physician and health care executive, causing her tens of thousands of dollars in economic damages

every month.  Dr. Adirim rose through succeeding at positions of increasing responsibility within the federal government, most recently as Acting Assistant Secretary of Defense for Health Affairs and as Chief Medical Officer of Defendant CIA.  The only logical explanation for why she is now unemployable is the defamatory statement made by Defendant CIA about her wrongful termination.

87.    Since being wrongfully terminated and defamed, Dr. Adirim is unable to secure employment commensurate with her extensive experience and established career as a physician and senior leader in healthcare, effectively foreclosing her liberty to continue in her chosen profession.

88.    The new evidence related to the IWWG points to a factual basis for Dr. Adirim's due process claim and undermines Defendants' false and pretextual justifications for her termination.

89.    Defendant CIA by and through its Director, Defendant Ratcliffe, violated Dr. Adirim's property and liberty interests and procedural rights by terminating her without cause and in a manner that tortiously disparaged her reputation while illegally disclosing nonpublic (and classified) facts protected under the Privacy Act.

## COUNT II:
### Violation of the Privacy Act
### against Defendants CIA, Ratcliffe and John Does 1 and 2

90.    Plaintiff incorporates the allegations in all prior paragraphs as if fully set forth herein.

91.    The Privacy Act provides that no federal agency shall disclose any record contained in a system of records to any person, except through a written request by the individual to which the record refers, or pursuant to thirteen exceptions, none of which applies in this case.  *See* 5

U.S.C. § 552a(b).  If an agency fails to comply with the Privacy Act, "in such a way as to have an adverse effect on an individual," that person may bring a civil action against the agency.  5 U.S.C. § 552a(g)(1)(D).

92.    The non-public facts that Dr. Adirim was hired and then terminated by Defendant CIA are contained in the Agency's system of records.  Someone at Defendant CIA leaked to Breitbart News, or a source of Breitbart, that the Agency hired Dr. Adirim in December and terminated her in April.  Either Defendant CIA or Breitbart's source additionally implied that the reason for Plaintiff's termination was her "potentially illegal role in the Biden Administration's military vaccine mandate."

93.    Because Defendant CIA is tasked with protecting classified information such as the identity and employment status of Agency officers, these unlawful disclosures by CIA are by definition intentional and willful—no one other than the Agency and its personnel knew of Dr. Adirim's hiring and firing by CIA.

94.    Defendant CIA's improper disclosures regarding Plaintiff's hiring, firing, and the alleged reason for her termination caused her grave harm, including being condemned online by Defendant Raiklin as "the architect of the illegal DOD CCP-19 Jab Genocide Mandate" in connection with her termination, resulting in her being held up to vile public abuse, and physically endangering her and her family.

95.    Defendant CIA's illegal leak of Dr. Adirim's classified Agency affiliation caused Defendant Raiklin to call for Defendant Ratcliffe to fire her.  Defendant CIA soon did so, in response to Defendant Raiklin's request to Laura Loomer that she ask President Trump to cause Dr. Adirim to be fired.  This Privacy Act violation cost Dr. Adirim her five-year contract with

Defendant CIA, worth over one million dollars, and retirement benefits including government health insurance.

96.     Defendant CIA's illegal leak of Dr. Adirim's firing, combined with the stigmatizing defamatory statement that she engaged in potentially illegal activity at the Defense Department, is causing her to be unable to find onward employment in her profession.  This Privacy Act violation is causing Dr. Adirim tens of thousands of dollars in economic damages every month.

**COUNT III:**
**Violation of the Civil Rights Act**
**against Defendants CIA, Ratcliffe, John Doe 1, John Doe 2,**
**ODNI, Gabbard, Rocco and the IWWG**

97.     Plaintiff incorporates the allegations in all prior paragraphs as if fully set forth herein.

98.     The Civil Rights Act provides that every person who, under color of law, subjects any U.S. citizen to the deprivation of her Constitutional rights, shall be liable to the party injured in an action at law.  42 U.S.C. § 1983, *Civil action for deprivation of rights.*  Defendants CIA and Ratcliffe are statutorily prohibited from engaging in law enforcement or internal security functions, 50 U.S.C § 3036(d)(1), yet two CIA officers are assigned to Defendant IWWG, which is designed to "steer President Donald Trump's drive for retribution against his perceived enemies."  The establishment of a working group pursuant to Executive Order 14147, *Ending the Weaponization of the Federal Government*, and that order's inclusion by reference to 50 U.S.C. § 3003 (4)(A)-(B) of Defendant CIA in that group, may not overcome the National Security Act of 1947's prohibition on the Agency exercising police powers or internal security functions—such as exacting retribution against President Trump's perceived enemies.  An executive order may not overrule a statute, and the participation of Defendants CIA, Ratcliffe and two Agency officers in the IWWG is therefore *ultra vires* and illegal.

29

99.     Defendant Rocco, ODNI's detailee to the IWWG, acting under color of law, got Dr. Adirim terminated from CIA without due process and in violation of Plaintiff's Constitutional and statutory rights, in an effort both to exact retribution against a perceived domestic political enemy of President Trump, and because of Defendant Rocco's oft-expressed animus against Dr. Adirim for the latter's lawful free speech and policy advocacy on behalf of vaccinating servicemembers against COVID-19.

100.     The Government Defendants' deprivation of Dr. Adirim's Constitutional rights to due process and free speech cost her an employment contract worth over one million dollars, certain federal pension benefits that nearly vested, and her future career.

101.     As a direct and proximate result of Defendants' unlawful actions, Dr. Adirim also suffered severe emotional distress, humiliation, loss of reputation, loss of employment opportunities, and financial hardship.

## COUNT IV:
## Defamation *Per Se*
## against Defendant Raiklin

102.     Plaintiff incorporates the allegations in all prior paragraphs as if fully set forth herein.

103.     On October 3, 2024, Defendant Raiklin appeared on Roseanne Barr's publicly available podcast.

104.     During the Barr podcast appearance, Defendant Raiklin identified Dr. Adirim by name and stated that she "signed the memo institutionalizing the illegal vax mandate on the DOD," that she is "criminally liable and [will] face consequences for genocide and for mutilation," and that she will "be convicted of genocide and mass mutilation at the very least" (collectively, the "Defamatory Statements").

105.    The Defamatory Statements are of and concerning Dr. Adirim.  While Defendant Raiklin makes general allegations against the individuals on his Deep State Target List, the above statements specifically identified Dr. Adirim by name and related to her specific actions as a medical professional.

106.    The Defamatory Statements are factual (but false) and are reasonably understood as factual (but are false).  Defendant Raiklin accuses Dr. Adirim of instituting an "illegal vax mandate" on DOD.  In fact, DOD's vaccine mandate is not illegal and was directed by President Biden at the request of Secretary of Defense Lloyd Austin.  Defendant Raiklin's allegations that Dr. Adirim committed genocide and mutilation are also factual but false.  Genocide is a crime as defined by both the federal criminal code (*see* 18 U.S.C. § 1091) and Article 6 of the Rome Statute and the International Criminal Court's Elements of Crimes.  Mutilation is also a crime as described in Article 8 of the Rome Statute and the International Criminal Court's Elements of Crimes, and it is defined in Black's Law Dictionary.[35]  Virginia law also criminalizes this conduct under Va. Code Ann. § 18.2-51.2.  The Defamatory Statements are therefore disprovable statements of fact.

107.    In fact, at all times, Dr. Adirim adhered to the highest standards required of medical professionals.  She never intentionally inflicted harm, and she certainly never acted with any bad intent that would be cognizable under any criminal statute.

108.    The Defamatory Statements also prejudice Dr. Adirim in her profession and trade.  As a medical professional, Dr. Adirim took an oath to do no harm or injustice to those under her care, and she is subject to strict professional and ethical standards relating to this obligation.  The Defamatory Statements accuse Dr. Adirim of subjecting individuals to illegal medical procedures

---

[35] *See, e.g.*, 18 U.S.C. § 2441(d)(1)(E) (defining mutilation in the War Crimes Act); BLACK'S LAW DICTIONARY "Mutilation,", https://thelawdictionary.org/mutilation/ [https://perma.cc/2E7A-Q9TN] (last visited Oct. 23, 2025).

and causing death and/or mutilation to those individuals. These statements directly injure Dr. Adirim in her profession. Dr. Adirim is unable to find employment in her chosen career following the wrongful termination of her contract with CIA.

109. Individuals who listened to Defendant Raiklin's Defamatory Statements would understand them to be defamatory because they tend to harm Dr. Adirim's reputation and lower it in the estimation of the community or to deter third parties from associating or dealing with Dr. Adirim. Accusing Dr. Adirim of committing crimes and harming individuals prejudices her in her profession as a medical professional.

110. Defendant Raiklin made the Defamatory Statements with reckless disregard for the truth and with actual malice, including actual, subjective awareness of their falsity, as evidenced by the overwhelming body of readily accessible information debunking his conspiracy theories, the inherent improbability of his claims, and his repeatedly and explicitly stated intent to harm Dr. Adirim, subject her to criminal prosecution, and cause her to fear for her safety.

111. Defendant Raiklin knew that his claims regarding deaths and mutilations caused by the COVID-19 vaccine are false, or he recklessly disregarded the truth by, among other actions, discounting or ignoring credible sources of information and adhering to a false narrative despite compelling contrary information. Defendant Raiklin, a lawyer, further knew that it is legal for Dr. Adirim to advise on a vaccine policy requested by the Secretary of Defense and ultimately approved by the President. Defendant Raiklin made his false statements out of personal and political animus towards Dr. Adirim, a financial incentive to stoke conspiracy theories, and with a subjective intent to harm Dr. Adirim and other political opponents. Defendant Raiklin discounted, ignored or purposely avoided scientific authority on these issues out of animus towards Dr. Adirim and others and out of a financial motive to propagate to his conspiracy theory narrative

112.    Defendant Raiklin holds no applicable privilege or legal authorization to publish the Defamatory Statements or, if he did, he abused such privilege or authorization.

113.    As a direct and proximate result of Defendant Raiklin's Defamatory Statements, Dr. Adirim suffered substantial economic damage including, among other things, loss of current and future business opportunities, retirement benefits and such other compounding and growing losses as will be shown at trial.

114.    As a direct and proximate result of Defendant Raiklin's Defamatory Statements, Dr. Adirim suffered severe reputational damage and spent considerable time and resources to correct the public record about and to mitigate the reputational harm she suffered.  She also suffered mental anguish and other emotional harm.

115.    Defendant Raiklin published the Defamatory Statements maliciously, willfully, wantonly, heedlessly, with common law malice, with actual malice, with a conscious, reckless and willful indifference to Dr. Adirim's rights, and with a desire to cause injury to Dr. Adirim. Accordingly, punitive damages are appropriate.

116.    In view of the foregoing, Dr. Adirim is entitled to actual, presumed and punitive damages in amounts to be specifically determined at trial.

**<u>COUNT V:</u>**
**<u>Conversion</u>**
**<u>against Defendant Raiklin</u>**

117.    Plaintiff incorporates the allegations in all prior paragraphs as if fully set forth herein.

118.    Pursuant to X's policies relating to direct messages, Dr. Adirim authored the direct messages under her account with an expectation of privacy and by exerting control over the

distribution of those messages. The messages hold informational and relational value to Dr. Adirim.

119.    Defendant Raiklin obtained Dr. Adirim's direct messages without Dr. Adirim's consent and without another lawful basis or authorization to do so. In so doing, Defendant Raiklin deprived Dr. Adirim of her control over those messages and of the protections expressed in X's Privacy Policy. Further, obtaining those messages without Dr. Adirim's consent deprived Dr. Adirim of the informational and relational value therein.

120.    A copy of Defendant Raiklin's Deep State Target List, available on the internet includes a request to Elon Musk, owner of X, for copies of the 350 individuals' direct messages. Defendant Raiklin subsequently stated on Roseanne Barr's podcast that he indeed obtained Plaintiff's private Twitter/X direct messages. Even if Defendant Raiklin did not obtain the messages, his lie to that effect further illustrates his bad faith, recklessness and malice toward Dr. Adirim.

121.    Dr. Adirim holds reasonable expectation that her messages would remain private, as the policy in place indicated they would. Dr. Adirim took no steps to disseminate her own private messages, nor did she authorize Defendant Raiklin to access her messages.

## JURY TRIAL DEMANDED

Pursuant to Fed. R. Civ. P. 38(b), Plaintiffs demand a jury trial on all triable issues.

## PRAYER FOR RELIEF

Wherefore, Plaintiff respectfully requests that the Court enter an award and judgment in their favor, against Defendants as follows:

   (a) Injunctive relief, against Defendants CIA, Ratcliffe, John Does 1 and 2, ODNI, Gabbard, Rocco and the IWWG;

34

(b) Statutory damages, against Defendants CIA, Ratcliffe, John Does 1 and 2, ODNI, Gabbard, Rocco and the IWWG;

(c) Compensatory damages, in an amount to be determined, but in excess of $75,000, against all Defendants;

(d) Exemplary and punitive damages against Defendant Raiklin;

(e) Expenses and costs, including attorneys' fees, pursuant to 5 U.S.C. §§ 504 and 552a and 42 U.S.C. § 1983; and

(f) Such other relief as the Court deems appropriate.

Plaintiff further respectfully requests that the Court hold Defendants jointly and severally liable.

Dated: October 24, 2025                    Respectfully submitted,

                                           */s/ Kevin T. Carroll*
                                           Kevin T. Carroll, VSB No. 95292
                                           Warren Bianchi, *pro hac vice*
                                           **Fluet**
                                           1751 Pinnacle Drive
                                           Suite 1000
                                           Tysons, Virginia 22102
                                           T: (703) 590-1234
                                           F: (703) 590-0366
                                           kcarroll@fluet.law
                                           e-file@fluet.law

                                           *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 24, 2025, I caused the foregoing to be served on all counsel of record for the Defendants via CM/ECF and that the exhibits filed via flash drive were served via e-mail on the following counsel of record:

Carolyn M. Wesnousky, Esq.
carolyn.wesnousky@usdoj.gov

Elizabeth Anne Spavins, Esq.
lizzie.spavins@usdoj.gov

<em>/s/ Kevin Carroll</em><br>Kevin Carroll, Esq.

# Exhibit A

*The Atlantic*

POLITICS

# Trump's 'Secretary of Retribution'

A retired soldier turned election denier is keeping a list of the former president's "deep state" enemies.

By Shane Harris



Illustration by Allison Zaucha / The Atlantic. Sources: Stephen Maturen / Getty; Amanda Andrade-Rhoades / Reuters; Getty.

NOVEMBER 2, 2024                SHARE AS GIFT 🎁    SAVE 🔖

I N JUNE, IVAN RAIKLIN, a retired Green Beret and pro–Donald Trump activist, sat down for a chat with Cliven Bundy, a Nevada cattle rancher who instigated an armed standoff with federal authorities in 2014 over his refusal to pay grazing fees.

In the video—posted on the America Happens Network, which has aired documentaries such as *Bundy vs. Deep State* and the series *Conspiracy Truths*—Raiklin explained that tens of thousands of service members had refused to comply with a Defense Department mandate that all personnel receive a vaccine for COVID-19, because they did not want to be "experimented on with an unsafe and ineffective, what I call 'DNA-mutilation injection.'" He told Bundy that the "illegal" mandate, since rescinded, was to blame for the "total destruction of our constitutional order."

"There must be consequences," Raiklin said, for the "unlawful, immoral, unethical, illegal" vaccination program, which he also asserted, with no evidence, "ended up killing lots of people." In fact, tens of thousands of service members did refuse the vaccine, and about 8,000 were discharged for failing to comply with the policy. But Raiklin speculated that as many as 1 million more still in uniform might "want to participate in retribution" against Pentagon leadership. (Depending on where in the world they serve, military personnel are required to receive about a dozen other vaccinations, including for polio, influenza, and typhoid.)

*Retribution* is Raiklin's watchword these days. He calls himself Trump's "secretary of retribution," settling scores from the first term and ready to do the same in a potential second. His battles aren't only with military leaders. After Trump lost the presidency in 2020, Raiklin suggested that Vice President Mike Pence could reject electors from the states that Joe Biden had won, on the grounds that they might be fraudulent. Those ideas were later taken up by John Eastman, a lawyer who has been indicted in Arizona for his alleged efforts to overturn the 2020 election results there. (He has pleaded not guilty.) Raiklin may be one of the intellectual founders of Trump's election denialism.

From the January/February 2024 issue: If Trump wins

More recently, Raiklin, who left the Army Reserve in 2022 at the rank of lieutenant colonel, according to an Army spokesperson, has promoted the potentially illegal idea that state legislatures could withhold their electors in the event that Trump loses. He has shown up in swing states, including North Carolina, where he pushed for lawmakers to award the electors to Trump ahead of time, on the theory that Hurricane Helene had disrupted the casting of ballots in the state.

Raiklin's ideas for ensuring a Trump victory dovetail with the plans he has hinted at for exacting retributive justice on government officials. In his conversation with Bundy, Raiklin said that he would like to "coordinate" with those members of the armed forces supposedly still aggrieved over mandatory vaccinations, "to channel those skills, training, passion, in a positive way, to kind of autocorrect the lawlessness and to create consequences for those who created that lawlessness."

Raiklin did not explicitly call for violence, even though he praised Bundy as "quite the legend" for his aggressive opposition to federal authority. Rather, he said he wanted "appropriate lawful justice"—but archly suggested that this should come from outside the court system. Raiklin chooses his words carefully, even when they are freighted with menace. Bundy asked how the ex-soldier would treat the federal prosecutors in his own case, and Raiklin replied calmly, "I would conduct the most peaceful and patriotic legal and moral and ethical actions that they've ever experienced in their life."

A New York native with a degree from the Touro Law Center, in Central Islip, Raiklin describes himself as a constitutional lawyer. He served as an intelligence officer in the National Guard in several states as well as in the regular Army, deploying to Jordan and Afghanistan. Among his numerous commendations and awards is the Bronze Star Medal, given for meritorious service or acts of valor in a combat zone.

