IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TERRY ADIRIM, M.D.<br><br>Plaintiff,<br>v.<br><br>U.S. CENTRAL INTELLIGENCE AGENCY, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:25-cv-00768-MSN-WBP<br>)<br>) |

**DEFENDANT IVAN RAIKLIN'S PRETRIAL LIST OF WITNESSES AND EXHIBITS**

COMES NOW, the Defendant, Ivan Raiklin, by counsel, and for his Pretrial List of Witnesses and Exhibits, states as follows:

**I. WITNESSES.**

1. Terry Adirim, M.D.
2. Ivan Raiklin
3. Colonel Theresa Long, M.D.
4. Senator Ron Johnson (possible/potential) (pending)
5. Jules W. Hurst, III, Comptroller, Department of War (Unlawful mandate implementation)

**II. EXHIBITS.**

1. First Amended Complaint
2. Department of Defense Directive No. 5136.01 - 9/30/2013
3. Pfizer Non-Interventional Study Concept Protocol - 1/20/2021
4. Vaccine Information Fact Sheet
5. Unmasked How Biden Health Officials Purposely Turned a Blind Eye Toward Covid-19 Vaccine Safety Signals

5(a). Data Report of Sudden Cardiac Deaths

6. Cumulative Analysis of Post Authorization Adverse Event Reports

7. Memorandum by Robert D. Hougue, Acting Assistant Secretary to the Navy - 9/8/2021

8. Memorandum for Commander, Naval Medical Forces Atlantic - 9/3/2021

9. Memorandum for Assistant Secretary of the Army – Terry Adirim, M.D.- 9/14/2021

10. Memorandum for Senior Pentagon Leadership

11. Initial Texts form Dr. Fauci's Government iPhone

12. CDC Vaccine Adverse Event Reporting System Results

13. Memorandum for Secretaries of the Military Departments – 5/7/2025

14. Memorandum for Senior Pentagon Leadership

15. Office of the Assistant Secretary of Defense Action Memo

16. Memorandum from Secretary Austin - 8/24/2021

17. Additional text messages that are currently being disclosed by the Offices of Senator Ron Johnson and Senator Rand Paul from text messages by Anthony Fauci, M.D. regarding the Covid vaccine, its known and unreported risks that were not disclosed.

18. Curriculum Vitae of Colonel Theresa Long, M.D.

**IVAN RAIKLIN**
By Counsel

**McGAVIN, BOYCE, BARDOT,**
**THORSEN & KATZ, P.C.**

/s/ John D. McGavin .
John D. McGavin (VSB 21794)
9990 Fairfax Boulevard, Suite 400
Fairfax, VA 22030
Telephone: (703) 385-1000
Facsimile: (703) 385-1555
jmcgavin@mbbtklaw.com
*Counsel for Defendants Ivan Raiklin, Esq.*
*And America's Future, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of August, 2026, I electronically filed the foregoing pleading using the CM/ECF System, which will send notifications of the filing to all counsel of record:

Kevin Thomas Carroll, Esq.
Mark S. Zaid, P.C.
1250 Connecticut Ave., N.W., Suite 200
Washington, DC 20036
kevin@markzaid.com
*Counsel for Plaintiff*

/s/ John D. McGavin
John D. McGavin (VSB 21794)