**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| TERRY ADIRIM, MD | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| U.S. CENTRAL INTELLIGENCE AGENCY, et al. | ) | Case No.: 1:25-cv-768-MSN-WBP |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RULE 26(a)(3) PRETRIAL DISCLOSURES**

Pursuant to FED. R. CIV. P. 26(A)(3), Duty to Disclose, Plaintiff Dr. Terry Adirim, by and through counsel, respectfully states as follows.

I. **Witness Disclosures**

The following witnesses are expected to be called at trial, or may be called if the need arises, other than solely for impeachment purposes.

A. <u>Witnesses Plaintiff Expects to Call</u>

1. Dr. Terry Adirim

Contact: [redacted] (shared separately with defense counsel).

Summary: Plaintiff will be asked about her background and qualifications, her recommendation to the defense secretary to vaccinate servicemembers, Defendant's public statements about her, her hiring and firing by the Central Intelligence Agency, her difficulty in finding work since then, and the damages she suffered.

2. Dr. Demetre Daskalakis

Contact: Emory University School of Medicine, 100 Woodruff Circle, Atlanta, Georgia 30322, 404-727-5671.

Summary: Dr. Daskalakis will be asked, as a fact witness, to discuss the Department of Defense's studies and reports to the congressional armed services committees on "Health Conditions of Members of the Armed Forces on Active Duty Developed after Administration of COVID-19 Vaccine."

3. LTC Ivan Raiklin

Contact: Per an internet search, 5209 Ampthill Drive, Alexandria, Virginia 22312, 202-288-2541.

Summary: Defendant will be asked to authenticate his public statements regarding Plaintiff, and about his communications with LTC Carolyn Rocco and Mr. James Erdman regarding Plaintiff.

4. Mr. Brian Enright

Contact: 1 East Erie, Suite 525, Chicago, Illinois 60611, 312-343-3222.

Summary: Mr. Enright, offered as an expert, will be asked to discuss his report on what Plaintiff's potential earnings would have been in the private sector, but for Defendant's defamation of her.

B. <u>Witnesses Plaintiff May Call Only If the Need Arises</u>

1. LTC Carolyn Rocco

Contact: not yet known.

Summary: LTC Rocco may be asked about her communications with Defendant, Mr. James Erdman and within the Intelligence Community regarding Plaintiff.

2. Mr. James Erdman

Contact: not yet known.

Summary: Mr. Erdman may be asked about his communications with Defendant, LTC Rocco and within the Intelligence Community regarding Plaintiff.

## II. Deposition Designations

None, other than potentially to impeach LTC Raiklin or, if called by Defendant, LTC Long, with any contradictions of those deponents' testimony.

## III. Exhibit Disclosures

The following is a list of documents and other exhibits Plaintiff expects to offer, or may offer if the need arises, other than solely for impeachment purposes.

| Exhibit # | Description |
|---|---|
| PX1 | Plaintiff's *curriculum vitae* |
| PX2 | Letter from the Food and Drug Administration to Pfizer Inc. (Aug, 23, 2021) |
| PX3 | J. Montgomery, *Myocarditis Following Immunization With mRNA COVID-19 Vaccines in Members of the US Military*, JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION (Jun. 29, 2021) |
| PX4 | Baden, L. and Polack, F., *Efficacy and Safety of the mRNA-1273 SARS-CoV-2 Vaccine*, NEW ENGLAND JOURNAL OF MEDICINE (Dec. 10 and 30, 2020). |
| PX5 | Center for Disease Control, *Frequently Asked Questions About COVID-19 Vaccination* |
| PX6 | FDA approval memorandum of Aug. 23, 2021 |
| PX7 | Secretary of Defense memorandum of Aug. 24, 2021 |

PX8 Plaintiff's memorandum of Sep. 14, 2021

PX9 Secretary of Defense memorandum of Aug. 24, 2021

PX10 Dr. Daskalkis' *curricuclum vitae*

PX11 Department of Defense's studies and reports to the congressional armed services committees on "Health Conditions of Members of the Armed Forces on Active Duty Developed after Administration of COVID-19 Vaccine," (Jul. 25, 2-25 and Mar. 9, 2026)

PX12 Dec. 22, 2024 tweet by Defendant

PX13 April 8, 2025 tweet by Defendant

PX14 May 3, 2025 tweet by Defendant

PX15 Second May 3, 2025 tweet by Defendant

PX16 May 11, 2025 tweet by Defendant

PX17 Second May 11, 2025 tweet by Defendant

PX18 July 4, 2025 tweet by Defendant

PX19 Plaintiff's employment contract with the CIA

PX20 Brian Enright's *curriculum vitae*

PX21 *Assessment of Market Compensation*, 3C, (Jun. 22, 2026)

Dated: August 20, 2026

Respectfully submitted:

Kevin Thomas Carroll
Virginia Bar No. 95292
Partner, Mark S. Zaid, PC
1250 Connecticut Avenue, NW, Suite 700
Washington, DC 20036
718-791-5761

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on August 20, 2026, I served the foregoing by ECF and email to:

John D. McGavin (VSB 21794)
McGAVIN, BOYCE, BARDOT, THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
jmcgavin@mbbtklaw.com

*Counsel for Defendant*