IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TERRY ADIRIM, M.D.

Plaintiff,

v.

U.S. CENTRAL INTELLIGENCE AGENCY, et al.) Case No.: 1:25-cv-00768-MSN-WBP

Defendants.

**DEFENDANT IVAN RAIKLIN'S OBJECTIONS TO PLAINTIFF'S PRETRIAL LIST OF WITNESSES AND EXHIBITS**

COMES NOW, the Defendant, Ivan Raiklin, by counsel, and hereby submits his Objections to Plaintiff's Pretrial List of Witnesses and Exhibits, as follows:

**I. Witnesses.**

1. Defendant objects to the testimony of Brian Enright, on the grounds that Mr. Enright has no personal knowledge of Plaintiff's anticipated employment, efforts she has made to find employment, and is not serving as a vocational counselor. Instead, he is offering potential, possiblė compensation packages for an individual such as Dr. Adirim, without any direct relationship to her interest in the position, capacity, experience and his opinions are therefore speculative without adequate foundation. FRCP 702.

2. Defendant objects to two witnesses identified as individuals who might be called, although their information is listed, including their contact information not known and a speculative statement as to each witness and what they may be asked to talk about. Those two individuals are identified as LTC Carolyn Rocco and James Erdman. Pre Trial Order and Disclosures.

**II. Exhibit Disclosures.**

1. Defendant objects to Exhibits 3, 4 and 5, on the grounds that these are hearsay documents, not reasonably relied upon or referenced by Defendant Raiklin in reference to any statement he made or considered and therefore to offer them as exhibits, they lack probative value, they are hearsay statements of non-testifying experts and are not reasonably relied upon by Defendant Raiklin and therefore have inadequate evidentiary foundation. FRCP 401, 402, 802.

2. Defendant objects to Exhibit 10, which is a curriculum vitae for Dr. Daskalkis, who is not being offered as an expert witness and therefore his curriculum vitae is irrelevant and of no probative value. FRCP 702, 401, 402.

3. Defendant objects to Exhibit 11, on the grounds of hearsay, relevance and foundation. FRCP 401, 402, 802.

4. Defendant objects to Exhibits 12, 13, 14, 15, 16, 17 and 18, which are identified as social media "tweets by Defendant," which are irrelevant to the issues presented, lack probative value, are prejudicial in nature and do not relate to the specific statements at issue in this case, which are those contained within the Rosanne Bar Podcast. FRCP 401, 402.

5. Defendant objects to Exhibit 19, which is Plaintiff's claimed employment contract with the CIA, on the grounds that there is insufficient evidence and foundation to demonstrate that Plaintiff's employment was terminated with CIA as a result of any act or omission by Mr. Raiklin, in particular, as it relates to the defamation claims for the Rosanne Bar Podcast. FRCP 401, 402.

6. Defendant objects to Exhibits 20 and 21, which are the curriculum vitae and Assessment of Market Compensation from Brian Enright, on the grounds that those proposed exhibits relate to irrelevant evidence, lacks probative value and is hearsay without adequate relevance and is irrelevant to these proceedings. FRCP 702, 401, 402.

**IVAN RAIKLIN**
By Counsel

**McGAVIN, BOYCE, BARDOT,
THORSEN & KATZ, P.C.**

/s/ John D. McGavin .
John D. McGavin (VSB 21794)
9990 Fairfax Boulevard, Suite 400
Fairfax, VA 22030
Telephone: (703) 385-1000
Facsimile: (703) 385-1555
jmcgavin@mbbtklaw.com
*Counsel for Defendants Ivan Raiklin, Esq.*
*And America's Future, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2026, I electronically filed the foregoing pleading using the CM/ECF System, which will send notifications of the filing to all counsel of record:

Kevin Thomas Carroll, Esq.
Mark S. Zaid, P.C.
1250 Connecticut Ave., N.W., Suite 200
Washington, DC 20036
kevin@markzaid.com
*Counsel for Plaintiff*

/s/ John D. McGavin
John D. McGavin (VSB 21794)