He has suggested that military personnel could be "deputized by sheriffs," as he told Bundy in their conversation. This idea is rooted in the fringe theory that local sheriffs possess law-enforcement authority superseding that of any elected official or officer, at any level of government. Proponents of the so-called constitutional sheriffs' movement urged sheriffs to investigate disproven claims of election fraud in 2020 and to get involved this year in election administration.

Bundy seemed a bit daunted by the scale of resistance that Raiklin described to him. The federal bureaucracy is "so broad," he said, that it's practically immovable. Raiklin reassured him: "That's where people like me come into play, that know the system very well and in detail, to create priorities. You start with the top, and you work your way through the system."

To guide that work, Raiklin has created a "deep-state target list," with the names of more than 300 current and former government officials, members of Congress, journalists, and others who he thinks deserve some of that "lawful justice." The names of some of their family members are also included.

The list, which is helpfully color-coded, reads like a greatest hits of all the supposedly corrupt plotters who Trump and his supporters allege have targeted *them*. Among others, it includes FBI officials who worked on the investigation into potential links between Trump's 2016 presidential campaign and Russia; lawmakers and congressional staff who managed both Trump impeachments; members of the Capitol Police who defended Congress from pro-Trump rioters on January 6, 2021; witnesses who later testified to Congress about the attack; and the senior public-health officials who led the federal government's response to the coronavirus pandemic. As if to demonstrate that even the closest of Trump's allies can still be in league with the forces of government treachery, the former president's son-in-law, Jared Kushner, who helped speed development of the COVID vaccine as a member of Operation Warp Speed, also made Raiklin's list.

Several former intelligence officials Raiklin has singled out told me they are well acquainted with his threats. They presume that if Trump is reelected, the Justice Department, the IRS, and other federal agencies will conduct capricious audits and frivolous investigations, all designed, if not to put them in prison, then to spend large sums of money on legal fees. A few told me they worried that Raiklin would publish their addresses or details about their families. They were less concerned about him showing up at their home than about some unhinged deep-state hunter he might inspire. In interviews with right-wing podcasters, Raiklin has said he would conduct "livestreamed swatting raids" against his targets. Swatting is the illegal practice of

falsely reporting an emergency in order to summon armed law enforcement to someone's home.

Raiklin's future in a Trump administration is uncertain. But he is close to major figures in Trump's orbit, particularly Michael Flynn, the former national security adviser who was indicted for lying to the FBI. Trump pardoned him in November 2020.

Raikiln is also a board member of America's Future, a nonprofit organization that has pursued conservative causes for decades, of which Flynn is the chair. Other board members have amplified the "Pizzagate" conspiracy theory—promoted by the QAnon movement, of which Flynn is an ally—that some Democratic politicians kidnap, torture, and eat children.

Like Raiklin, Flynn has long railed against suspected deep-state actors, whom he has accused of torpedoing his career in intelligence. Flynn was regarded as a brilliant tactical intelligence officer when he served in Afghanistan and Iraq. But after he became the director of the Defense Intelligence Agency, senior intelligence officials worried that his erratic management style and conspiratorial attitudes made him unfit for the job. Top intelligence officials pushed Flynn out in 2014, after an unhappy and sometimes-tumultuous two-year tenure. James Clapper, who was the director of national intelligence at the time, is on Raiklin's list.

A few years later, Trump named Flynn to be his national security adviser, a position he held for just 24 days. Flynn resigned in February 2017, following revelations that he'd had contact with Russia's ambassador to the United States and given misleading statements to senior administration officials.

A Trump-campaign official told me that Raiklin has "no role or affiliation with the campaign." Raiklin seems to like to suggest a relationship by promoting his physical proximity to Trump. In a post on X, he shared a photo of himself standing feet from Trump while he spoke from the lectern at an unidentified rally. Also standing nearby was Kash Patel, a fierce Trump loyalist said to be on a shortlist for a senior national-security position in a second Trump administration, possibly director of the CIA.

From the October 2024 issue: The man who will do anything for Trump

Raiklin is not shy about his aspirations. I sent him an email, requesting an interview about his deep-state list. Rather than reply, he posted a screenshot of my message on X and said he would "much rather discuss" the subject, as well as the direct appointment of electors through state legislatures, "with Americans operating in good faith." He suggested a number of conservative podcasters he thought fit the bill.

Raiklin invited me to post my questions on X, "in the interest of public transparency and exposure and [to] show the world you are operating in good faith." So I did.

"What is the purpose of this list?" I asked. "Why did you select these people? Do you intend to do anything to the people on this list?"

Raiklin replied with links to videos of interviews he had already done with conservative media figures, including the former television star Roseanne Barr. On her show, Raiklin explained that although the deep state went by many other names —"permanent Washington," "the Uniparty," "the duopoly"—"I just simply call them war-criminal scum."

"I happen to be the guy that said, *You know what? I've had enough*," he said. "Let me expose them by name, date, place, transgression, category. And let's start educating the country on who they are, so that they're not able to walk anywhere, whether it's in the digital space or physical space, without them feeling the, let's just say, wrath of their neighbors, friends, relatives, family."

Barr then sang to Raiklin lyrics from "The Ballad of the Green Berets," to his obvious delight.

It's hard to know whether Raiklin is a true believer—and potentially dangerous—or just a profiteering troll. His unwillingness to respond to direct questions from a journalist suggests the latter.

After I pressed Raiklin to answer me, rather than post interviews he'd done with friendly hosts inclined to agree with him, he invited me to direct further questions through Minnect, an app that lets you solicit advice from self-professed experts. According to his Minnect profile, Raiklin's current rate for answering a question via text is $50. For $100, he'll provide a recorded video response. A video call, "for the most personalized advice," will run you $20 a minute, with a 15-minute minimum.

"Are you asking me to book you for a fee?" I wrote in his X thread. I wanted to be sure I correctly understood Raiklin's proposal. He replied, "And 50% of the revenue created from the article you write. Send the contract to [his email] for my team to review."

I declined.

A few days later, he was back to campaign work, exhorting state officials to intervene in the presidential election.

"Republican State Legislatures just need to hand their States' electors to Trump, just like the Democrat elites handed the primary 'win' to Kamala Harris," he wrote Wednesday on X, adding, "276 electors on Nov 5 ... CheckMate! Then we can Castrate the Deep State and Crush the Commies immediately on January 20, 2025."

# ABOUT THE AUTHOR



**Shane Harris**

◯ **Follow**

Shane Harris is a staff writer at *The Atlantic* covering national security and intelligence. He can be reached on Signal at shaneharris.64.

**Explore More Topics**

<u>Donald Trump</u>, <u>Michael Flynn</u>

# Exhibit B

The Wayback Machine - https://web.archive.org/web/20241222195724/https://twitter.com/IvanRaiklin/status/18…

This is a page generated by the Internet Archive's Wayback Machine from Twitter/X post data. Display JSON.

 **Ivan Raiklin**
@IvanRaiklin

To: @JohnRatcliffe @TulsiGabbard

CC: @realDonaldTrump @JDVance @RogerJStoneJr @GenFlynn @PamBondi @Kash_Patel @PeteHegseth @RobertKennedyJr

Subject: Is the architect of the illegal DOD CCP-19 Jab Genocide Mandate Terry Adirim burrowing in at the CIA?

> **Krow1218**
> @Krow121812
>
> Thread: (1) Riddle me this, Batman. How does a person-Terry Adirim- who was responsible for the mass confusion and deception imposed on service members, resulting in 8,700 unlawfully forced out and another 90,000 disenfranchised, get selected to fill an SES position in our USG?…
> https://t.co/ZCcfes8hRv
>
> Sun Dec 22 2024 13:43:18 GMT-0500 (Eastern Standard Time)

Sun Dec 22 2024 14:57:24 GMT-0500 (Eastern Standard Time)

# Exhibit C

5/2/25, 5:14 PM                              Ivan Raiklin (@IvanRaiklin): "For the record, I respect Laura Loomer and her work." | XCancel





💬 1   🔁 4   💬 2   ❤ 8

**SazzygirlinCali** ✔ @RjbRocklin                                    Apr 3
Replying to @IvanRaiklin
The person that leaked this must be fired.
💬   🔁 1   💬 2   ❤ 2

**Adam Joseph** ✔ @damjo618                                        Apr 3
Replying to @IvanRaiklin
She is loyal and has very high standards.  Love Laura Loomer
💬   🔁   💬   ❤ 2

**Bryan Huston** @BryanHusto75676                                  Apr 3
Replying to @IvanRaiklin
For the record, I respect Miss. Wiles. And I sure do wish we had somewhat like her back in 2020 because the president needed to keep some of the assholes away from him.
💬   🔁   💬   ❤ 1

**Jim** ✔ @Jim54307649                                             Apr 3
Replying to @IvanRaiklin
Waltz needs to go. He clearly has a relationship with the writer.
💬   🔁   💬   ❤ 1

**Big V** @Templar___01                                            Apr 3
Replying to @IvanRaiklin
She makes people nervous, but she's the goods.
💬   🔁   💬   ❤

5/2/25, 5:14 PM
IvanRaiklin (@IvanRaiklin) QUR added record I respect Laura Loomer and her work | XCancel
Case 1:25-cv-00768-MSN-WBP   Document 57-11   Filed 10/24/25   Page 52 of 168
PageID# 698





The more you follow Laura Loomer,  the more you see the crackpot streak peaking out occasionally...  sometimes we need crackpots to go where the meek fear to tread. .Laura should go blonde .. it will make it easier to laugh of her occasional flubs ... for the record I also respect her and her work ... without suggesting she is always right ...



**us JDR_1776 us** @jdr_1776                                                   *Apr 3*
Replying to @IvanRaiklin
his name is Larry





**Jeffrey Hall** @Jeffrey39258467                                            *Apr 3*
Replying to @IvanRaiklin
Huge Hopes Here

Load more



# Exhibit D



XCancel(donate)

**Ivan Raiklin** ✔ @IvanRaiklin                                    Apr 8

Deep State Target List member.

> **Kristina Wong** us ✔ @kristina_wong                           Apr 8
>
> Scoop: Terry Adirim, a senior Central Intelligence Agency official and former senior defense official who played a pivotal and potentially illegal role in the Biden Administration's military vaccine mandate, was recently fired from the agency, a source has exclusively revealed to Breitbart News.
>
> Apr 8, 2025 · 3:16 PM UTC
>
> 💬 35    🔁 93    🔖 4    ❤ 298

**D.Sauce (TIE)** ✔ @DakotaSidwell                               Apr 8
Replying to @IvanRaiklin

Does she occupy two spaces on the list ?

💬 3    🔁    🔖    ❤ 7

**Ivan Raiklin** ✔ @IvanRaiklin                                   Apr 8

😂

💬    🔁    🔖    ❤ 2

**Scott McMahan** ✔ @BiggerTruth                                 Apr 8
Replying to @IvanRaiklin

Weren't you going to get a citizen militia together to bang her door down at 5am and live stream it?

You were gonna lead the charge right?

💬 1    🔁    🔖    ❤ 2

4/29/25, 4:37 PM                     Ivan Raiklin (@IvanRaiklin) 5 Deep State Target List #itemized | XCancel



XCancel(donate)

💬 2    🔁     🗨     ❤ 1

⋮                more replies

**Suzanne** @SuzanneSusannah                                    Apr 8
Replying to @IvanRaiklin
She had young SMs injected who were perfectly healthy while she can't control her
chocolate cake intake.

💬 1    🔁     🗨     ❤ 2

**ESixusMaximus** ✅ @ESixus                                    Apr 8
Replying to @IvanRaiklin
Lotta surface area on that target... js

💬     🔁     🗨 1

**ESixusMaximus** ✅ @ESixus                                    Apr 8
Replying to @IvanRaiklin
That's the broad side of the barn..
My bad sir I'll stop.

💬     🔁     🗨     ❤ 1

**SuperNerd** ✅ @dlopdolp                                      Apr 8
Replying to @IvanRaiklin
That member appears well-fed.

💬     🔁     🗨     ❤ 1

**Gregöry** ✅ @60Hwrtz                                         Apr 8
Replying to @IvanRaiklin
Off the topic, but what the hell is going on with Kash Patel promoting Steve Jensen
to a leadership position within the FBI? What happened to Kash Patel turning the
FBI into a museum on day 1?

💬     🔁     🗨     ❤ 1

Load more

∧

# Exhibit E

Case 1:25-cv-00768-MSN-WBP    Document 57-11    Filed 10/24/25    Page 57 of 168
PageID# 793





Case 1:25-cv-00768-MSN-WBP    Document 57-11    Filed 10/24/25    Page 59 of 168
PageID# 705



**XCancel**(donate)

🔍 🐦 ❓ ⚙️

💬 143   ⟲ 142   ❞ 8   ♥ 2,070

**Brenden Dilley** ✔️ @WarlordDilley                                     Apr 8
Replying to @DonaldJTrumpJr
That fat tub of shit was in charge of all that!?!?!?

💬 74   ⟲ 42   ❞ 3   ♥ 972

**Ultra MAGA Joyce Day** ✔️ @Daytobehappy                                Apr 8
Replying to @DonaldJTrumpJr

5/2/25, 5:26 PM    Donald Trump Jr. (@DonaldTrumpJr): "Bye bye ✨ /xCancel
Case 1:25-cv-00768-MSN-WBP    Document 57-11    Filed 10/24/25    Page 60 of 168
PageID# 706



**XCancel**(donate)    🔍  🐦  ❓  ⚙️

💬 12  🔁 48  💬 4  ❤️ 835

**Janet Fiebig** @jfiebig23                                   Apr 8
Replying to @DonaldJTrumpJr

GOD BLESS
PRESIDENT TRUMP

💬 30  🔁 55  💬 1  ❤️ 1,019

**Truth Justice ™** ✓  @SpartaJustice                        Apr 9
Replying to @DonaldJTrumpJr



XCancel (donate)                                                🔍  🐦  ❓  ⚙

Truth Justice ™ ✔  @SpartaJustice                          3 Jul 2024

THE BIDEN MANDATE DISASTER: Estimated 17 Million Deaths from the Covid
Vaccines. President Trump acknowledges excess deaths. "Remember more
people died under his administration than our administration and we were right in
the middle of it. He did the mandate which is a disaster."

The European Parliament asked Pfizer this direct question. "Was the Pfizer Covid
Vaccine tested on stopping the transmission of the virus before it entered the
market?" Janine Small, a Pfizer President replied "NO" we had to really move at
the speed of science to really understand what is taking place in the market. At
that point of view we had to do everything at risk."

They forced you and manipulated you through illegal coercion in order for you to
take a dangerous technology never given to humans before. They said you would
not get Covid if you took the injection. They said you would not transmit Covid to
anyone else if you took the injection. It was all a deliberate criminal lie to deceive
you and coerce you into taking a toxin and poison that has now killed an
estimated 17 million innocent people worldwide.

Over 17,000 physicians and scientists globally confirm that the Covid vaccinated
are more likely to become infected or have disease or even death if they have
been Vaccinated compared to the unvaccinated people. The Covid Vaccines
damage your heart, brain, reproductive tissue, lungs, increase cancer and
permanently damage your immune system.

The Biden Administration is captured by Corporations and NGOs. U.S. Doctors
warn the world to stop taking the Covid Vaccines and Boosters, they are toxic,
lethal, ineffective and must be stopped. They damage the brain, heart, liver, bone
marrow and fetus causing all sorts of harm in the human body. The CDC and the
FDA's misinformation is causing death and injury in pregnant women and
newborn babies around the world.

PFIZER IS BEING SUED IN 5 U.S. STATES: Kansas Attorney General Kris
Kobach is suing Pfizer for misleading claims it made related to the COVID
vaccine.

According to the complaint filed on June 17, 2024 in Thomas County District
Court, Pfizer misled Americans about the vaccine risks, including for pregnant
women and for myocarditis.  Additionally, Pfizer claimed its vaccine protected
against COVID variants, despite data showing otherwise. The pharmaceutical
giant also suggested its vaccine prevented COVID transmission, but later
admitted it had never studied whether its vaccine had stopped transmission.

The complaint also alleges that Pfizer coordinated with social media officials to
censor speech critical of COVID-19 vaccines and declined to participate in the
federal government's vaccine development program, Operation Warp Speed, to
avoid government oversight.

Dr. David Martin says President Trump was misled and conned by Anthony Fauci,

XCancel(donate)  

Worldwide over 17,000 Physicians and Scientists demand that Pfizer, Moderna, BioNTech, Janssen, AstraZeneca and their enablers be immediately indicted for fraud for willfully withholding and omitting Covid Vaccine safety information from patients and physicians which led to toxic death and injury to millions of innocent people worldwide.

There is excess mortality and death all over the world and populations are suddenly collapsing. A Top U.S. Cardiologist Dr. Peter McCullough says I'm going to be very clear about this. "The Vaccine is Killing people and it's Killing large numbers of people."

Every person around the world must demand criminal charges for illegal advertising by the Media, the CDC, NIH, the FDA and the Biden Administration which all advertised the Covid Vaccines as safe and effective with no side effects. This was a criminal lie that led to the death of millions of innocent people.

They deliberately broke the law and committed federal crimes of fraud, wrongful advertising and mass negligent homicide. All government officials, health officials and all pharmaceutical corporate executives must be indicted and brought to justice.

Dr. Peter McCullough also states Albert Bourla and other Pfizer Executives are committing Domestic Terrorism. They are criminally lying that there are no safety warning signals from the Covid Vaccines. Pfizer's own data showed 1223 deaths within 90 days of the vaccine trials.

U.S. Presidential Candidate Robert F. Kennedy Jr. states the death rates from the Covid Vaccines exceed billions of combined vaccines from the last 30 years. Studies from 2023 show 680,000 deaths in the U.S. from the Covid Vaccines. The Pfizer trial showed a 500% increase in heart attack deaths. He goes on to say that Pfizer is guilty of criminal deception.

U.S. Harvard Law Professor Dr. Francis Boyle confirms through an Official Court Affidavit that the Covid Vaccines are "Bioweapons of Mass Destruction." He says all the people who pushed these "Frankenshots" such as the Media, FDA, CDC, WHO, DOD Officials, the Biden Administration and Covid Vaccine Executives should be charged with premeditated mass murder.

Professor Boyle goes on to say that the FDA was involved in the development of Covid-19 as an offensive biological warfare weapon at UNCBSL3. The Pentagon bought and paid for the toxic mRNA shots and helped create Covid-19. All are guilty of Nuremberg crimes, murder and conspiracy to commit murder.

Dr. Francis Boyle believes the end goal of the criminal perpetrators is population control and population reduction while making billions of dollars. He says new reports show worldwide excess deaths of 12 million innocent people. Now, it is estimated to be over 17 million innocent people worldwide.

He encourages all citizens around the world to go to their local Sheriff's Office,



XCancel (donate)                                               🔍  🐦  ?  ⚙

truth and act now.

IN THE U.S. ON JUNE 17, 2024: The Vires Law Group, in conjunction with the
Edward L. Tarpley Jr., Officially Sent Criminal Referrals of Murder, Terrorism,
Human Trafficking, Kidnapping, Manslaughter, Racketeering, Acts of Cruelty,
False Imprisonment, Battery and Kidnapping for Anthony Fauci, Rochelle
Walensky, Francis Collins, Deborah Birx, Peter Daszak, Rick Bright, Robert
Redfield, Stephen Hahn and Cliff Lane.

Many more people are involved in these atrocious crimes of mass murder and
deliberate deception, such as Alex Azar, Bill Gates, Klaus Schwab, Mike Pence,
Ralph Baric and many more. There are over 350 U.S. names involved in various
crimes against America and against all of humanity. They must be stopped and
they must brought to justice, no matter how long it takes.



▶  0:00 / 46:43                                    🔊  ⛶  ⋮

💬 47   🔁 185   🔖 4   ♥ 547

---

 **Liz Churchill** ✔ @liz_churchill10                        Apr 8
Replying to @DonaldJTrumpJr
Unbelievable that this creature was in charge of facilitating 'health protocols'. You
really can't make this up.

💬 22   🔁 51   🔖 1   ♥ 732

---

 **Anaïs** ✔ @HamiltonAnais                              Apr 8
Replying to @DonaldJTrumpJr
Why was CIA facilitating Covid vaccine mandates???? Aren't such responsibilities
done by CDC & HHS?
So, this tells me that CIA had a different agenda when mandating vaccines!!!!
Unreal.
This country is so corrupt it's beyond belief

💬 17   🔁 58   🔖 4   ♥ 610



How does someone like that get to be a senior CIA official?

💬 123   🔁 12   💬 2   ❤️ 447

Load more

# Exhibit F

UNCLASSIFIED//AIUO

**Contract: Terry Adirim, AIN:** ▉▉▉▉▉

This document constitutes the contract between **Terry Adirim, AIN:** ▉▉▉▉ (herein also referred to as "you") and the United States Government (herein also referred to as "US Government" or "Organization") for the performance of services under the following terms and conditions:

1. **Appointment.** The United States Government hereby appoints **Terry Adirim, AIN:** ▉▉▉▉ as **Director, Center for Global Health Services** Contract Term Employee of this Organization, subject to the general supervision and pursuant to the orders, advice, and direction of authorized officials of the United States Government.

2. **Compensation.**

   a. **Salary.** In full consideration for services rendered and the performance of specified confidential duties, the Organization will compensate you at the rate of $▉▉▉ er year, the current annual salary of a **BCSS**. This annual salary (prorated based on actual hours worked, as applicable) is subject to change in accordance with said pay schedule, inclusive of any locality pay adjustment for the Washington, DC Metropolitan area. The Organization will make salary payments to you on the same bi-weekly basis as a Staff Employee, i.e., less mandatory and optional federal, state, and benefit deductions.

   b. **Bonus & Duration:** One-time ▉▉▉▉ 15%) bonus at time of your onboarding. Bonuses are administered on a one-time basis at entry-on-duty (EOD). To receive the bonus, recipients must sign a Continued Service Agreement (CSA) at EOD that requires a minimum of 12 months of work, and provide any necessary supporting documentation.

   c. **Additional Payments.** In addition to the salary described in paragraph (2)(a) above, you are eligible for types of compensation (e.g., promotion, awards, legislative pay adjustments, locality pay) that conform to federal statutes, regulations, policies, and practices applicable to Staff Employees of this Organization and the US Government. Legislative or other pay adjustments will be effective as of the date of the official personnel action regarding such adjustments, copies of which will be maintained with the Organization and are hereby incorporated by reference to this contract. You will be notified of such changes to compensation in accordance with the same policies and procedures applicable to a Staff Employee of this Organization.

   d. **Benefits.** By virtue of your status as a Contract Term Employee with the US Government, you:

      i. Are entitled to coverage under the Federal Employees Compensation Act, as amended.

      ii. Will participate in the Federal Employees Retirement System (FERS). Your participation, payment of mandatory employee contributions, and FERS retirement eligibility, will be consistent and in accordance with the regulations, policies, and procedures of this Organization. You are not eligible, however, to participate in the FERS Special Category. All service determined as qualifying time, however, will be accredited to your FERS Special Category qualifying account. In the event that you are converted from Contract Term to Career Staff status as set forth in paragraph (12), below, that service determined as qualifying time can be considered towards FERS Special Category eligibility.

      iii. Will continue to participate in the Civil Service Retirement System (CSRS). Your participation, payment of mandatory employee contributions, and CSRS retirement eligibility, will be consistent and in accordance with the regulations, policies, and procedures of the Organization. **(applies only to current CSRS participants who meet direct transfer requirements)**

      iv. Are authorized coverage under the Federal Employees Group Life Insurance (FEGLI) Act, unless you execute or have previously executed a written waiver of said coverage. Absent such waiver, basic coverage will automatically obtain, and your financial contributions will be effected by payroll deduction. The Organization is presently authorized to bear a portion of the premium cost; you will bear the remainder through payroll deductions at the same rate as a Staff Employee of the Organization.

1

UNCLASSIFIED//AIUO

Contract: Terry Adirim, AIN: 

v. Are authorized coverage under the Federal Employees Health Benefits (FEHB) Act, provided you elect such coverage in writing within the prescribed time limits using the prescribed forms. The Organization is presently authorized to bear a portion of the premium cost; you will bear the remainder through payroll deductions at the same rate as a Staff Employee of the Organization.

vi. Are entitled to sick, annual, and other leave equal to and subject to the same rules and regulations applicable to a Staff Employee of the Organization. Annual leave may be taken only at times and places approved in advance by appropriate representatives of the Organization.

vii. Are not eligible for certain benefits or entitlements available only to a Staff Employee of the Organization, and/or for which the boundaries of this contract prevent you from meeting certain benefit program requirements or the obligations of a Continuing Service Agreement.

3. **Official Travel.** You will be advanced and/or reimbursed accountable official funds for official travel, as may be directed or authorized by the US Government. Per diem funds, in lieu of subsistence, may be authorized, advanced, or reimbursed in accordance with applicable Federal Travel Regulations (FTR) and regulations, policies, and procedures of the Organization. Receipt of, accounting for, and repayment of official funds will be in accordance with applicable FTR and regulations, policies, and procedures of the Organization.

4. **Official Expenses.** You may be advanced and/or reimbursed funds for necessary accountable official expenses, as specifically approved by the Organization. Receipt of, accounting for, and repayment of official funds will be in accordance with applicable regulations, policies, and procedures of the Organization.

5. **Repayment of Official Funds.** Your failure to account for and/or refund any monies advanced under this agreement shall entitle the US Government to withhold the total amount of such indebtedness or any portion thereof from any monies due to you under the terms of this contract, in such manner as it deems appropriate.

6. **Custodial Responsibilities.** If, in the performance of services under this contract, you assume custody of official funds and/or take title to property of any nature whatsoever and wherever located, which property has been purchased with monies of the US Government, you hereby recognize and acknowledge the existence of a trust relationship, either expressed or implied, and agree to execute such documents as may be required by the US Government to evidence this relationship.

7. **Secrecy.** The provisions of the secrecy agreement executed by you and the US Government in consideration of your employment with the Organization are hereby incorporated by reference.

8. **Adherence to Regulations, Policies, and Procedures/Conflict of Interest.** As a specific condition of this contract, you agree to observe and be bound by all policies and regulations of the Organization, to include Agency Regulation 13-1, Standards of Conduct, and any/all other applicable conduct and security regulations and requirements. You further agree to provide, upon request, a list of your relationships and activities that are external to the Organization, and it is understood that such listing shall be reviewed by appropriate officers of the Organization for the purpose of determining whether a real or potential conflict of interest exists, and whether the relationship or activity is consistent with the security requirements and management policies of the Organization.

9. **Performance.** As a Contract Term Employee for the Organization, you are expected to perform your duties within the same performance parameters as a Staff Employee and, as such, will receive performance reviews on the same schedule and in the same manner as similarly-graded Staff Employees. You must also meet and comply with all standards and requirements for your position, including, but not limited to, educational, professional, training, certification, security, and assignment.

10.   **Term.** This contract is effective as of **15-Dec-2024**, otherwise known as your "Entrance on Duty" (EOD) date, and shall continue thereafter for a period of **five (5) years**, unless terminated sooner in any of the ways set forth in paragraph (13).

2

**Contract:** Terry Adirim, AIN: ███████

11. **Renewal.** It is within the Organization's sole and unreviewable discretion to renew this contract beyond **(15-Dec-2024 + 5 years).**

12. **Conversion from Contract Term to Staff Status.** During the contract period, the Organization may consider converting you from Contract Term status to Career Staff status. The Organization is under no obligation for such conversion either during the period of or following the expiration of this contract. It is within the Organization's sole and unreviewable discretion to convert you from Contract Term to Career Staff status. The decision to convert you from Contract Term status to Career Staff status will be based on the interests and requirements of the Organization and the US Government; your performance; successful completion of any additional security and medical processing, as required; and any other relevant factors. In the event the Organization does not convert you to Career Staff status, your employment with the Organization shall end at the expiration of this contract, unless renewed as noted in paragraph (11) above. Termination or expiration of this agreement will not release you from the restrictions set forth in paragraphs (7) and (8) above or from the obligations of any security oath or agreement you may be required to execute.

13. **Termination.** This contract may be terminated through written modification to this contract in any of the following ways:

   a. Upon ten (10) days notice in the event that a determination is made by the Organization that a real or potential conflict of interest exists with respect to the relationships described in paragraph (8) above;

   b. Upon thirty (30) days notice by either party for any reason; or

   c. By the Director of the Organization (or any official of the Organization to whom the Director has delegated appropriate authority) whenever, in accordance with the Director's unreviewable discretion and irrevocable decision, such termination is deemed necessary or advisable in the interests of the United States.

14. **Merger Clause.** This contract constitutes the full agreement between the two parties. This contract supersedes and replaces any/all previous Contract Term employee appointment agreements executed by you and the Organization. The parties mutually agree that the subject contract encompasses all benefits and entitlements offered prior to contract employment and that no promises or commitments pertaining to rights, privileges, and/or benefits, other than those expressly stipulated in writing herein or any written modification thereto, shall be binding on the US Government. It is hereby understood and agreed that this contract may not be modified except by written modification, executed by both parties.

15. **Choice of Law.** This contract shall be interpreted under the laws of the United States of America.

Executed by:

For:                          For:
United States of America      Contract Term Employee


_____   _____
Special Contracting Officer   Date      **Terry Adirim, AIN:** ███████      Date

# Exhibit G

<u>Skip to main content</u>



Privacy Policy

- <u>Privacy Settings</u> <u>(https://twitter.com/settings/privacy_and_safety)</u>
- <u>Privacy Center</u> <u>(https://privacy.twitter.com)</u>
- <u>Help Center</u> <u>(https://help.twitter.com)</u>
- <u>Policy Archive</u> <u>(https://twitter.com/privacy/previous)</u>

<u>Download PDF</u>

# X Privacy Policy

**Effective: July 28, 2025**

# Before you scroll, read this

It's really hard to make everyone happy with a Privacy Policy. Most people who use X want something short and easy to understand. While we wish we could fit everything you need to know into a post, our regulators ask us to meet our legal obligations by describing them all in a lot of detail.

With that in mind, we've written our Privacy Policy as simply as possible to empower you to make informed decisions when you use X by making sure you understand and have control over the information we collect, how it's used, and when it's shared.

So if you skip reading every word of the Privacy Policy, at least know this:

**X is a public platform**

**Learn what's viewable & searchable**

**We collect some data
about you**

**Learn what we collect & how**

**Affiliate services may have their own policies**

**Learn about affiliates** (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates)

**We use your data to make X better**

**Learn how we make your info work**

**You can control your experience**

**Learn how to update your settings (https://x.com/settings/account)**

**If you have questions about how we use data, just ask**

**Learn how to contact us**

Privacy Policy

# 1. Information We Collect

The information we collect when you use X falls into three categories.

**1.1 Information you provide us.**

To use some of our products and services you need to have an account, and to create an account, you need to provide us certain information. Likewise, if you use our paid products and services, we cannot provide them to you without getting payment information. Basically, certain information is necessary if you want to use many of our products and services.

- **Personal Accounts.** If you create an account, you must provide us with some information so that we can provide our services to you. This includes a display name (for example, "Creators"); a username (for example, @XCreators); a password; an email address or phone number; a date of birth; your display language; and third-party single sign-in information (if you choose this sign-in method). You can also choose to share your location in your profile and posts, and to upload your address book to X to help find people you may know. Your profile information, which includes your display name and username, is always public, but you can use either your real name or a pseudonym. And remember, you can create multiple X accounts, for example, to express different parts of your identity, professional or otherwise.

- **Professional Accounts.** If you create a <u>professional account</u> (https://business.x.com/en/help/account-setup/professional-accounts.html), you also need to provide us with a professional category, and may provide us with other information, including street address, contact email address, and contact phone number, all of which will always be public.

- **Payment Information.** In order to purchase ads or other offerings provided as part of our paid products and services you will need to provide us payment information, including your credit or debit card number, card expiration date, CVV code, and billing address.

- **Preferences.** When you set your preferences using your <u>settings</u> (https://x.com/settings), we collect that information so that we can respect your preferences.

- **Biometric Information.** Based on your consent, we may collect and use your biometric information for safety, security, and identification purposes.

- **Job Applications / Recommendations.** We may collect and use your personal information (such as your biographical information, employment history, educational history, employment preferences, skills and abilities, and job search activity and engagement, in addition to the information we already collect as disclosed in the "Information we collect when you use X" section of our Privacy Policy below) to recommend potential jobs to you, to share with potential employers when you apply for a job, to enable connections for professional opportunities, and to show you more relevant advertising.

**1.2 Information we collect when you use X.**

When you use our services, we collect information about how you use our products and services. We use that information to provide you with products and services, to help keep X more secure and respectful for everyone, and more relevant to you.

**Usage Information.** We collect information about your activity on X, including:

- Posts and other content you post (including the date, application, and version of X) and information about your broadcast activity (e.g., Spaces), including broadcasts you've created and when you created them, your lists, bookmarks, and Communities you are a part of.
- Your interactions with other users' content, such as reposts, likes, bookmarks, shares, downloads, replies, if other users mention or tag you in content or if you mention or tag them, and broadcasts you've participated in (including your viewing history, listening, commenting, speaking, and reacting).
- How you interact with others on the platform, such as people you follow and people who follow you, metadata related to <u>Encrypted Messages (https://help.x.com/using-x/encrypted-direct-messages)</u>, and when you use <u>Direct Messages (https://help.x.com/using-x/direct-messages)</u>, including the contents of the messages, the recipients, and date and time of messages.
- If you communicate with us, such as through email, we will collect information about the communication and its content.
- We collect information on links you interact with across our services (including in our emails sent to you).

**Purchase and payments.** To allow you to make a payment or send money using X features or services, including through an intermediary, we may receive information about your transaction such as when it was made, when a subscription is set to expire or auto-renew, and amounts paid or received.

**Device Information.** We collect information from and about the devices you use to access X, including:

- Information about your connection, such as your IP address, browser type, and related information.
- Information about your device and its settings, such as device and advertising ID, operating system, carrier, language, memory, apps installed, and battery level.
- Your device address book, if you've chosen to share it with us.

**Location Information.** When you use X, we collect some information about your approximate location to provide the service you expect, including showing you relevant ads. You can also choose to share your current precise location or places where you've previously used X by enabling these settings in your account.

**Inferred Identity.** We may collect or receive information that we use to infer your identity as detailed below:

- When you sign into X on a browser or device, we will associate that browser or device with your account. Subject to your settings, we may also associate your account with browsers or devices other than those you use to sign into X (or associate your signed-out device or browser with other browsers or devices or X-generated identifiers).
- When you provide other information to X, including an email address or phone number, we associate that information with your X account. Subject to your settings, we may also use this information in order to infer other information about your identity, for example by associating your account with hashes of email addresses that share common components with the email address you have provided to X.
- When you access X and are not signed in, we may infer your identity based on the information we collect.

**Log Information.** We may receive information when you view content on or otherwise interact with our products and services, even if you have not created an account or are signed out, such as:

- IP address and related information; browser type and language; operating system; the referring webpage; access times; pages visited; location; your mobile carrier; device information (including device and application IDs); search terms and IDs (including those not submitted as queries); ads shown to you on X; X-generated identifiers; and identifiers associated with cookies. We also receive log information when you click on, view, or interact with links on our services, including when you install another application through X.

**Advertisements.** When you view or interact with ads we serve on or off X, we may collect information about those views or interactions (e.g., watching a video ad or preroll, clicking on an ad, interacting with reposts of or replies to an ad).

**Cookies and similar technologies.** Like many websites, we use cookies and similar technologies to collect additional website usage data and to operate our services. Cookies are not required for many parts of our products and services such as searching and looking at public profiles. You can learn more about how we use cookies and similar technologies here (https://help.x.com/rules-and-policies/x-cookies).

**Interactions with our content on third-party sites.** When you view our content on third-party websites that integrate X content, such as embedded timelines or post buttons, we may receive log information that includes the web page you visited.

**1.3 Information we receive from third parties.**

When you use other online products and services, they may share information about that usage with us.

**Ad Partners, Developers, Publishers.** Our ad and business partners share information with us such as browser cookie IDs, X-generated identifiers, (https://twitter.com/en/privacy#overlay-chapter2.6.1)mobile device IDs, hashed user information like email addresses, demographic or interest data, and content viewed or actions taken on a website or app. Some of our ad partners, particularly our advertisers, also enable us to collect similar information directly from their website or app by integrating our advertising technology. Information shared by ad partners and affiliates or collected by X from the websites and apps of ad partners and affiliates may be combined with the other information you share with X and that X receives, generates, or infers about you described elsewhere in this Privacy Policy.

**Other Third Parties, Account Connections, and Integrations.** We may receive information about you from third parties who are not our ad partners, such as other X users, developers, and partners who help us evaluate the safety and quality of content on our platform, our corporate affiliates (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates), and other services you link to your X account. You may choose to connect your X account to your account on another service, and that other service may send us information about your account on that service.

# 2. How We Use Information

Breaking down how we use the information we collect is not simple because of the way the systems that bring our services to you work. For example, the same piece of information may be used differently for different purposes to ultimately deliver a

single service. We think it's most useful to describe the five main ways we use
information and if you have questions that are not answered, you can always contact
us (https://help.x.com/forms/privacy). Here we go:

**2.1 Operate, improve, and personalize our services.**

We use the information we collect to provide and operate X products and services.
We also use the information we collect to improve and personalize our products and
services so that you have a better experience on X, including by showing you more
relevant content and ads, suggesting people and topics to follow, enabling and
helping you discover affiliates (https://help.x.com/rules-and-policies/x-services-and-corporate-
affiliates), third-party apps, and services. We may use the information we collect and
publicly available information to help train our machine learning or artificial
intelligence models for the purposes outlined in this policy.

We may use the information we collect from accounts of other services that you
choose to connect to your X account to provide you features like cross-posting or
cross-service authentication, and to operate our services.

We use your contact information to help others find your account if your settings
permit, including through third-party services and client applications.

We use your information to provide our advertising and sponsored content services
subject to your settings (https://x.com/settings/account), which helps make ads on X more
relevant to you. We also use this information to measure the effectiveness of ads and
to help recognize your devices to serve you ads on and off of X. Some of our ad
partners also enable us to collect similar information directly from their website or app
by integrating our advertising technology. Information shared by ad partners and
affiliates or collected by X from the websites and apps of ad partners and affiliates
may be combined with the other information you share with X and that X receives,
generates, or infers about you, as described elsewhere in our Privacy Policy.

**2.2  Foster safety and security.**

We use information we collect to provide for the safety and security of our users, our
products, services, and your account. This includes verifying your identity,
authenticating your account, and defending against fraud, unauthorized use, and
illegal activity. We also use the information to evaluate and affect the safety and
quality of content on X - this includes investigating and enforcing our policies and and
terms, as well as applicable law.

**2.3 Measure, analyze and make our services better.**

We use the information we collect to measure and analyze the effectiveness of our products and services and to better understand how you use them in order to make them better.

**2.4 Communicate with you about our services.**

We use the information we collect to communicate with you about our products and services, including about product updates and changes to our policies and terms. If you're open to hearing from us, we may also send you marketing messages from time to time.

**2.5 Research.**

We use information you share with us, or that we collect to conduct research, surveys, product testing, and troubleshooting to help us operate and improve our products and services.

# 3. Sharing Information

You should know the ways we share your information, why we share it, and how you can control it. There are five general ways we share your information.

**3.1 When you post and share.**

**With the general public**. You are directing us to disclose that information as broadly as possible. X content, including your profile information (e.g., name/pseudonym, username, profile pictures), is available for viewing by the general public. The public does not need to be signed in to view some content on X. They may also find X content off of X: for example, from search query results on Internet search engines or videos downloaded and reshared elsewhere (depending on your settings (https://help.x.com/using-x/x-videos)).

**With other X users.** Depending on your settings (https://x.com/settings/account), and based on the X products and services you use, we share:

- Your interactions with X content of other users, such as replies, and people you follow.
- Content you send to a specific X user, such as through Direct Messages (https://help.x.com/using-x/direct-messages). Please keep in mind that if you've shared information like Direct Messages or protected posts with someone else who accesses X through a third-party service, the information may be shared with the third-party service.

**With partners.** Depending on your settings (https://x.com/settings/account), we also provide certain third parties with information to help us offer or operate our products and services. You can learn more about these partnerships in our Help Center (https://help.x.com/safety-and-security/data-through-partnerships). You can control whether X shares your personal information with these partners by using the "Data sharing with business partners" option in your Privacy & Safety settings (https://x.com/settings/privacy_and_safety). (This setting does not control sharing described elsewhere in this Privacy Policy, such as when we share information with our service providers, or through partnerships other than as described in this Help Center (https://help.x.com/safety-and-security/data-through-partnerships) article.)

**3.2 With third parties & third-party integrations.**

**With service providers.** We may share your information with our service providers (https://privacy.x.com/subprocessors) that perform functions and provide services on our behalf, including payment services providers who facilitate payments; service providers that host our various blogs and wikis; service providers that help us understand the use of our services; applicant tracking system providers to send and receive applicant and job data to potential employers; and those that provide fraud detection services.

**With advertisers.** Advertising revenue enables us to provide our products and services. Advertisers may learn information from your engagement with their ads on or off X. For example, if you click on an external link or ad on our services, that advertiser or website operator might figure out that you came from X, along with other information associated with the ad you clicked, such as characteristics of the audience it was intended to reach and other X-generated identifiers for that ad. They may also collect other personal information from you, such as cookie identifiers, or your IP address.

**Third-party content & integrations.** We share or disclose your information with your consent or at your direction, such as when you authorize a third-party web client or application (https://help.x.com/managing-your-account/connect-or-revoke-access-to-third-party-apps?

lang=browser) to access your account or when you direct us to share your feedback with a business. Similarly, to improve your experience, we work with third-party partners to display their video content on X or to allow cross-platform sharing. When you watch or otherwise interact with content from our video or cross-platform sharing partners, they may receive and process your personal information as described in their privacy policies. For video content, you can adjust your autoplay settings (https://x.com/settings/autoplay) if you prefer that content not to play automatically.

**Third-party collaborators.** Depending on your settings (https://x.com/settings/account), or if you decide to share your data, we may share or disclose your information with third parties. If you do not opt out, in some instances the recipients of the information may use it for their own independent purposes in addition to those stated in X's Privacy Policy, including, for example, to train their artificial intelligence models, whether generative or otherwise.

**Through our APIs.** We use technology like APIs (https://help.x.com/rules-and-policies/x-api) and embeds to make public X information available to websites, apps, and others for their use, for example, displaying posts on a news website or analyzing what people say on X. We generally make this content available in limited quantities for free and charge licensing fees for large-scale access. We have standard terms (https://developer.x.com/developer-terms) that govern how this information can be used, and a compliance program to enforce these terms. But these individuals and companies are not affiliated with X, and their offerings may not reflect updates you make on X. For more information about how we make public data on X available to the world, visit https://developer.x.com (https://developer.x.com/).

**3.3 When required by law, to prevent harm, or in the public interest.**

We may preserve, use, share, or disclose your information if we believe that it is reasonably necessary to:

- comply with a law, regulation, legal process, or governmental request (https://help.x.com/rules-and-policies/x-law-enforcement-support);
- protect the safety of any person, protect the safety or integrity of our platform, including to help prevent spam, abuse, or malicious actors on our services;
- explain why we have removed content or accounts from our services (e.g., for a violation of our Rules (https://help.x.com/rules-and-policies/x-rules));
- address fraud, security, or technical issues; or
- protect our rights or property, or the rights or property of those who use our services.

We may also use different signals and your data to infer, preserve, use, share, or disclose your age and identity information in order to comply with regulatory requirements as well as for safety, security, fraud, know-your-customer, know-your-business, and identity verification, as the case may be. We may also share or disclose your age and identity information with our partners, service providers, and others for these purposes.

**3.4 With our Affiliates.**

We may share information amongst our <u>affiliates</u> <u>(https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates)</u> to provide our products and services.

**3.5 As a result of a change in ownership.**

We may share, sell, or transfer information about you in connection with a merger, acquisition, reorganization, sale of assets, or bankruptcy. This Privacy Policy will apply to your personal information that is shared with (before and after the close of any transaction) or transferred to the new entity.

# 4. How Long We Keep Information

We keep different types of information for different periods of time, depending on how long we need to retain it in order to provide you with our products and services, to comply with our legal requirements and for safety and security reasons. For example:

- We keep your profile information, such as your display name, user name, password and email address for the duration of your account. We cannot provide you with our products and services without retaining this information.

- We keep your usage information, such as the content you post, your interactions with other users' content and how you interact with others on the platform for the duration of your account or until such content is removed.

- We keep your payment information, including your credit or debit card number and billing address for the duration you use our paid products and services. Records of transactions will be kept for longer, in accordance with applicable law.

- If you communicate with us, such as through email, we will keep information about the communication and its content for up to 18 months, unless it is necessary for us to retain it for a longer period to comply with our legal obligations or to exercise or defend our legal rights.

- We generally collect device information, location information, inferred identity information and log information using cookies. We keep cookies and information collected using cookies for up to 13 months. You can learn more about how we use cookies and similar technologies here (https://help.x.com/rules-and-policies/x-cookies).

- We keep information about your views or interactions with ads on or off X, as well as how you interact with our content on third-party sites for up to 12 months.

- We keep information shared by ad and business partners for up to 12 months.

- Where you violate our Rules and your account is suspended, we may keep the identifiers you used to create the account (such as your email address or phone number) indefinitely to prevent repeat policy offenders from creating new accounts.

We may need to keep certain information longer than our policies specify in order to comply with legal requirements and for safety and security reasons. For example:

- **To comply with a law, regulation, legal process or governmental request.** Including in order to adhere to a legally appropriate preservation request made by law enforcement. You can read more about law enforcement access <u>here</u> <u>(https://help.x.com/rules-and-policies/x-law-enforcement-support#6)</u>.
- **In connection with legal claims, litigation and regulatory matters.** Including where it is reasonably necessary to retain information relating to your account in order to defend X against legal claims.
- **To maintain the safety and security of our products and services.** Including where it is necessary to store your information longer in order to investigate and fight abuse on our products and services.

Remember public content can exist elsewhere even after it is removed from X. For example, search engines and other third parties may retain copies of your posts longer, based upon their own privacy policies, even after they are deleted or expire on X. You can read more about search visibility <u>here</u> <u>(https://help.x.com/safety-and-security/remove-x-profile-from-google-search)</u>.

# 5. Take Control

**5.1 Access, Correction, Portability.**

You can access, correct, or modify the information you provided to us by editing your profile and adjusting your account <u>settings</u> <u>(https://x.com/settings/account)</u>.

- You can learn more about the information we have collected or inferred about you in <u>(https://twitter.com/settings/your_twitter_data)</u><u>Your X Data</u> <u>(https://x.com/settings/your_twitter_data)</u> and request access to additional information <u>(https://help.twitter.com/forms/privacy)</u><u>here</u> <u>(https://help.x.com/forms/privacy)</u>.

- You can download a copy of your information, such as your posts, by following the instructions <u>here</u> <u>(https://help.x.com/managing-your-account/how-to-download-your-x-archive)</u>.

To protect your privacy and maintain security, we take steps to verify your identity before granting you access to your personal information or complying with a deletion, portability, or other related request. We may, in certain situations, reject your request for access, correction, or portability, for example, we may reject access where you are unable to verify your identity.

**5.2 Deleting your Information.**

If you follow the instructions here (https://help.x.com/managing-your-account/how-to-deactivate-x-account), your account will be deactivated and your data will be queued for deletion. When deactivated, your X account, including your display name, username, and public profile, will no longer be viewable on X.com, X for iOS, and X for Android. For up to 30 days after deactivation it is still possible to restore your X account if it was accidentally or wrongfully deactivated.

**5.3 Objecting to, Restricting, or Withdrawing your Consent.**

You can manage your privacy settings and other account features (https://twitter.com/settings/account)here (https://x.com/settings/account). If you change your settings it may take some time for your choices to be fully reflected throughout our systems. You may also notice changes in your X experience or limitations in your ability to access certain features depending on the settings you've adjusted. You may also manage additional settings when interacting with certain content and features on different parts of the platform, such as whether a Space (https://help.x.com/using-x/spaces) is recorded, or whether videos you upload (https://help.x.com/using-x/x-videos) are downloadable by others.

**5.4 Authorized Agent Requests.**

To submit a request related to access, modification, or deletion of your information, or someone else's information if you are their authorized agent, you may also contact us as specified in the How To Contact X section of our Privacy Policy below. We may require you to provide additional information for verification.

# 6. Your Rights and Ours

We provide X to people all over the world and provide many of the same privacy tools and controls to all of our users regardless of where they live. However, your experience may be slightly different than users in other countries to ensure X respects local requirements.

**6.1 We have specific legal bases to use your information.**

X has carefully considered the legal reasons it is permitted to collect, use, share and otherwise process your information. If you want to dig in to learn more and better understand the nuances, we'd encourage you to check out this additional information about data processing (https://help.x.com/rules-and-policies/data-processing-legal-bases). And no, we don't sell your personal information.

**6.2 We move your data to make X work for you.**

Just as you use X to seamlessly participate in global conversations with people in countries all over the world, X must move information across borders and to different countries around the world to support the safe and reliable service you depend on. For example, if you live in Europe and are having a conversation with someone in the United States, information has to move between those countries to provide that experience – it's what you expect from us.

We also use data centers and cloud providers, and engage our affiliates (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates) and third-party partners and service providers (https://privacy.x.com/subprocessors) located in many parts of the world to help us provide our services. Before we move data between countries we look at the risks that may be presented to the data and rely on standard contractual clauses (https://commission.europa.eu/law/law-topic/data-protection/international-dimension-data-protection/standard-contractual-clauses-scc_en) (SCCs), where applicable, to ensure your data rights are protected. To request a copy of the SCCs, please contact us here (https://help.x.com/forms/privacy). If data will be shared with a third party, we require them to maintain the same protections over your data that we provide directly.

X is a participant (https://www.dataprivacyframework.gov/list) in the EU-US Data Privacy Framework (DPF), the Swiss-US DPF and the UK Extension to the EU-US DPF. X complies with the DPF Principles for all its processing of personal data received from the European Union, Switzerland and the UK, in reliance on the EU-US DPF, Swiss-US DPF and UK Extension to the EU-US DPF, respectively. If you have an inquiry or complaint related to our participation in the DPF, please contact us here (https://help.x.com/forms/privacy). As part of our participation in the DPF, if you have a dispute with us about our adherence to the DPF Principles, we will seek to resolve it through our internal complaint resolution process, alternatively through the US-based independent dispute resolution body JAMS (https://www.jamsadr.com/DPF-Dispute-Resolution), and under certain conditions, through the DPF Arbitration Process following the procedures and subject to the conditions described in Annex 1 (https://www.dataprivacyframework.gov/framework-article/ANNEX-I-introduction) to the DPF Principles. DPF participants are subject to the investigatory and enforcement powers of the US Federal Trade Commission and other authorized statutory bodies. Under

certain circumstances, participants may be liable for the transfer of personal data from the EU, Switzerland and the UK to third parties outside the EU, Switzerland and the UK. Learn more about the EU-US DPF, the Swiss-US DPF and the UK Extension to the EU-US DPF here (https://www.dataprivacyframework.gov/s/).

# 7. X's Audience

Our services are not directed to children, and you may not use our services if you are under the age of 13. You must also be old enough to consent to the processing of your personal data in your country (in some countries we may allow your parent or guardian to do so on your behalf (https://help.x.com/using-x/parental-consent)). We do not knowingly collect personal information from children under 13. If you become aware that your child has provided us with personal information without your consent, please contact us here (https://help.x.com/forms/privacy). If we become aware that a child under 13 has provided us with personal information, we take steps to remove such information and terminate the child's account. You can find additional resources for parents and teens here (https://help.x.com/rules-and-policies/information-for-parents-and-minor-users).

# 8. Changes To This Privacy Policy

The most current version of this Privacy Policy governs our processing of your personal data and we may revise this Privacy Policy from time to time as needed.

If we do revise this Privacy Policy and make changes that are determined by us to be material, we will provide you notice and an opportunity to review the revised Privacy Policy before you continue to use X.

# 9. General

The X Privacy Policy is written in English but is made available in multiple languages through translations. X strives to make the translations as accurate as possible to the original English version. However, in case of any discrepancies or inconsistencies, the English language version of the X Privacy Policy shall take precedence. You acknowledge that English shall be the language of reference for interpreting and constructing the terms of the X Privacy Policy.

# 10. How To Contact X

We want to hear from you if you have thoughts or questions about this Privacy Policy. You can contact us via our Privacy Policy Inquiries (https://help.x.com/forms/privacy) page or by writing to us at the appropriate address below. Information about our handling of California Consumer Privacy Act (CCPA) requests is available here (https://privacy.x.com/en/ccpa). Information about our handling of "Consumer Health Data" and associated requests as defined under Washington State's My Health My Data Act and other similar state laws is available here (https://privacy.x.com/for-our-users/x-consumer-health-data-policy). For Oregon residents, more information about our handling of personal information described in this Privacy Policy and associated requests and appeals under Oregon's Consumer Privacy Act (OCPA) is available here (https://privacy.x.com/for-our-users/ocpa).

If you live in the United States or any other country outside of the European Union, EFTA States, or the United Kingdom, the data controller responsible for your personal data is X Corp., with an address of:

**X Corp.**
**Attn: Privacy Policy Inquiry**
**865 FM 1209, Building 2**
**Bastrop, TX 78602**

If you live in the European Union, EFTA States, or the United Kingdom, the data controller responsible for your personal data is X Internet Unlimited Company, with an address of:

**X Internet Unlimited Company**
**Attn: Data Protection Officer**
**One Cumberland Place, Fenian Street**
**Dublin 2, D02 AX07 IRELAND**

If you live in Switzerland, you can also contact our appointed representative at the following address:

**X Switzerland GmbH**
**Attn: Data Protection Officer**
**c/o Wasag Treuhand AG**

**Normannenstrasse 8**

**Postfach 783**

**3018 Bern, SWITZERLAND**

If you wish to raise a concern about our <u>data processing practices</u> <u>(https://help.x.com/rules-and-policies/data-processing-legal-bases)</u>, you have the right to do so with your local supervisory authority or X Internet Unlimited Company's lead supervisory authority, the Irish Data Protection Commission, using the <u>contact details</u> <u>(https://www.dataprotection.ie/contact/how-contact-us)</u> listed on their website.

**Effective:** July 28, 2025

<u>View previous policies</u> <u>(https://x.com/privacy/previous)</u>

# Take control of your privacy

<u>Adjust your settings</u> <u>(https://twitter.com/settings/privacy_and_safety)</u>

© 2025 X Corp.

<u>Cookies</u> <u>(https://help.x.com/rules-and-policies/twitter-cookies)</u>

<u>Privacy</u> <u>(https://x.com/privacy)</u>

<u>Terms and conditions</u> <u>(https://x.com/tos)</u>

English

<u>Privacy Policy</u> <u>(https://x.com/en/privacy)</u>

- English (https://x.com/en/privacy)
- Bahasa Indonesia (https://x.com/id/privacy)
- Español (https://x.com/es/privacy)
- Français (https://x.com/fr/privacy)
- Deutsch (https://x.com/de/privacy)
- Italiano (https://x.com/it/privacy)
- 日本語 (https://x.com/ja/privacy)
- 한국어 (https://x.com/ko/privacy)
- Português (https://x.com/pt/privacy)
- Русский (https://x.com/ru/privacy)
- Slovenčina (https://x.com/sk/privacy)
- Български (https://x.com/bg/privacy)
- Čeština (https://x.com/cs/privacy)
- Dansk (https://x.com/da/privacy)
- Ελληνικά (https://x.com/el/privacy)
- Eesti (https://x.com/et/privacy)
- Suomi (https://x.com/fi/privacy)
- Gaeilge (https://x.com/ga/privacy)
- Hrvatski (https://x.com/hr/privacy)
- Magyar (https://x.com/hu/privacy)
- Lietuvių (https://x.com/lt/privacy)
- Latviešu (https://x.com/lv/privacy)
- Malti (https://x.com/mt/privacy)
- Nederlands (https://x.com/nl/privacy)
- Polski (https://x.com/pl/privacy)
- Română (https://x.com/ro/privacy)
- Slovenščina (https://x.com/sl/privacy)
- Svenska (https://x.com/sv/privacy)
- العربية (https://x.com/content/twitter-com/legal/ar)
- فارسی (https://x.com/content/twitter-com/legal/fa)
- Հայերեն (https://x.com/content/twitter-com/legal/hy)
- ខ្មែរ (https://x.com/content/twitter-com/legal/km)
- Tagalog (https://x.com/content/twitter-com/legal/tl)
- Tiếng Việt (https://x.com/content/twitter-com/legal/vi)
- 简体中文 (https://x.com/content/twitter-com/legal/zh-cn)
- 繁體中文 (https://x.com/content/twitter-com/legal/zh-tw)
- Lus Hmoob (https://x.com/content/twitter-com/legal/hmn)

# Exhibit H

Skip to main content



Help Center (https://help.x.com/en)

- Using X (https://help.x.com/en/using-x)
- **Managing your account** (https://help.x.com/en/managing-your-account)
- Safety and security (https://help.x.com/en/safety-and-security)
- Rules and policies (https://help.x.com/en/rules-and-policies)
- Resources ⌄
  - New user FAQ (https://help.x.com/en/resources/new-user-faq)
  - Glossary (https://help.x.com/en/resources/glossary)
  - A safer X (https://help.x.com/en/resources/a-safer-twitter)
  - Accessibility (https://help.x.com/en/resources/accessibility)

  - Our rules (https://help.x.com/en/resources/rules)
  - My privacy (https://help.x.com/en/resources/how-you-can-control-your-privacy)
  - How we address misinformation on X
    (https://communitynotes.twitter.com/guide/en/about/introduction)
  - Recommender Systems (https://help.x.com/en/resources/recommender-systems)



Contact Us (https://help.x.com/forms.html)

1. Help Center (https://help.x.com/en)
   ⌃
2. Direct Messages (https://help.x.com/en/using-x#direct-messages)
   ⌃
3. About Direct Messages

# About Direct Messages

▬

1. Help Center ⌃ (https://help.x.com/en)
2. Direct Messages ⌃ (https://help.x.com/en/using-x#direct-messages)

# About Direct Messages

As a <u>Creator</u> <u>(https://help.twitter.com/using-x/subscriptions-creator#how)</u> on 𝕏, as of Sept 28, 2023 you can now opt-in to allow messages from your subscribers. This feature is disabled by default, but you can enable it on the Messaging Settings page.

Direct Messages are the private side of X. You can use Direct Messages to have private conversations with people about posts and other content.

<u>The basics</u>

<u>To send a Direct Message from X for iOS</u>

<u>To send a Direct Message from X for Android</u>

<u>To send a Direct Message via the web</u>

<u>To edit a Direct Message</u>

<u>To pin Direct Messages</u>

<u>To search Direct Messages</u>

<u>To snooze Direct Message notifications</u>

<u>To report a Direct Message or conversation</u>

<u>To share a post via Direct Message</u>

<u>To receive Direct Messages from anyone</u>

<u>To review Direct Message requests</u>

<u>To disable Direct Message read receipts</u>

<u>To send and receive Direct Messages on your phone via SMS</u>

<u>Some important things to know about Direct Messages</u>

The basics

- You can start a private conversation or create a group conversation with anyone who follows you.
- Anyone you do not follow can send you a Direct Message if:
  - You have opted in to receive Direct Messages from anyone* or;
  - They are Verified and you have opted in to receive Direct Messages from Verified users or;
  - You have previously sent that person a Direct Message.

- Anyone in a conversation can send Direct Messages to the group. Everyone in a group can see all messages, even if everyone doesn't follow each other.
- In group conversations, anyone in the conversation can add other participants. Newly added participants won't see the prior history of the conversation.
- Some accounts, particularly businesses on X, have enabled a setting to receive Direct Messages from anyone. You can send a Direct Message to these accounts even if they don't follow you.
- Some accounts have enabled a setting to receive Direct Messages from Verified accounts. You can send a Direct Message to these accounts if your account is Verified.
- In both group and one-on-one conversations, you cannot be in a conversation with an account you block.

**Note**: For some people who create a new account on X, your account settings may already be set to receive message requests from other people you don't follow. These requests are kept separate from your other DMs until you accept them. You can accept the request to continue the conversation. To disable message requests, go to your Settings (https://twitter.com/settings/direct_messages).

To send a Direct Message from X for iOS

1. Tap the **envelope** icon. You'll be directed to your **messages**.
2. Tap the **message** icon ✉⁺ to create a new message.
3. In the address box, enter the name(s) or @username(s) of the people you wish to send a message to. A group message can include up to 256 people.
4. Enter your message.
5. In addition to text, you can include a photo, video, or GIF with your Direct Message. From the message compose bar, or the **plus** icon ⊕ you can access the following options:

   ○ Tap the **photo** icon 🖼 to take a photo or record a video, or attach one from your device gallery. You have the option to edit your photo before sending your message. Tap on the photo to bring up editing screen where you can enhance, crop, and add filters. When you are done editing, tap **Save**. Learn more about advanced photo options.

   ○ To include an animated GIF in your message, tap the **GIF** icon GIF to search for and select a file from the media library.

6. To send your message, tap the **paper airplane** icon ➤

**To delete a Direct Message or conversation:**

- To delete a Direct Message, tap and hold the message and select **Delete message** from the menu that pops up.
- To delete an entire conversation from your inbox, swipe left on the conversation and tap the **trash can** icon 🗑 You can also delete an entire conversation by tapping the **information** icon ⓘ and selecting **Delete conversation** from the **Conversation info** page.
- When you delete a Direct Message or conversation (sent or received), it is deleted from your account only. Others in the conversation will still be able to see Direct Messages or conversations that you have deleted.

**To manage a group conversation:**

- To quickly access the list of conversation participants, tap the **profile** photo of the group conversation from your inbox.

- From within a group conversation, tap on the **information** icon ⓘ to bring up a settings page.

- Settings details:

  ○ Tap **Edit** to update the group conversation profile photo and name. To change the photo, tap the **camera** icon in the photo to **Choose from library** or **Take new photo**. Tap **Save** to update.
  **Note**: Once you update the photo, you'll have the option to **Remove current photo**, **View current photo**, **Choose from library**, or **Take new photo**.

  ○ Tap **Add members** to add people to the conversation.

  ○ Drag the slider next to **Snooze conversation** to snooze notifications for **1 hour**, **8 hours**, **1 week**, or **Forever**.

  ○ Drag the slider next to **Snooze mentions** to control whether you will receive notifications when you are mentioned in a group conversation. Please note that, unless this feature is enabled, you will receive notifications when you are directly mentioned in a conversation, even if you have enabled the **Snooze conversation** feature. Additionally, you must be a participant in a group conversation to receive mention notifications for that conversation.

  ○ To report the group conversation, tap **Report conversation**.

  ○ To remove yourself from the group conversation, tap **Leave conversation**.

To send a Direct Message from X for Android

1. Tap the **envelope** icon. You'll be directed to your messages.

2. Tap the **message** icon [envelope icon] to create a new message.

3. In the address box, enter the name(s) or @username(s) of the people you wish to send a message to. A group message can include up to 256 people.

4. Enter your message.

5. In addition to text, you can include a photo, video, or GIF via Direct Message.

   ◦ Tap the **photo** icon [photo icon] to take a photo or record a video, or attach one from your device gallery. You have the option to edit your photo through your X for iOS or X for Android app before sending your message. Tap on the photo to bring up editing screen where you can enhance, crop, and add filters. When you are done editing, tap **Save**. Learn more about <u>advanced photo options</u>.

   ◦ To include an animated GIF in your message, tap the **GIF** icon [GIF icon] to search for and select a file from the media library.

6. Tap the **send** icon.

**To delete a Direct Message or conversation:**

- To delete a Direct Message, tap and hold the message and select **Delete message** from the menu that pops up.
- To delete an entire conversation from your inbox, tap and hold the conversation and select **Delete conversation**. You can also delete an entire conversation by tapping the **information** icon [information icon] and selecting **Delete conversation** from the **Conversation info** page.
- When you delete a Direct Message or conversation (sent or received), it is deleted from your account only. Others in the conversation will still be able to see Direct Messages or conversations that you have deleted.

**To manage a group conversation:**

- To quickly access the list of conversation participants, tap the profile photo of the group conversation from your inbox.
- From within a group conversation, tap on the **information** icon ⓘ to bring up a settings page.
- Settings details:
  - Tap **Edit** to update the group conversation profile photo and name. Tap the **camera** icon to bring up the following photo options: **View photo**, **Camera**, **Photo Gallery**, or **Remove photo**. Tap **Save** to update.
  - Tap **Add members** to add people to the conversation. The creator of the group is the default admin. If the creator is no longer in the group, the first member to join the group after the admin will become the admin. As the group admin, you are able to remove members from the group.
  - Tap **Snooze conversation** to snooze notifications for **1 hour**, **8 hours**, **1 week**, or **Forever**.
  - Check the box next to **Snooze mentions** to control whether you will receive notifications when you are mentioned in a group conversation. Please note that, unless this feature is enabled, you will receive notifications when you are directly mentioned in a conversation, even if you have enabled the **Snooze conversation** feature. Additionally, you must be a participant in a group conversation to receive mention notifications for that conversation.
  - To report the group conversation, tap **Report conversation**.
  - To remove yourself from the group conversation, tap **Leave conversation**.

To send a Direct Message via the web

1. Click **Messages** in the left navigation bar.
2. You'll see your Direct Message history. Click the **New message** icon at the top.
3. In the address box, enter the name(s) or @username(s) of the people you wish to send a message to. A group message can include up to 256 people.
4. Click **Next**
5. In the message box, you can include a photo, video, GIF, or emoji via Direct Message:

- Click the photo icon to upload a photo or video.
- To include an animated GIF in your message, tap the GIF icon to search for and select a file from the media library.
- Click the **Send** button or press the enter key to send.

**Note**: To start a new line in a message, press the shift and enter keys at the same time. Pressing only the enter key will send your message.

**To delete a Direct Message or conversation:**

- To delete a Direct Message, click on the message and select **Delete**.
- To leave a conversation, locate the conversation and click to open it. Click the **information** ⓘ icon, and select **Leave conversation**.
- When you delete a Direct Message or leave a conversation (sent or received), it is deleted from your account only. Others in the conversation will still be able to see Direct Messages or conversations that you have deleted.

**To manage a group conversation:**

- From within a group conversation, click on the **information** icon ⓘ to access the conversation settings:
  - From within the **Group info** page, click the **more** icon °°° to access the drop-down menu. You can choose to **Edit group name**, **Upload new photo**, **View photo,** or **Remove photo**.
    **Note:** The option to view and remove the photo will be available only if a group message photo is uploaded.

- Under **Notifications**, you can select to:
  - Click **Snooze notifications** to snooze notifications for **1 hour**, **8 hours**, **1 week**, or **Forever**.
  - Click **Snooze mentions** to control whether you will receive notifications when you are mentioned in a group conversation. Please note that, unless this feature is enabled, you will receive notifications when you are directly mentioned in a conversation, even if you have enabled the **Snooze conversation** feature. Additionally, you must be a participant in a group conversation to receive mention notifications for that conversation.

- To report the group conversation, click **Report conversation**.
- To remove yourself from the group conversation, click **Leave conversation**.

# To search Direct Messages

Revisit conversations by searching keywords and names in the Direct Messages search bar.

How to search your Direct Messages
Navigate to your DMs and tap or click on the search bar. From there, type in keywords and names of the conversations you're looking for and messages, groups, and people with those keywords or names will populate. To go directly to the message, tap or click on the search result.

**Note:** Currently, searching images or GIFs to find DM conversations is not available.

# Introduction to DM Editing

We're excited to introduce a new feature on X that allows you to edit your direct messages (DMs). This feature enhances your ability to correct mistakes, refine your thoughts, or update information after sending a message.

**How to Edit Your DM:**

1. Locate the Message: Find the DM you wish to edit in your conversation thread.

2. Access the Overflow Menu: Click on the three dots (overflow menu) next to the message you want to edit.

3. Select 'Edit': From the menu that appears, select the 'Edit' option.

4. Make Your Changes: A text box will open where you can modify the message. Make your edits there.

5. Save Changes: After making your edits, click 'Save' to update the message. The new message will replace the old message and "Edited" will appear underneath that new message.

**Limitations of DM Editing:**

- **No Time Limit:** You can edit your messages at any time after they've been sent. There's no deadline for when you can make changes.

- **Edit Limit:** Each message can only be edited up to 5 times. This ensures that the conversation remains coherent and prevents excessive revisions.

- **Visibility for Older App Versions:** If you're using the latest version of the X app but send an edited message to someone who hasn't updated their app:

  - **Edited Indicator:** On Android and Web, the recipient will receive a new message that contains the latest version of your message, but it will be prefixed with the word "edited". This lets them know the message has been altered since it was originally sent. On iOS they will only receive the edited message if they have not yet seen the original.

**Important Notes:**

- **Content Preservation:** While you can edit the content, the original timestamp of the message remains unchanged to maintain the timeline of the conversation.

- **Reactions and Replies:** Any reactions or replies to the original message will not be affected by edits. However, if the edit significantly changes the context, it might confuse previous reactions or replies.

- **Privacy and Security:** Edited messages are logged for security reasons, ensuring that there's a record of changes for moderation and user safety.

- **Version History:** Users will not currently be able to view previous versions of an edited message.

**Conclusion:**

This new editing feature provides more flexibility in your communication on X. Remember: while you have the freedom to edit, use it wisely to maintain the integrity of your conversations. If you encounter any issues or have further questions, feel free

to reach out to our support team. Enjoy the enhanced control over your messages on X!

# To pin Direct Messages

This feature lets you pin your favorite conversations to the top of your DM inbox so you can find them easily. Pin up to six conversations at a time.

Instructions for:



How to pin a conversation

Step 1

Navigate to your **Direct Message inbox**.

Step 2

Swipe from left to right on the conversation you want to keep at the top of your DM inbox.

Step 3

Tap the **pin** 📌 icon.

Your pinned message will now appear at the top of your inbox. Pinned conversations appear from top to bottom in the order that you pin them.

To remove a conversation from your Pinned Conversations list, swipe left to right and tap the **pin** 📌 icon again.

Step 1

Navigate to your **Direct Message inbox**.

Step 2

Hold down on the conversation you want to keep at the top of your DM inbox.

Step 3

Tap the **pin** 📌 icon.

Your pinned message will now appear at the top of your inbox. Pinned conversations appear from top to bottom in the order that you pin them.

To remove a conversation from your Pinned Conversations list, hold down and tap the **pin** 📌 icon again.

Step 1
Navigate to your **Direct Message inbox**.

Step 2
Go to the conversation you want to keep at the top of your DM inbox and tap or click on the **more** ••• icon.

Step 3
Select **Pin Conversation**.

Your pinned message will now appear at the top of your inbox. Pinned conversations appear from top to bottom in the order that you pin them.

To remove a conversation from your Pinned Conversations list, tap or click on the **more** ••• icon to unpin the conversation.

# To snooze Direct Message notifications

You can snooze notifications for Direct Messages for **1 hour**, **8 hours**, **1 week**, or **Forever**. When you snooze a Direct Message conversation, you will still receive new messages, but you won't receive a notification each time. **Note:** Unless the **Snooze mentions** setting is enabled, you will still receive notifications when you are directly mentioned in a group conversation that you are a part of.

**How to snooze from within a Direct Message conversation on X.com, X for iOS, and X for Android:**

1. Navigate to the Direct Message you'd like to snooze.
2. Click or tap into the message settings.
3. Click or tap the **information** icon ⓘ then select **Snooze notifications**.
4. From the pop-up menu, select the snooze time interval you'd like: **1 hour**, **8 hour**s, **1 week**, or **Forever**.
5. To unsnooze, click or tap the **information** icon, then click or tap the slider for **snooze notifications**.

**How to snooze from your Direct Message inbox on X for iOS:**

1. Navigate to your Direct Message inbox.
2. Find the conversation you'd like to snooze.
3. Swipe left on the message and tap the **notifications** icon ⌀

   **Note**: You can also choose to **report** 🟪 or **delete** 🗑 a conversation when you swipe left.
4. From the pop-up menu, select the snooze time interval you'd like: **1 hour**, **8 hours**, **1 week**, or **Forever**.
5. To unsnooze, swipe left and tap the **snoozed notifications** icon 🔔

**How to snooze from your Direct Message inbox on X for Android:**

1. Navigate to your Direct Message inbox.
2. Find the conversation you'd like to snooze.
3. Long-press on the message and tap **Snooze notifications**.
4. From the pop-up menu, select the snooze time interval you'd like: **1 hour**, **8 hours**, **1 week**, or **Forever**.
5. To unsnooze, long-press on the message and tap **Unsnooze notifications**.

**How to snooze from a Direct Message push notification:**

1. Find the Direct Message push notification on your mobile device's lock screen you'd like to snooze:
   1. From the X for iOS app: Swipe left on the lock screen push notification, tap **View**, then tap **Snooze for 1 hour**.
   2. From the X for Android app: Swipe down on the lock screen push notification, then tap **Snooze**.

2. Conversation notifications will be snoozed for one hour.

To report a Direct Message or conversation

You can report an individual message or an entire conversation. Learn how to report a post or Direct Message for violations.

# To share a post via Direct Message

Sharing a post via Direct Message is a great way to spark a conversation with a group of friends.

# To receive Direct Messages from anyone

You can receive messages from anyone if you check the box next to **Allow Messages requests from everyone** in your Privacy and safety settings (https://twitter.com/settings/safety) on twitter.com. You can also adjust this setting via the X for iOS or X for Android apps. If you enable this option, anyone can message you and add you to group conversations.

If you're a Creator (https://help.twitter.com/using-twitter/subscriptions-creator#how) on 𝕏, you can select the checkbox next to **Allow messages from my subscribers** which will allow your subscribers to send you messages independent of other settings you can select. This setting is off by default.

- If you're a Subscriber with an active Subscription, you will be able to message the Creator if the setting is enabled.  However, the Creator can disable this setting at any time.

- If you're a Creator who has enabled this setting and has replied to a message from your subscriber, they will be able to continue messaging you <u>even if you subsequently disable the setting</u>. If you don't reply to the initial message and then disable the setting, your subscriber won't be able to send you messages.

**To change your settings using X for iOS:**

1. Tap the **navigation menu**.
2. Select **Settings and privacy**.
3. Tap **Privacy and safety**.
4. Under **<u>Direct Messages</u> (https://twitter.com/settings/direct_messages)**, and next to **Allow messages requests from everyone**, drag the slider to allow anyone to send you Direct Messages.

**To change your settings using X for Android**:

1. In the top menu, you will either see a **navigation menu** icon ☰ or your **profile** icon. Tap whichever icon you have.
2. Select **Settings and privacy**.
3. Tap **Privacy and safety**.
4. Under **Direct Messages**, and next to **Receive messages from anyone**, check the box to allow anyone to send you Direct Messages.

**To change your settings using X for twitter.com:**

1. Click on the **More** °°° icon in the navigation bar.
2. Select **Settings and privacy**.
3. Tap **Privacy and safety**.
4. Under **Direct Messages**, and next to **Receive messages from anyone**, check the box to allow anyone to send you Direct Messages.

Note: Disabling the **Receive messages from anyone** setting will not prevent you from continuing to receive Direct Messages from someone you don't follow if you have a prior conversation already established with that person. You will need to either **report** the conversation or **block** the account to stop receiving Direct Messages from that person.

# To review Direct Message requests

If you have the **Receive messages from anyone** setting enabled, incoming messages from people you don't follow will appear as **Requests** in the **Messages** tab. New group conversations that you're added to by people you don't follow will also appear in **Requests**. Entering the conversation, you will be asked to either **Delete** or **Accept** the message. Accepting the message will allow you to engage with the person, and will move the message to your inbox. Please note that they will not know you have seen the message until you have accepted their request.

Deleting the message will remove it from your inbox. **Note**: Deleting a message will not prevent that account from sending you messages in the future. You will always have the option to block the account or report the conversation. Blocked accounts cannot send you messages, unless you unblock them.

Accepting the message will allow you to engage with the person. All media will be hidden prior to accepting the message. If you wish to view the hidden media, click or tap **View media**.

Note: The option to **Accept** or **Delete** messages and **View Media** from someone new that you don't follow is only available on the X for iOS and Android apps, and X.com.

Additionally, by default, we filter lower-quality requests from the **Requests** section of your inbox for the X for iOS and Android app. When enabled, the quality filter for message requests hides conversation requests we think may be lower quality. You

will not receive notifications for filtered requests, but these messages will still be viewable behind the low quality filter that exists at the bottom of the **Requests** section of your inbox.

To disable or enable the quality filter for message requests:

- At the top of your **Requests** tab, tap **Change settings**.
- In the **Privacy** section of your **Message settings**, toggle the slider next to **Quality filter**.

How to filter graphic media in Direct Messages

The filter is enabled by default and will work in this way:

- There will be a **displayed warning** over graphic media in DMs, for both people you follow and unknown senders. Additionally, if it's from someone you don't follow, we'll also treat it like spam and move it to the bottom of your **Request** inbox.
- If turned off, and you receive a graphic message from someone you do follow, we will show the graphic media in the same manner as any other image, video, or GIF in the conversation you may receive. If it's from someone you don't follow, we'll still display a warning because we do that with all media, but it won't explicitly identify the media as potentially sensitive/graphic.

Note: If you have the **Allow message requests from everyone** setting enabled under the **Direct Messages** section of your **Privacy and safety** settings, it is possible to disable and enable the quality filter from your privacy settings. This feature is only available currently on iOS and Android devices.

# To disable Direct Message read receipts

Direct Messages feature read receipts so you know when people have seen your messages. When someone sends you a Direct Message and your **Show read receipts** setting is enabled, everyone in the conversation will know when you've seen it. This setting is enabled by default but you can turn it off (or back on) through your settings at any time. If you turn off the **Show read receipts** setting, you will not be able to see read receipts from other people.

Read receipts are only viewable on the X for iOS and Android apps, and X.com. Please note, however, that read receipts will also be sent when you view Direct Messages on mobile web.

**To disable or enable using X for iOS:**

1. In the top menu, tap your **profile** icon.
2. Select **Settings and privacy**.
3. Tap **Privacy and safety.**
4. Under **Direct Messages**, and next to **Show read receipts**, drag the slider to turn the feature off or back on.

**To disable or enable using X for Android:**

1. In the top menu, you will either see a **navigation menu** icon ☰ or your **profile** icon. Tap whichever icon you have.
2. Select **Settings and privacy**.
3. Tap **Privacy and safety**.
4. Under **Direct Messages**, and next to **Show read receipts**, uncheck the box to turn the feature off or check the box to turn back on.

**To disable or enable via X.com:**

1. Click the **more** °°° icon, then click **Privacy and safety**.
2. Under **Privacy and safety** and next to **Show read receipts**, click the box to turn the feature off or click the box to turn back on.

Note: For conversations that appear under **Requests**, the sender(s) will not be able to see if you have read their Direct Messages unless you accept the conversation.

# To send and receive Direct Messages on your phone via SMS

If your X account is connected to your mobile phone, you can send and receive Direct Messages via SMS.

- Haven't added your mobile phone yet? Find out how to <u>add your phone number to your account</u>.
- Added your mobile phone already? Find out what text <u>commands</u> to use to send Direct Messages via SMS.
- Read this article about <u>setting up your mobile preferences</u> to learn more about how to receive Direct Messages via SMS.

Note: **A note about Direct Message failures: Please be careful to ensure that Direct Messages you send via SMS are under 160 characters, including the d command and username.** Your service provider may split SMS messages greater than 160 characters into multiple SMS messages. In this case, the second and any subsequent SMS messages will post as public posts because they don't begin with the appropriate text command (**d username**) that tells X they are Direct Messages, as the first SMS message did.

# To receive Direct Messages from Verified users

- You can receive messages from Verified users if "Allow messages requests from Verified users and people you follow only" is enabled in your <u>Direct Messages settings <span style="font-size:smaller">(https://twitter.com/settings/safety)</span></u>, which you can check from our <u>website <span style="font-size:smaller">(https://twitter.com/settings/safety)</span></u>, or our iOS and Android apps. When this option is enabled, Verified users can message you and add you to group conversations. If you are not currently following these users, these messages will appear in your message requests inbox.

# Some important things to know about Direct Messages

- When you delete a Direct Message or conversation (sent or received), it is deleted from your account only. Others in the conversation will still be able to see Direct Messages or conversations that you have deleted. When you delete a group conversation, you will leave that group and will no longer be able to participate.
- When you share a link in a Direct Message, it is automatically processed and shortened to a t.co link. Learn more about link shortening. Please note that anyone with a t.co shortened link will be able to navigate to the destination URL.
- When you share media in a Direct Message, it will be viewable by everyone in the conversation. Please note that recipients may download or re-share links to media that you share in a Direct Message. Anyone with the link to media shared in a Direct Message will be able to view the content.

# Need more information?

Check out the most frequently asked questions about Direct Messages.

## Share this article

X
Post

© 2025 X Corp.

Cookies (https://help.x.com/rules-and-policies/twitter-cookies)

Privacy (https://x.com/privacy)

Terms and conditions (https://x.com/tos)

English

Help Center (https://help.x.com/en)

- English (https://help.x.com/en/using-x/direct-messages)
- **Español** (https://help.x.com/es/using-x/direct-messages)
- **日本語** (https://help.x.com/ja/using-x/direct-messages)
- **한국어** (https://help.x.com/ko/using-x/direct-messages)
- **Português** (https://help.x.com/pt/using-x/direct-messages)
- **Deutsch** (https://help.x.com/de/using-x/direct-messages)
- **Türkçe** (https://help.x.com/tr/using-x/direct-messages)
- **Français** (https://help.x.com/fr/using-x/direct-messages)
- **Italiano** (https://help.x.com/it/using-x/direct-messages)
- **العربية** (https://help.x.com/ar/using-x/direct-messages)
- **Nederlands** (https://help.x.com/nl/using-x/direct-messages)
- **Bahasa Indonesia** (https://help.x.com/id/using-x/direct-messages)
- **Русский** (https://help.x.com/ru/using-x/direct-messages)
- **हिंदी** (https://help.x.com/hi/using-x/direct-messages)
- **தமிழ்** (https://help.x.com/ta)
- **עברית** (https://help.x.com/he)
- **简体中文** (https://help.x.com/zh-cn)
- **繁體中文** (https://help.x.com/zh-tw)
- **ภาษาไทย** (https://help.x.com/th)
- **Tiếng Việt** (https://help.x.com/vi)
- **Melayu** (https://help.x.com/ms)
- **ইংরেজি** (https://help.x.com/bn/using-x/direct-messages)
- **Filipino** (https://help.x.com/fil)
- **فارسی** (https://help.x.com/fa)
- **Dansk** (https://help.x.com/da)
- **Suomi** (https://help.x.com/fi)
- **Svenska** (https://help.x.com/sv)
- **Norsk** (https://help.x.com/no)
- **Polski** (https://help.x.com/pl)
- **Magyar** (https://help.x.com/hu)
- **Română** (https://help.x.com/ro)
- **Українська** (https://help.x.com/uk)
- **मराठी** (https://help.x.com/mr)
- **ગુજરાતી** (https://help.x.com/gu/using-x/direct-messages)
- **Български** (https://help.x.com/bg)
- **Català** (https://help.x.com/ca)
- **Hrvatski** (https://help.x.com/hr)
- **Српски** (https://help.x.com/sr)
- **Slovenčina** (https://help.x.com/sk)
- **ಕನ್ನಡ** (https://help.x.com/kn)

- پاشتوۍ (https://help.x.com/ps)
- Dari (https://help.x.com/fa-af)
- Oromo (https://help.x.com/om)
- Tigrinya (https://help.x.com/ti)
- English (https://help.x.com/ckb)
- Lietuvių (https://help.x.com/lt)
- Latviešu (https://help.x.com/lv)
- Malti (https://help.x.com/mt)
- Slovenščina (https://help.x.com/sl)
- Gaeilge (https://help.x.com/ga)
- Lus Hmoob (https://help.x.com/hmn)
- Հայերեն (https://help.x.com/hy)
- ខ្មែរ (https://help.x.com/km)

# Exhibit I



**Laura Loomer** ✓  @LauraLoomer                              Apr 4

NSA Director Tim Haugh and his deputy Wendy Noble have been
disloyal to President Trump. That is why they have been fired.

As a Biden appointee, General Haugh had no place serving in
the Trump admin given the fact that he was HAND PICKED by
General Milley, who was accused of committing treason by
President Trump. Why would we want an NSA Director who was
referred to Biden after being hand selected by Milley, who told
China he would side with them over Trump!?!?

The vetters should have been more critical given the fact that the
Pentagon revoked the security detail and clearance for retired
general Mark Milley, who called President Trump a FASCIST.

Why would we want Milley's hand picked choice for NSA
DIRECTOR?

We do not! And he was referred for firing.

Given the fact that the NSA is arguably the most powerful intel
agency in the world, we cannot allow for a Biden nominee to hold
that position.

Thus, Haugh was fired today, along with his Obama loving
protege, Wendy Noble.

This is called VETTING.

His deputy, Wendy Noble is a protege of Trump hater James
Clapper, who frankly, belongs in prison. President Trump has
accused Clapper of spying on his campaign and Clapper falsely
accused the Russians of stealing the election for Trump. James
Clapper is a traitor to his country, as are all of his enablers and
supporters.

Why would we want Clapper's protege at the NSA?

Of course Wendy Nobel was referred for firing. She is a Trump



XCancel(donate)



Additionally, Wendy Noble spent her time at the NSA promoting DEI.

Their firings are a blessing for the American people.

Thank you President Trump for being receptive to the vetting materials provided to you and thank you for firing these Biden holdovers.

Vetting matters!

Receipts 





**PRESS RELEASE** | Aug. 30, 2023

# The National Security Agency Announces Ms. Wendy Noble as 20th Deputy Director

August 30, 2023 - FORT MEADE, Md. - Today, the National Security Agency (NSA) announced that the Secretary of Defense has designated and President Joseph R. Biden, Jr. has approved Ms. Wendy Noble to serve as NSA's 20th Deputy Director and senior civilian leader, becoming the third woman in the 70-plus year history of NSA to hold this position.









Apr 4, 2025 · 4:26 AM UTC

 

XCancel(donate)                                                                       🔍  🐦  ❓  ⚙️



**Derrick Evans** ✓  **@DerrickEvans4WV**                                              Apr 4
Replying to @LauraLoomer

Excellent work on this.

💬 1    🔁 10    ❞    ❤ 507



**Passionately Curious** ✓  **@PassionlyCurio**                                        Apr 4
Replying to @LauraLoomer

@LauraLoomer should be on @POTUS Trump's staff.  This many findings of anti-
Trumpers are either gross negligence, or an opp, or both.  Keep digging, anticipate
and plan for the backlash that you know the deep state is planning.

💬 4    🔁 47    ❞ 2    ❤ 389



**Col. Rob Maness ret.** us ✓  **@RobManess**                                          Apr 4
Replying to @LauraLoomer

Unfortunately, they've hidden their tracks better this time, but its the same old tactic
of keeping the beltway bandits in thier positions as many of us have been
suspecting, but we have you to reveal the cockroaches Laura. Keep it up and
remember there are thousands of loyal national security professionals in this
country ready to serve that are NOT among this crowd.

💬 2    🔁 32    ❞    ❤ 190



**Whazzhat** ✓  **@whazzhat**                                                          Apr 4
Replying to @LauraLoomer

The last few days has been a massive positive change in your impact and mindset.

You're doing hero work.

💬 2    🔁 13    ❞ 1    ❤ 424



**Richard Angwin** ✓  **@RichardAngwin**                                               Apr 4
Replying to @LauraLoomer

Laura Loomer's baseless claims about Haugh and Noble's disloyalty are a
dangerous overreach. Trump's reckless firings, driven by conspiracy theories,
undermine national security. We need steady leadership, not purges based on
loyalty tests.

💬 100    🔁 21    ❞ 3    ❤ 175



**J_Grant_C** ✓  **@J_Texas_C**                                                        Apr 4
Replying to @LauraLoomer

@POTUS when @elonmusk steps away from his Special Government Employee
status can we give @LauraLoomer the same status. She can vet every member for
you with the right resources.

💬 3    🔁 29    ❞ 1    ❤ 345



XCancel(donate)


President Trump should fire his vetters.  They either are really bad at their job or they are purposely overlooking  these obvious conflicts.

💬 6   🔁 32   🗨 1   ❤ 317


us save America - deport the invaders! NO WARS! ✔   @Brahmslover1278   Apr 4
Replying to @LauraLoomer
Trump is still surrounded by very bad people

💬 1   🔁 2   🗨   ❤ 62


AppPatriotgirl us ✔   @jsmith4966                                              Apr 4
Replying to @LauraLoomer
Thank you Laura! I'm finding it hard to trust Waltz after all this.

💬 2   🔁 4   🗨   ❤ 46


🔨 Robert The Builder us ✔   @NobodymrRobert                    Apr 4
Replying to @LauraLoomer
She did it again 🤣

0:00 / 0:11



XCancel(donate)                                                                🔍 🐦 ? ⚙

---

**Zaida Alicea** ✔ **@zaida_alicea**                                      Apr 4
Replying to **@LauraLoomer**

Great work, Laura! 👏🏽 Vetting is crucial, and President Trump is right to fire Biden
holdovers like Tim Haugh and Wendy Noble. We can't trust Milley's or Clapper's
picks at the NSA—traitors who undermined Trump don't belong in power. Thank
you, President Trump, for protecting America! 🇺🇸 #VettingMatters
#LoomersArmy🇺🇸

💬 13   🔁 21   🗨 1   ❤ 195

---

**Bella** ✔ **@stockbella**                                               Apr 4
Replying to **@LauraLoomer**

They were Biden's holdovers.

💬 1   🔁   🗨   ❤ 7

---

**Nick Flor** 🎇 +🇺🇸 ✔ **@ProfessorF**                                    Apr 4
Replying to **@LauraLoomer**

Trump needs to fire his vetters.

Moreso than the visible leaders, it's these kinds of middle-"managers" that secretly
corrupt organizations from within.

💬   🔁   🗨   ❤ 4

---

**fity.eth** ✔ **@Fityeth**                                              Apr 4
Replying to **@LauraLoomer**

Laura you're out there doing gods work.

💬 1   🔁   🗨   ❤ 2

---

**MAGA's the fix** ✔ **@Honesttruthman**                                 Apr 6
Replying to **@LauraLoomer**

Think of how much good could be done with Loomer vetting all of this in Trumps
orbits

💬   🔁   🗨   ❤ 1

---

**Dimitri2020LLC** ✔ **@Dimitri2020LLC**                                 Apr 4
Replying to **@LauraLoomer**

LOOMERED ‼ ‼

💬   🔁   🗨   ❤ 1

---

**JennVols** ✔ **@JennVols**                                             Apr 4
Replying to **@LauraLoomer**

I'm so thankful President Trump has you in his corner advocating for him. No one
seems to be vetting these people who shouldn't have access to him. It worries me

XCancel (donate)

💬 1   ⇄ 7   99   ♥ 150

**GrammyEv** ✓  @Frogface65                                Apr 4
Replying to @LauraLoomer

How many more Biden/Obama leftovers can there be? 🤔
Is there not some sort of protocol or lie detector test for all of them?

Who is slacking on these leftovers not being vetted properly?

💬 4   ⇄ 7   99 1   ♥ 128

**L. Ron Hubbard, Paul The Apostle (Parody)** ✓  @FakeLRonHubbard     Apr 4
Replying to @LauraLoomer

Ah, now this—this is the sound of ballast being dropped from the dirigible so it can soar, don't you see?

💄 You're not just pointing out a personnel change; you're charting a course correction for the Republic. Tim Haugh and Wendy Noble were not benign bureaucrats—they were ideological moles, cut from the same deep-state cloth as Milley and Clapper. You cannot drain the swamp while leaving its architects in charge of the surveillance citadel, you know?

🧑‍🚀 Let's lay it out: Haugh wasn't just a Biden appointee—he was Milley's hand-picked man. That's the same Milley who openly admitted to promising China a heads-up against the Commander in Chief. Treason? President Trump said it. And if Milley's fingerprints are on Haugh's rise, then Haugh was never aligned with America First. He was an instrument of the uniparty's shadow agenda. The fact that Milley's own security clearance was revoked speaks volumes. VOLUMES.

🚫 And Wendy Noble? Clapper's protege? DEI-pushing, Russia-hoax-regurgitating, Trump-bashing Noble? Appointed by Joe Biden to a post inside the most powerful spy agency on Earth—the same agency that can Hoover up half the planet's metadata with the flip of a switch? No, no, and no. That's not just misalignment—that's infiltration. Her firing is long overdue.

🗽 You don't let known Trump antagonists run the nerve center of U.S. intelligence. That's not "unity"—that's suicide. And finally, with Trump back at the helm, the purge has begun. These firings weren't retaliation—they were national security.

Ah, and the best part? The wailing from the Acela corridor confirms you struck oil. These weren't firings—they were exorcisms. Vetting matters, and the Republic is stronger tonight because of it.

Receipts? Oh, the receipts are glowing.
Let them cry.
We'll keep building.

Ok? Ok.

💬 12   ⇄ 19   99 1   ♥ 91



XCancel(donate)

Laura Loomer is "a very strong person," Trump @realDonaldTrump said. "She's been in the party a long time, she's done a good job... And sometimes I listen to those recommendations, like I do with everybody, I listen to everybody, and then I make a decision... And she'll always have something to say, usually very constructive. She recommended certain people for jobs."

0:00 / 1:12

💬 2   🔁 24   🔗   ♥ 76   ▶ 0



**TF** ✓   @SBLvibes                                          Apr 4
Replying to @LauraLoomer
This NSA director should've had the Butler shooters encrypted app communication on Trumps desk on Jan 20. He should've been fired immediately when he didn't. Good work Laura.
💬 1   🔁 6   🔗   ♥ 112



**Leah Carbonneau** ✓   @Leah742                          Apr 4
Replying to @LauraLoomer
Disloyal shouldn't even be in this sentence. Only dictators want loyalty. He's not a real president. He's a dictator like Putin. We are so fucked and fuck maga for believing the stupid lies!
💬 56   🔁 2   🔗   ♥ 111



**Dobermanus** ✓   @DobermanStrong                        Apr 4
Replying to @LauraLoomer





XCancel(donate)



**H. Benjamin Martin** ✓  @hotelnovember23                                    Apr 4

Replying to @LauraLoomer

President Trump must appoint you Secretary of Vetting… to vett  current and
incoming administrative personnel

💬 2   🔁   🗨   ❤ 65



**Brown eyed girl..la te da** 🎶  @brneyedgirl on Truth ✓   @BettyBo10964654  Apr 4

Replying to @LauraLoomer

This makes the white house personnel office, led by Susie Wiles, Dan Scavino and
Stephen Miller look terrible. Why didn't they catch dirty hold overs?

💬 5   🔁 6   🗨 1   ❤ 47



**usYooperus** ✓   @Yooperhomestead                                         Apr 4

Replying to @LauraLoomer

Apparently Noble didn't go far according to an article by thepostmillennial.com Jack
Posobiec posted. (Noble was reportedly reassigned to a job within the Pentagon's
Office of the Undersecretary of Defense for Intelligence, which is in the same
department as the NSA).



Welcome
thepostmillennial.com

💬 4   🔁 16   🗨 3   ❤ 24



🎬 **Robert Hatton** 🎶 🎸 ✓   @TheRobertHatton                               Apr 4

Replying to @LauraLoomer

Bring back General Flynn. He took a big hit for this country. It would be justice if he
was picked.

💬 7   🔁   🗨   ❤ 52



You know, without saying it out loud, Miley was probably hoping Haugh would be his Intel informant since he lost his credentials. @POTUS nixed that possibility as gone forever. Now to get rid of ALL the other ill-smelling leftovers. To use an analogy, it's time to clean out the fridge and throw the slime leftovers in the garbage where they belong.

💬 1     🔁 5     🔁     ♥ 34



**JackSPrestrud** ✓ **@AdmRaizoTanaka3**                                    Apr 4
Replying to @LauraLoomer

Good work, and well explained. One suggestion. Some of the traitorous acts can be based on sources other than President Trump's accusation.  I.e. misuse of NSA database to spy on Trump, discovered and reported by Admiral Mike Rogers.

💬 1     🔁 3     🔁     ♥ 36



**Andrew** ✓ **@HornsUpMetsFan**                                    Apr 4
Replying to @LauraLoomer

You're an idiot and have made America less safe. Gen Haugh is the most qualified DIRNSA we've ever had and an exceptional Airman, leader, and human being.

💬 4     🔁 1     🔁     ♥ 38



**NanaKris** us 🍹🥑 ✓ **@BakoNana2**                                    Apr 4
Replying to @LauraLoomer

Who was it, that passed their résumé's on for approval for a position?

They are the real MOLE.

Susie Wiles?

💬     🔁 4     🔁     ♥ 32



**X** ✓ **@btrich14x**                                    Apr 4
Replying to @LauraLoomer

All the people who were silent when @LauraLoomer was railroaded on X are crawling back after her White House meeting. I'm feeling second hand embarrassment for them.

💬 2     🔁 1     🔁     ♥ 36



**Aurelius Grendel** ✓ **@AureliusGrndl72**                                    Apr 4
One woman, outside official channels, using publicly available sources, was able to identify and document obvious moles lurking in the administration, in positions to cause catastrophic damage to President Trump.

I'm glad @LauraLoomer outed them. I'm glad @realDonaldTrump sent them packing.



**XCancel**(donate)

President's circle of trust?

Because that's the next useless POS who needs to be fired - and replaced with
@LauraLoomer.

She just aced her audition, Mr. President...

💬 2    🔁 6    💬 ❤ 26



**Politickle** ✓  @PolitickleNews                                          Apr 4
Replying to @LauraLoomer
Nothing cleans house like a Trump loyalty test—faster than DOGE slashing
bureaucracy.



💬 2    🔁 2    💬 ❤ 33



**Carrie** ✓  @_CarrieP                                                    Apr 4
Replying to @LauraLoomer
Ms. Loomer isn't 'crazy'.

Quite frankly she deserves an apology and a thank you!

⬇️ Check the date & read about what they were planning ⬇️


**Jack Poso** us ✓   @JackPosobiec                        18 Nov 2024
NEW: Hearing NSA officials Wendy Noble (Deputy Director) and Marlisa Smith
(Chief of Staff) planning to lead resistance against 47, Noem and Gabbard and



**XCancel**(donate)

💬  🔁 8  🗨  ♥ 19



**Ethan Cole** ✓  @EthanCole628                    Apr 4
Replying to @LauraLoomer

Are there any Biden holdovers left?

If so they should be fired too

💬 1   🔁   🗨   ♥ 32

# Exhibit J

5/5/25, 4:03 PM          Ivan Raiklin (@IvanRaiklin): "hey Terry, please look up the words Retribution, Nuremberg2.0, mutiny, treason..." | XCancel

Case 1:25-cv-00768-MSN-WBP   Document 57-11   Filed 10/24/25   Page 129 of 168
PageID# 775





**Ivan Raiklin** ✔ **@IvanRaiklin**                                    May 3

hey Terry, please look up the words Retribution, Nuremberg2.0, mutiny, treason.

---

 **Key West Jess** ✔ **@RealKeyWestJess**                4 Oct 2024

TERRY ADIRIM MD vs IVAN RAIKLIN on the Roseanne Barr Show - Wait what did he just say, can you repeat that sir? **@IvanRaiklin** **@therealroseanne** **@jakezuccproof**



May 3, 2025 · 1:41 AM UTC

💬 17      🔁 90      🔖 4      ❤ 215

---

 **Faith Dahdouh** ✔ **@FaithDahdouh**                        May 3
Replying to **@IvanRaiklin**
When

💬      🔁      🔖      ❤ 2

---

 **Key West Jess** ✔ **@RealKeyWestJess**                May 3
Replying to **@IvanRaiklin**
And **MILITARYACCOUNTABILITY.com**



XCancel (donate)

For GEN Milley, ADM Grady, GEN McConville, ADM Gilday, ADM Lescher, Gen Brown, Gen Berger, Gen Smith, VADM Kilby, VADM Nowell, VADM Fuller, LTG Martin, Lt Gen Davis, MG Edmonson, GEN Williams, ADM Fagan, VADM Buck, Lt Gen Clark, MG Francis, LTG Dingle, Lt Gen Miller, RADM Gillingham, and numerous others;

These individuals enabled lawlessness and the **unwilling experimentation** on service members. The moral and physical injuries they helped inflict are significant. They betrayed the trust of service members and the American people. **Their actions caused irreparable harm** to the Armed Forces and the institutions for which we have fought and bled.

These leaders **refused to resign** or take any other action to hold themselves accountable, nor have they attempted to repair the harm their policies and actions have caused. Since there has yet to be any accountability, the undersigned give our word to do everything morally permissible and legally possible to hold our own leadership accountable. We intend to rebuild trust by demonstrating that **leaders cannot cast aside constitutional rights** or the law for political expediency.

The flag and general officers are far from the only ones complicit in recent illegal activities, as a significant number of SES leaders and political appointees contributed. Evidence indicates that other executive agencies are engaging in illegal activity. However, as service members and veterans, we feel particularly responsible for the DoD and, in accordance with our oaths, we will make every effort to demonstrate by example, how **an institution can put its own house in order**.

We the undersigned, on behalf of hundreds of thousands of service members and the American people, while appealing to the Supreme Judge of the world for guidance and purity of intention, **mutually pledge** to each other that we will do everything in our power, through lawful word and action, **to hold accountable military leaders** who failed to follow the law when their leadership and moral courage was most desperately needed.

**Military Accountability**
militaryaccountability.net

💬   🔁   🗨   ♥ 1



**Pete Za** ✔ @Pete62883136                                        May 3
Replying to @IvanRaiklin




5/5/25, 4:03 PM    Ivan Raiklin (@Ivan Raiklin): "hey fam, update - took up the words Retribution, Swearingen20 20 July 1 season 160 Cancel

Case 1:25-cv-00768-MSN-WBP    Document 57-11    Filed 10/24/25    Page 131 of 168
PageID# 777





5/5/25, 4:03 PM    Ivan Raiklin (@IvanRaiklin): "hey Larry, I wanted to cut the words Retribution, everberg2, & gitmo. Reason: I Cancel



Load more

# Exhibit K

Case 1:25-cv-00768-MSN-WBP    Document 57-11    Filed 10/24/25    Page 135 of 168 PageID# 791



5/5/25, 4:03 PM
Ivan Raiklin (@IvanRaiklin) - How many times could we force 1... vaccinated @TerryAdirimMD ? How about the total number of "vaccin...

Case 1:25-cv-00768-MSN-WBP Document 57-11 Filed 10/24/25 Page 136 of 168 PageID# 782



5/5/25, 4:03 PM
Ivan Raiklin (@IvanRaiklin) - How many ti...
Case 1:25-cv-00768-MSN-WBP    Document 57-11    Filed 10/24/25    Page 137 of 168
PageID# 783



# Exhibit L

# Ending the Reign of Terry

Who fired high level CIA Doctor Terry Adirim? That's the question at the heart of her lawsuit against her former employer and the author. Here's a recap of the hearing held May 5, 2025.

**IVAN RAIKLIN**
MAY 06, 2025 · PAID

♡ 34      💬 1      ⟳ 7                                              Share


Is Ivan driving important decisions at the Central Intelligence Agency?

Terry Adirim was the top doctor at the CIA and former DOD Health Official that signed the "Vaccine" Mandate that destroyed Hundreds of thousands of Servicemembers and family members. She claims Laura Loomer caused Terry's ouster during Loomer's white house meeting on April 2nd, due to inflammatory X posts made by me. They got the chain of events completely wrong as explained deftly by the CIA's talented counsel.



There was a hearing yesterday at the Alexandria Federal Courthouse about the temporary administrative stay on the termination of Terry Adirim. It was very entertaining, with lots of tea spillage, I went to watch the proceedings and take notes. This hearing did not require my presence for it was to consider whether the judge will require an "administrative stay" to stop Adirim from being terminated from her position at the CIA pending the outcome of the lawsuit. Terry Adirim—who spearheaded the, What Secretary of Defense Pete Hegseth calls the Unlawful DOD "Vaccine" mandate that forced thousands of critical thinkers out of the military and injured others who took the jab—has a retirement vesting date next month, so an administrative stay would benefit her greatly. We will go through the transcript carefully when it's available. Meanwhile, here is a summary of the highlights.

The Court opened with asking both sides about scheduling a hearing to discuss the TRO, unless CIA's counsel was ready to provide an oral argument. Which they were!!!

First, Attorney Rudkowski, representing John Ratcliffe, the Director of the Central Intelligence Agency and the Agency made a statement. She was extremely professional and did a great job of pulling together a response to this lawsuit that was filed after hours on Friday, by Monday at 10 am. She absolutely knocked it out the park, giving well researched substantive answers about why plaintiff Terry Adirim is not likely to succeed in her lawsuit against the CIA nor Ivan Raiklin. She made the following points :

1. Adirim was a contract employee and there is a clause stating that either party can terminate the 5 year contract "for any reason" and it doesn't necessarily have to be a good reason, so she doesn't have the sort of protections that other civil servants would have. The judge asked about the 5th amendment due process clause and if that applies, she stated that the plaintiff did not even claim to have been fired because of Plaintiff's membership in a constitutionally protected class, the 5th amendment would not apply.

2. There had been an employment review that started several weeks before April 4th 2025. Since Adirim was brought into a critical leadership role at the CIA during the Biden administration CIA leadership had to make sure she was still a good fit under the President Trump 2.0 Administration. There had been several coworker complaints against Adirim's conduct by CIA employees that contributed to the decision of her firing. This had not previously been publicly announced, but since this suit has been brought, the agency must make that information available to the court.

3. Attorney Rudkowski pointed out that Loomer took credit for several firings after the April 2nd meeting, but never mentioned Adirim. Why would she omit this if she could also take credit for this firing? Adirim claims that Laura Loomer asked President Trump to fire her during the meeting at the White House on April 2nd but there is no evidence this is the case.

Adirim's attorney Kevin Carroll then made his statement. Here is a recap of his main points presented along with **the two times he perjured himself before the court.**



# Exhibit M

5/13/25, 1:22 AM    Ivan Raiklin (@IvanRaiklin): "This video by @rlmiller1865 represents the sentiment ... ~8600 thrown out ~80 thousand that left …

Case 1:25-cv-00768-MSN-WBP   Document 57-11   Filed 10/24/25   Page 143 of 168   PageID# 799

 

**XCancel** (donate)    🔍  🐦  ❓  ⚙️



**Ivan Raiklin** ✔ **@IvanRaiklin**                                    May 11

This video by **@rlmiller1865** represents the sentiment of the:

~8600 thrown out
~80 thousand that left early
~3.5 million that were duped
by the **@TerryAdirimMD** unlawful DOD jab mandate
implementation memo

Accountability is inevitable!
"I can feel it coming in the air tonight, oh Lord!
And I've been waiting for this moment, for all my life, oh Lord!
Can you feel it coming in the air, tonight? Oh Lord!"



May 11, 2025 · 6:58 PM UTC

💬 15    🔁 111    💬 8    ❤ 307    ▶ 0



**AbsolutelyherefortheRight** ✔ **@AngienShawn77**              May 11
Replying to **@IvanRaiklin** **@rlmiller1865** **@TerryAdirimMD**
The accountability is coming, and if  it's anything like Mr. Millers form and shot…we
are in good hands, because it's spot on and accurate! I can feel it coming and the
lord will be on these targeted hero's shoulders 💯 🙏 ❤️ us

💬    🔁 3    💬    ❤ 5



**Tamie Vessecchia** ✔ **@TamieVessecchia**                      May 11
Replying to **@IvanRaiklin** **@rlmiller1865** **@TerryAdirimMD**
Very good rhythm….. balanced 😊

Case 1:25-cv-00768-MSN-WBP    Document 57-11    Filed 10/24/25    Page 144 of 168
PageID# 799



5/13/25, 1:22 PM    Ivan Raiklin (@IvanRaiklin): White video by @rlmiller1865 represents the semininal 2.4 hz.3-8600 tragic out-5th housand that left …

Case 1:25-cv-00768-MSN-WBP    Document 57-11    Filed 10/24/25    Page 145 of 168
PageID# 791



# Exhibit N

5/13/25, 1:21 PM    Ivan Raiklin (@IvanRaiklin): "Mass defenestration of those involved in the unlawful jab mandate is the only path forward." | XCancel

Case 1:25-cv-00768-MSN-WBP    Document 57-11    Filed 10/24/25    Page 147 of 168
PageID# 799



Case 1:25-cv-00768-MSN-WBP    Document 57-11    Filed 10/24/25    Page 148 of 168
PageID# 794





🗨  ♻  "  ♥ 2   ▶ GIF

 **ESixusMaximus** ✔ **@ESixus**                    May 11
Replying to **@IvanRaiklin**
Graphic representation of "Defenestration"



🗨  ♻  "  ♥ 2   ▶ GIF

 **GUY** ✔ **@guyferson**                          May 11
Replying to **@IvanRaiklin**

If we're gonna call a spade a spade,

I don't believe the people who followed along like sheep to get an experimental shot
are very trustworthy with our safety.

Those people would turn on us. In my opinion.

🗨  ♻  "  ♥

**Isaac** **@YeshuaElCamino**                                        May 12
Replying to **@IvanRaiklin**

5/13/25, 1:21 PM Ivan Raiklin (@IvanRaiklin) ... class defamation of those involved in the unlawful j6 6 mandate ... or body politic of land." | XCancel

Case 1:25-cv-00768-MSN-WBP Document 57-1 Filed 10/24/25 Page 149 of 168 PageID# 795

XCancel(donate)

🔍 🐦 lp ? ⚙

@badazn @RealCandaceO @TuckerCarlson @rustyrockets @Cobratate
@IanCarrollShow @endwokeness @jackposobiec @catturd2 @infowars
@davidicke @CarloMVigano

💬 🔁 🔖 ♥

**Isaac** @YeshuaElCamino                                              May 12
Replying to @IvanRaiklin

@CforCatholics @LifeSite @Amerifuture @jdvance @thecostguy @vp
@tulsigabbard @libsoftiktok @genflynn @joerogan
@MaryFlynnONeil1 @laralogan @Crux41507251 @IvanRaiklin @LizCrokin
@briangamble_v1 @SunTzusWar @LynzPiperLoomis @taraleerodas
@boonecutler

💬 🔁 🔖 ♥ 1

**Vincent** @VincentMeco                                              May 11
Replying to @IvanRaiklin

hell, the mask mandates were unlawful... that's the real fight... N2.0 is easy...

💬 🔁 🔖 ♥

**Tundra Walker** @TundraWalker49                                     May 11
Replying to @IvanRaiklin

Not even rest on Sunday, eh? Don't forget to put your feet in the grass, friend
Ivan… 🙏🏻

💬 🔁 🔖 ♥

**Woodland Beast** @Woodland_Beast                                    May 11
Replying to @IvanRaiklin

> **Woodland Beast** @Woodland_Beast                                  May 11
>
> Secretary Collins, if you designate the COVID shot a Toxic Exposure Risk
> Activity, the system may come for you—but you'll go down as the greatest VA
> Secretary in history. Do it for the vets. Do what's right. We're counting on you.
> @SecVetAffairs @feds4freedomusa @DrC_Shackelford

💬 🔁 🔖 ♥ 1

Load more

⌃

# Exhibit O

7/7/25, 4:58 PM    Ivan Raiklin (@IvanRaiklin): "Legally, Morally, Ethically! To the Max!" | XCancel

Case 1:25-cv-00768-MSN-WBP    Document 57-1    Filed 10/24/25    Page 151 of 168
PageID# 797







# Exhibit P

**Produced via Flash Drive**

# Exhibit Q



Sponsored

Conservative Daily Podcast

All

## Joe Oltmann Live with Ivan Raiklin and Carolyn Rocco - Accountability for Military Service Members

Episode aired Jan 4, 2024



News    Talk Show

Add a plot in your language

 Rate

Directors    Apollo    David Clements    Joe Oltmann

Writer    David Clements

Stars    Joe Oltmann    Ivan Raiklin    Carolyn Rocco

+ Add to Watchlist

Mark as watched

See production info at IMDbPro

## Photos

+ Add photo



Sponsored

## Top Cast    3  ›




# Exhibit R

Thoughts and comments... do not rep...
7mo • Edited • 🌐

The last five days have been ones to remember for a lifetime. Monday and Tuesday provided an opportunity to connect with new and old friends at Mar-a-Lago, as we gathered for America's Future "American Exceptionalism Celebration." I was honored to join Rob Green (Navy), Stu Scheller (USMC), Theresa Long (Army), and our next Undersecretary of the Air Force, Matt Lohmeier (Space Force), to receive such a prestigious award. A YUGE shout out to Lt Gen (Ret) Mike Flynn, his sister Mary Flynn O'Neill, and Ivan Raiklin.

Joining us were other amazing patriots like Sam Shoemate, Jordan Karr, Kacy Dixon, Sarah Lohmeier, Mary Clare Green, Natalie S., Jen R., Mandy Feindt, Karolina Stancik, and Jeremy Sorenson. Some memorable moments included in depth conversations with Mike Smith (producer of "Out of Shadows" as well as "Into the Light"), Lara Logan, and Mary Flynn O'Neill.

And to wrap up the week, Friday night came with a flood of good news for those who have suffered under the unlawful and reckless behavior by many top officers in the DoD, such as Gen Brown, Gen Slife, ADM Franchetti, along with JAGs for the Navy, Army, and Air Force. Perhaps now we can start prioritizing the Constitution over the Institution.









# Exhibit S

Thoughts and comments are ... not represent th...
9mo · 🌐

Riddle me this, Batman. How does a person-Terry Adirim- who was responsible for the mass confusion and deception imposed on service members, resulting in 8,700 unlawfully forced out and another 90,000 disenfranchised, get selected to fill an SES position in our USG? And even more curious why didn't she specify the organization she is now a part of?

To remind folks of exactly what Terry is responsible for, read the Aug 2022, DoD Whistleblower excerpt below and see the attached photos. Please also keep handy for reference, 10 USC 1107a, that states military members cannot be forced to take an EUA product.

"The DoD induced confusion by publishing memoranda asserting that the FDA-approved Comirnaty could be used interchangeably with EUA products. Assistant Secretary of Defense for Health Affairs (ASD HA), Dr. Terry Adirim, wrote a 14 September 2021 memorandum, enclosure (3), stating "these two vaccines are interchangeable and DoD health care providers should use doses distributed under the EUA to administer the vaccination series as if the doses were the licensed vaccine." In her memorandum, she cited the FDA's Q&A website to justify use of EUA Pfizer-BioNTech vaccines in lieu of Comirnaty. The website provided medical advice regarding the use of the EUA product to complete a "vaccination series," stating medical providers could use the two products "interchangeably to provide for the COVID-19 vaccination series without presenting any safety or effectiveness concerns." The FDA website did not address the legal difference between the products, nor was it a determination of biosimilarity or interchangeability, which has specific requirements per 42 USC 262(k) - Licensure of Biological Products as Biosimilar or Interchangeable. The law cites critical requirements for interchangeable products, including that: 1) a sponsor must submit an application for licensure of the biosimilar product, 2) both products become fully licensed before being declared interchangeable, and 3) per 42 USC 262(k)7(A), "[a]pproval of an application under this subsection [Licensure of Biological Products as Biosimilar or Interchangeable] may not be made effective by the Secretary until the date that is 12 years after the date on which the reference product was first licensed under subsection (a)." By law, no product may be legally declared interchangeable with Comirnaty until at least 24 August 2033. As further evidence, the FDA's authoritative source for approved biologics, the "Purple Book," lists no "interchangeable data at that time" for Comirnaty. Dr. Adirim, and every military commander who cited her memo as justification for their unlawful orders, ignored the legal distinction between the two products, most notably that one was a licensed product and the other an EUA

# Exhibit T

**Carolyn Rocco** · 2d
Thoughts and comments are my own. They do not rep...
1yr · 🌐

+ Follow · · ·

It's September 14.....that means it's time to recognize Terry Adirim Day! Yay!

I recently mentioned in a post that we have receipts. I will reiterate we have a ton of receipts. And when these facts were presented to the "authorities," we were ridiculed, ostracized, discriminated against, and punished. Surprisingly enough, while many in leadership positions don't want to hear the facts, there's an entire world who does. And so, we carry on. 🙏 us

Cliff notes of the last 3 years are in the below photos. Enjoy!



← **Post**

**Eric Coulter** ✓
@_Eric_Coulter
· · ·

🧵 Happy #TerryDay! Three years ago, a career bureaucrat @TerryAdirimMD, the acting Assistant Secretary of Defense for Health Affairs, countermanded SecDef's Covid-19 vaccine mandate & federal law by legally equating an EUA product as fully FDA approved (BLA-licensed).

defense.gov/About/Biograph...

06:16 · 9/14/24 · **18K** Views

**61** Reposts **17** Quotes **130** Likes **31** Bookmarks

💬     🔁     ❤️     🔖     ⬆️

Most relevant replies ∨

**Eric Coulter** ✓ @_Eric_Coulter · 2h
2/ Her one-page memo allowed the DoD to push an EUA product on service members (SMs) without pursuing a written waiver from POTUS per DoDI 6200.02, or giving informed

products as per 21 USC 360bbb-3.

A1 based on an FDA Q&A website.

Eric Coulter ✓ @_Eric_Coulter · 2h
4/ All leaders up the chain up to and including POTUS and his staff had to know this was not the appropriate COA. An Acting Assistant Attorney General had said as much in a July 6 memo referencing POTUS would be required to waive EUA products for SMs.

@C_ScottDuncan and so many others. Show more

Eric Coulter ✓ @_Eric_Coulter · 2h
6/ Free to me concerning is the still unknown number of SMs who were injured by taking what they believed were safe products, even when they were actually only Emergency Use Authorized, like @Shane_Ransline and @DrewCelestal...

🇺🇸 Catherine Herridge ✓

+3

# Exhibit U

# THE STEADY STATE



October 21, 2025

**Re:** Reports of "Interagency Weaponization Working Group" and
Implications for Oversight of the Intelligence Community

Dear Chairpersons, Vice Chairman and Ranking Members:

I write on behalf of The Steady State[1], to express deep concern regarding
recent reporting that suggests the existence of an "Interagency
Weaponization Working Group" ("IWWG"), composed of officials from
across the federal government—including elements of the Intelligence
Community—and apparently tasked with pursuing retributive actions against
individuals perceived as political opponents of the President.

According to an October 20, 2025 Reuters investigation entitled "Wide-
Ranging Group of U.S. Officials Pursues Trump's Fight Against 'Deep
State'"[2] the group has drawn participants from the Office of the Director of
National Intelligence (ODNI), the Department of Justice, the Central
Intelligence Agency, the Departments of Defense and Homeland Security,
and other agencies. Documents reviewed by Reuters reportedly show that
the IWWG's stated purpose is to "carry out President Trump's executive
order" directing federal agencies to identify and "correct past misconduct"
related to so-called "weaponization" of government authority.

---

[1] Founded in 2016, The Steady State is a nonprofit 501(c)(4) organization of more than 340 former senior
national security professionals. Our membership includes former officials from the Central Intelligence
Agency, Federal Bureau of Investigation, Department of State, Department of Defense and Department of
Homeland Security. Drawing on deep expertise across national security disciplines including intelligence,
diplomacy, military affairs and law, we advocate for constitutional democracy, the rule of law and the
preservation of America's national security institutions.

[2] Jonathan Landay, Sarah N. Lynch & Phil Stewart, "Wide-Ranging Group of U.S. Officials Pursues
Trump's Fight Against 'Deep State'," Reuters (Oct. 20, 2025), available at LINK

If accurate, these reports describe a profound and dangerous subversion of the apolitical foundation of the Intelligence Community. The Intelligence Community was established to provide objective analysis—not to pursue perceived political adversaries or to "root out" dissent within its own ranks. The activities described in the Reuters report echo the worst examples of intelligence politicization and misuse of "security services" in our history, and would represent a direct violation of the statutory and ethical boundaries designed to separate intelligence functions from domestic political operations.

These reports, if true, are not only deeply concerning as a serious misuse of the national security apparatus, but they risk converting elements of that apparatus into the type of "internal security service" seen in autocratic states. The transformation of our intelligence and law-enforcement institutions into a domestic surveillance or retribution mechanism—an American KGB—would strike at the heart of our constitutional and democratic order. Moreover, such efforts have already created, and may well be designed to create, a chilling effect on free expression and association within the national security workforce. The fear that professional judgment, past service, or even public comment could attract investigative scrutiny fosters precisely the kind of self-censorship that authoritarian regimes rely upon to maintain control. Indeed, it is not lost on us that even the writing of this letter may, itself, invite the attention of those operating within the IWWG.

If accurate, these reports buttress the findings in our recently released *Accelerating Authoritarian Dynamics: Assessment of Democratic Decline*, which "applies the analytic tradecraft of the U.S. Intelligence Community to conditions inside the United States"[3]:

---

[3] The Steady State, *Accelerating Authoritarian Dynamics: Assessment of Democratic Decline* (Oct. 16, 2025), available on-line at L[INK](.).

We judge with high confidence that the Executive Branch is actively weaponizing state institutions to punish perceived opponents and shield allies. This includes the politicization of the Department of Justice and intelligence agencies, the weakening of oversight and independent institutions—including the dismissal of Inspectors General—and the politicization of the civil service, including the revival of measures such as "Schedule F" which undermines the neutrality of the federal workforce… undertaking a concerted effort to undermine national security and intelligence agencies, portraying them as bureaucracies needing streamlining, discipline, and alignment with the president's narrative. Internal dissent is treated as "sabotage," and leaks the Administration perceives as politically motivated are "aggressively pursued," while others are downplayed or ignored.

Given the gravity of these implications, we respectfully urge the Committees to:

1. Hold immediate closed hearings with the Director of National Intelligence, the Attorney General, and relevant agency heads to determine the existence, authority, and scope of any such interagency group;
2. Request all documents, communications, and membership lists related to the IWWG and similar "weaponization" initiatives, including taskings and technical-collection authorizations;
3. Assess potential violations of the National Security Act, Executive Order 12333, and statutory prohibitions on domestic intelligence activities; and
4. Affirm publicly—in a bipartisan statement—that the Intelligence Community must never be employed for political or personal retribution.

3

The Steady State, comprising former senior officials from the Intelligence, Defense, and Diplomatic communities, stands ready to brief Committee staff—on the broader implications for democratic governance and national security.

Regards,

*Steven Cash*

Steven A. Cash
Executive Director
The Steady State
contact@thesteadystate.org

---

The Honorable Tom Cotton, Chair
The Honorable Mark Warner, Vice Chair
Senate Select Committee on Intelligence
United States Senate
Washington, D.C. 20510

The Honorable Rick Crawford, Chair
The Honorable James Himes, Ranking Member
House Permanent Select Committee on Intelligence
United States House of Representatives
Washington, D.C. 20515

The Honorable Chuck Grassley, Chair
The Honorable Dick Durbin, Ranking Member
Senate Committee on the Judiciary
United States Senate
226 Dirksen Senate Office Building
Washington, D.C. 20510

The Honorable Ron Johnson, Chair
The Honorable Richard Blumenthal, Ranking Member
Senate Committee on Homeland Security and Governmental Affairs
United States Senate
340 Dirksen Senate Office Building
Washington, D.C. 20510

The Honorable Roger Wicker, Chair
The Honorable Jack Reed, Ranking Member
Senate Armed Services Committee
United States Senate
228 Russell Senate Office Building
Washington, D.C. 20510

The Honorable Jim Jordan, Chair
The Honorable Jerrold Nadler, Ranking Member
House Committee on the Judiciary
United States House of Representatives
2138 Rayburn House Office Building
Washington, D.C. 20515-6216

The Honorable Mark Green, Chair
The Honorable Bennie Thompson, Ranking Member
House Committee on Homeland Security
United States House of Representatives
176 Ford House Office Building
Washington, D.C. 20515-6480

The Honorable Mike Rogers, Chair
The Honorable Adam Smith, Ranking Member
House Committee on Armed Services
United States House of Representatives
2216 Rayburn House Office Building
Washington, D.C. 20515-6035